# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **VERNA IP HOLDINGS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:21-cv-00422** |
| **v.** | ) | |
| | ) | |
| **ALERT MEDIA, INC.** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Verna IP Holdings, LLC ("Verna") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 8,265,938 ("the '938 patent") (referred to as the "Patent-in-Suit") by Alert Media, Inc. ("Alert").

## I.    THE PARTIES

1.   Plaintiff Verna IP Holdings, LLC is a New Mexico Limited Liability Company with its principal place of business located in Albequerque, New Mexico.

2.   On information and belief, Alert is a corporation existing under the laws of the State of Delaware, with a principal place of business located at 901 S MoPac Expy Building 3 Suite 500, Austin, TX 78746 and 3010 Bee Cave Rd., #325, Austin, TX 78746. On information and belief, Alert sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and this judicial district. Defendant may be served at its place of business and its registered agent at Capitol Corporate Services, 206 E. 9th Street, Suite 1300, Austin, TX 78701 or wherever they may be found.

## II.    JURISDICTION AND VENUE

3.   This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4.   This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Texas and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this judicial district.

5.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b).  Defendant has committed acts of infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas and this District.

### III.   INFRINGEMENT

### A.  Infringement of the '938 Patent

6.   On September 11, 2012, U.S. Patent No. 8,265,938 ("the '938 patent", attached as Exhibit A) entitled "Voice Alert Methods, Systems and Processor-Readable Media" was duly and legally issued by the U.S. Patent and Trademark Office.  Verna owns the '938 patent by assignment.

7.   The '938 patent relates to a novel and improved methods, systems and processor-readable media for providing instant/real-time Voice alerts automatically to remote electronic devices.

8.   Alert maintains, operates, and administers devices/products and systems that infringe one or more claims of the '938 patent, including one or more of claims 1-18, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '938 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service.  Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9.   Support for the allegations of infringement may be found in the following preliminary table:

| | |
|---|---|
| 18. A processor-readable medium storing code representing instructions to cause a processor to perform a process to automatically <span style="color:red">provide instant voice alerts</span> to <span style="color:cyan">wireless hand held device</span> users in a specified region, said code comprising code to: | For example, AlertMedia provides voice alerts to wireless devices in emergency situations.<br><br><br><br>https://www.alertmedia.com/go/alertmedia/?ads_adid=30628589942&ads_cmpid=653614921&ads_creative=105391954371&ads_matchtype=b&ads_network=g&ads_targetid=kwd-342752800937&ttv=2&utm_medium=ppc&utm_source=adwords&utm_term=%2Balertmedia&utm_campaign=Adwords-Branded&_bt=105391954371&_bk=%2Balertmedia&_bm=b&_bn=g&_bg=30628589942&gclid=Cj0KCQiAhP2BBhDdARIsAJEzXlGCGutoB wkBWEB-wLze-cUn5VAmteSsObfl5HFDrV_4jN_I1zfYcBcaAsGgEALw_wcB |

| | |
|---|---|
| <span style="color:red">determine an emergency situation affecting a specified region and requiring emergency notification of said emergency situation</span> <span style="color:blue">to wireless hand held device users in said specified region;</span> | For example, Alertmedia provides voice and text alerts to wireless devices in emergency situations.<br><br><br><br>https://www.alertmedia.com/go/alertmedia/?ads_adid=30628589942&ads_cmpid=653614921&ads_creative=105391954371&ads_matchty pe=b&ads_network=g&ads_targetid=kwd-342752800937&ttv=2&utm_medium=ppc&utm_source=adwords&utm_term=%2Balertmedia&utm_campaign=Adwords-Branded&_bt=105391954371&_bk=%2Balertmedia&_bm=b&_bn=g&_bg=30628589942&gclid=Cj0KCQiAhP2BBhDdARIsAJEzXlGCGutoB wkBWEB-wLze-cUn5VAmteSsObfl5HFDrV_4jN_I1zfYcBcaAsGgEALw_wcB |

| | |
|---|---|
| generate and convert a text message indicative of said emergency situation into a digitized voice alert; | For example, AlertMedia provides voice alerts and text messages in emergency situations.<br><br><br><br>Multi-Channel Delivery<br>Send unlimited messages to your audience via voice call, text message, email, mobile app push notification, social media, and unlimited custom channels.<br><br>https://www.alertmedia.com/go/alertmedia/?ads_adid=30628589942&ads_cmpid=653614921&ads_creative=105391954371&ads_matchty pe=b&ads_network=g&ads_targetid=kwd-342752800937&ttv=2&utm_medium=ppc&utm_source=ad words&utm_term=%2Balertmedia&utm_campaign=Adwor ds-Branded&_bt=105391954371&_bk=%2Balertmedia&_bm= b&_bn=g&_bg=30628589942&gclid=Cj0KCQiAhP2BBhD dARIsAJEzXlGCGutoB wkBWEB-wLze-cUn5VAmteSsObfl5HFDrV_4jN_I1zfYcBcaAsGgEALw_ wcB |

| | |
|---|---|
| convert said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert  in consecutively different languages through said at least one wireless hand held device; | For example, AlertMedia provides text and voice alerts in different languages to wireless devices inemergency situations.<br><br>**Localized** – If you have a global audience, you'll need the ability to send messages in any language. Your emergency notification system vendor needs to be UTF-compliant and allow for messages to be written in any language.<br><br> **Any Device, Anywhere**<br>Whatever device you are using, AlertMedia provides you with a unified emergency notification system to get notifications out to your people within seconds.<br><br>https://www.alertmedia.com/go/alertmedia/?ads_adid=30628589942&ads_cmpid=653614921&ads_creative=105391954371&ads_matchty pe=b&ads_network=g&ads_targetid=kwd-342752800937&ttv=2&utm_medium=ppc&utm_source=adwords&utm_term=%2Balertmedia&utm_campaign=Adwords-Branded&_bt=105391954371&_bk=%2Balertmedia&_bm=b&_bn=g&_bg=30628589942&gclid=Cj0KCQiAhP2BBhDdARIsAJEzXlGCGutoB wkBWEB-wLze-cUn5VAmteSsObfl5HFDrV_4jN_I1zfYcBcaAsGgEALw_wcB |

| | |
|---|---|
| and transmit said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network said specified region. | For example, Alertmedia provides text and voice alerts through a city's cell tower to a person's wireless device.<br><br>**Leveraging Smartphones to Improve Emergency Communications**<br><br>AlertMedia's emergency notification app delivers enterprise mass notification features and audience engagement tools right to your mobile phones. As an administrator, you can send notifications to thousands of people within seconds from your phone, keeping those people safe and informed during critical events. Using the emergency alert app allows your people to share their locations, initiate requests for help, and reply to your messages—improving your ability to monitor their well-being.<br><br>You need an emergency notification system that provides both web and mobile access. While web applications are convenient and easily accessed through a web browser, there will be times when you're traveling, or when your computer systems go down, and you'll require access to your emergency mass notification system right from your smartphone. The AlertMedia emergency notification app brings administrators incredible power in an easy-to-use mobile interface.<br><br>Use AlertMedia's emergency notification app to reach any audience, anywhere in the world.<br><br>https://www.alertmedia.com/emergency-notification-app/ |

These allegations of infringement are preliminary and are therefore subject to change.

10. Alert has and continues to induce infringement. Alert has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services and related services that provide methods and systems/products for providing instant/real-time Voice alerts automatically to remote electronic devices such as to cause infringement of one or more of claims 1–18 of the '938 patent, literally

or under the doctrine of equivalents.  Moreover, Alert has known of the '938 patent and the technology underlying it from at least the date of issuance of the patent.

11. Alert has and continues to contributorily infringe.  Alert has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services and related services that provide methods and systems/products for providing instant/real-time Voice alerts automatically to remote electronic devices such as to cause infringement of one or more of claims 1–18 of the '938 patent, literally or under the doctrine of equivalents.  Moreover, Alert has known of the '938 patent and the technology underlying it from at least the date of issuance of the patent.

12. Alert has caused and will continue to cause Verna damage by direct and indirect infringement of (including inducing infringement of) the claims of the '938 patent.

## IV.    JURY DEMAND

Verna hereby requests a trial by jury on issues so triable by right.

## V.    PRAYER FOR RELIEF

WHEREFORE, Verna prays for relief as follows:

a.    enter judgment that Defendant has infringed the claims of the '938 patent;

b.    award Verna damages in an amount sufficient to compensate it for Defendant's infringement of the claims of the '938 patent in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c.    award Verna an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d.    declare this case to be "exceptional" under 35 U.S.C. § 285 and award Verna its attorneys' fees, expenses, and costs incurred in this action;

e.    declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f.    a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g.    award Verna such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Ramey & Schwaller, LLP**

William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Verna IP Holdings, LLC*