# EXHIBIT E

| **UTILITY PATENT APPLICATION TRANSMITTAL** (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Attorney Docket No.: | **1000-2785 NP1** | Total Pages: | **74** |
|---|---|---|---|---|
| | First Named Inventor or Application Identifier | | | |
| | **Anthony Verna, et al.** | | | |
| | Express Mail Label No.: | | **Not Applicable** | |

| APPLICATION ELEMENTS | |
|---|---|
| See MPEP Chapter 600 concerning utility patent application contents. | ADDRESS TO:  **Mail Stop Patent Application** **Commissioner for Patents** P.O. Box 1450 Alexandria, VA 22313-1450 |

1. ☒ Fee Transmittal Form
(Submit an original, and a duplicate for fee processing)

2. ☒ Specification (incl. claims)   (Total Pages: 56)

3. ☒ Drawing(s) (35 USC 113)   (Total Sheets: 18)

  ☐ Informal   ☒ Formal

4. ☒ Oath or Declaration

  a. ☒ Newly executed
  (original or copy)

  b. ☐ Copy from a prior application (37 CFR 1.63(d))
  (for continuation/divisional with Box 17 completed)
  [Note Box 5 below]

   ☐ i. DELETION OF INVENTOR(S)
   Signed statement attached deleting
   Inventor(s) named in the prior application,
   see 37 CFR 1.63(d)(2) and 1.33(b).

5. ☐ Incorporation By Reference
(usable if Box 4b is checked)
The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

6. ☐ Microfiche Computer Program (Appendix)

7. Nucleotide and/or Amino Acid Sequence Submission
(If applicable, all necessary)

  a. ☐ Computer Readable Copy
  b. ☐ Paper Copy (Identical to computer copy)
  c. ☐ Statement verifying identity of above copies

| ACCOMPANYING APPLICATION PARTS |
|---|

8. ☒ Assignment Papers (cover sheet & document(s))

9. ☐ 37 CFR 3.73(b) Statement   ☒ Power of Attorney
(when there is an assignee)

10. ☐ English Translation Document (if applicable)

11. ☒ Information Disclosure
Statement (IDS)/PTO-1449

12. ☐ Preliminary Amendment

13. ☐ Return Receipt Postcard (MPEP 503)
(Should be specifically itemized)

14. ☐ Small Entity   ☐ Statement filed in prior application,
Statement(s)   Status still proper and desired

15. ☐ Certified Copy of Priority Document(s)
(If foreign priority is claimed)

16. ☐ Other:

---

17. ☒ **CROSS-REFERENCE TO PATENT APPLICATION**: This patent application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Application Serial No. 61489621 entitled, "Voice Alert Methods, Systems and Processor-Readable Media," which was filed on May 24, 2011 and is incorporated herein by reference in its entirety.

**18. CORRESPONDENCE ADDRESS**

☐ Same as prior application   ☒ Correspondence address below

| NAME | Ortiz & Lopez, PLLC | | | | |
|---|---|---|---|---|---|
| ADDRESS | P.O. Box 4484 | | | | |
| CITY | Albuquerque | STATE | NM | ZIP CODE | 87196 |
| COUNTRY | U.S.A. | TELEPHONE | (505) 314-1310 | FAX | (505) 314-1307 |

**UTILITY PATENT APPLICATION TRANSMITTAL - 37 CFR 1.53(b)**          Page 2

19. ☒    The filing fee is calculated below:

| CLAIMS AS FILED, LESS ANY CLAIMS CANCELED BY ABOVE-INDICATED AMENDMENT(S) | | | | |
|---|---|---|---|---|
| (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
| TOTAL CLAIMS (37 CFR 1.16(c)) | 20 - 20 = | 0 | X $26 | = $0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(b)) | 3 - 3 = | 0 | X $110 | = $0.00 |
| MULTIPLE DEPENDENT CLAIMS (IF APPLICABLE) (37 CFR 1.16(d)) | | ANY - - 0 | $390 | = $ 0.00 |
| | BASIC FILING FEE | | | 95.00 |
| | UTILITY SEARCH FEE | | | 310.00 |
| | UTILITY EXAMINATION FEE | | | 125.00 |
| | TOTAL | | = | $ 530.00 |

20. ☐    This is an authorization under 37 CFR 1.136(a)(3) to treat any concurrent or future reply, requiring a petition for extension of time, as incorporating a petition for the appropriate extension of time.

21. ☒    Power of Attorney

a. ☐    The power of attorney appears in the original papers of the enclosed prior application.
b. ☐    Enclosed is a copy of the declaration and power of attorney from the enclosed prior application.
c. ☒    A new declaration with power of attorney is enclosed.

22. ☒    The assignee of this application to be indicated on its publication is Verna IP Holdings, LLC.

Respectfully submitted,

*Kermit D. Lopez*

Kermit D. Lopez
Signature per 37 CFR 1.33 & 34
Date:  December 8, 2011
Registration No. 41,953
Telephone (505) 314-1312

Doc Code: FAI.REQ
Document Description: Request First Action Interview

PTO/SB/413C (05-11)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR FIRST ACTION INTERVIEW (FULL PILOT PROGRAM)

| Attorney Docket Number: 1000-2785 NP1 | Application Number (if known): TBD | Filing date: TBD |
|---|---|---|
| First Named Inventor: Anthony Verna, et al. | Title: Voice Alert Methods, Systems and Processor-Readable Media | |

**APPLICANT HEREBY REQUESTS A FIRST ACTION INTERVIEW IN THE ABOVE-IDENTIFIED APPLICATION.** See Instruction Sheet on page 2.

1.  The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims.

2.  The application must not contain any multiple dependent claims.

3.  By filing this request:

    Applicant is agreeing to make an election without traverse if the Office determines that the claims are not obviously directed to a single invention; and

    Applicant is agreeing not to request for a refund of the search fee and any excess claims fee paid in the application after the mailing or notification of the pre-interview communication prepared by the examiner.

4.  Other attachments: _____

| Signature | *Kermit D. Lopez* | Date | 12/08/2011 |
|---|---|---|---|
| Name (Print/Typed) | Kermit D. Lopez | Registration Number | 41,953 |

**Note:** Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature. If necessary, submit multiple forms for more than one signature, see below*.

☐ *Total of 1 forms are submitted.

This information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.   SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PATENT APPLICATION
Attorney Docket No. 1000-2785 NP1

## THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

In re application of:   Anthony Verna, et al.

For:   **VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA**

Attorney Docket Number: 1000-2785 NP1

### DECLARATION & POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

1. My residence, post office address, and citizenship are as stated below next to my name.

2. I believe that I am the true and original inventor of the subject matter that is claimed and for which a patent is sought on the invention entitled:

**VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA**

3. I have reviewed and understand the contents of the above-identified specification, including the claims.

4. This patent application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Application Serial No. 61489621 entitled, "Voice Alert Methods, Systems and Processor-Readable Media," which was filed on May 24, 2011 and is incorporated herein by reference in its entirety.

5. I hereby appoint Luis M. Ortiz and Kermit D. Lopez, patent agents and/or patent attorneys registered and recognized before the United States Patent and Trademark Office as follows:

Luis M. Ortiz, Registration. No. 36,230
Kermit D. Lopez, Registration. No. 41,953

Messrs Ortiz and/or Lopez will prosecute this application and transact all business in the United States Patent and Trademark Office connected therewith, and to file and prosecute any international patent application filed thereon before any international authorities under the Patent Cooperation Treaty.

PAGE 004

PATENT APPLICATION
Attorney Docket No. 1000-2785 NP1

Send correspondence to:

ORTIZ & LOPEZ, PLLC
Patent Attorneys
PO BOX 4484
Albuquerque, NM 87196-4484

Attorney Docket No. 1000-2785 NP1

7.    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

PATENT APPLICATION
Attorney Docket No. 1000-2785 NP1

Full name of 1st Joint Inventor:    **Anthony Verna**

Inventor Signature:

Date:    December 2, 2011

Residence:    Woodland Hills, California

Post Office Address    22152 Del Valle St.
Woodland Hills, CA 91364

Citizenship:    U.S.A.

PATENT APPLICATION
Attorney Docket No. 1000-2785 NP1

Full name of 2nd Joint Inventor:    **Luis M. Ortiz**

Inventor Signature:

Date:    December 2, 2011

Residence:    Albuquerque, New Mexico

Post Office Address    7005 Vista Del Arroyo N.E.
Albuquerque, NM 87109

Citizenship:    U.S.A.

PATENT APPLICATION
Attorney Docket No. 1000-2785 NP1

Full name of 3rd Joint Inventor:     **Kermit D. Lopez**

Inventor's Signature:

Date:                                    December 2, 2011

Residence:                               Albuquerque, New Mexico

Post Office Address                      4000 Constitution N.E.
                                         Albuquerque, NM 87110

Citizenship:                             U.S.A.

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(c)) | Docket No. 1000-2785 NP1 |
|---|---|

In Re Application Of:   Anthony Verna, et al.

| Application No. | Filing Date | Examiner | Customer No. | Group Art Unit | Confirmation No. |
|---|---|---|---|---|---|
| TBD | TBD | TBD | 64064 | TBD | TBD |

Title:   **VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA**

Address to:
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA  22313-1450**

### 37 CFR 1.97(b)

1. ☒  The Information Disclosure Statement submitted herewith is being filed within three months of the filing of a national application other than a continued prosecution application under 37 CFR 1.53(d); within three months of the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; before the mailing of a first Office Action on the merits, or before the mailing of a first Office Action after the filing of a request for continued examination under 37 CFR 1.114.

### 37 CFR 1.97(c)

2. ☐  The Information Disclosure Statement submitted herewith is being filed after the period specified in 37 CFR 1.97(b), provided that the Information Disclosure Statement is filed before the mailing date of a Final Action under 37 CFR 1.113, a Notice of Allowance under 37 CFR 1.311, or an Action that otherwise closes prosecution in the application, and is accompanied by one of:

☐  the statement specified in 37 CFR 1.97(e);

**OR**

☐  the fee set forth in 37 CFR 1.17(p).

P10A/REV06

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(c)) | Docket No. 1000-2785 NPJ |
| --- | --- |

In Re Application of:   Anthony Verna, et al.

| Application No. | Filing Date | Examiner | Customer No. | Group Art Unit | Confirmation No. |
| --- | --- | --- | --- | --- | --- |
| TBD | TBD | TBD | 64064 | TBD | TBD |

Title:   **VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA**

### Payment of Fee
(Only complete if Applicant elects to pay the fee set forth in 37 CFR 1.17(p))

☐ A check in the amount of _____ is attached.
☐ The Director is hereby authorized to charge and credit Deposit Account No. _____ as described below.
    ☐ Charge the amount of
    ☐ Credit any overpayment.
    ☐ Charge any additional fee required.
☐ Payment by credit card. Form PTO-2038 is attached.
**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| Certificate of Transmission by Facsimile* | Certificate of Mailing by First Class Mail |
| --- | --- |
| I certify that this document and authorization to charge deposit account is being facsimile transmitted to the United States Patent and Trademark Office (Fa<br><br>_____(Date)_____<br><br>_____Signature_____<br><br>Typed or Printed Name of Person Signing Certificate | I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on<br><br>_____(Date)_____<br><br>_____Signature of Person Mailing Correspondence_____<br><br>Typed or Printed Name of Person Mailing Certificate |

*This certificate may only be used if paying by deposit account.

_____Kermit Lop_____
Signature

Dated:   **12/08/2011**

cc:

P10A/REV06

PAGE 010

| FORM PTO-1449<br>(REV. 7.80) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.:<br>1000-2785 NP1 | SERIAL NO.: NOT YET<br>ASSIGNED |
|---|---|---|---|
| **LIST OF PRIOR ART CITED BY APPLICANT**<br>(Use several sheets if necessary) | | APPLICANTS: **Anthony Verna, et al.** | |
| | | FILING DATE: NOT YET<br>ASSIGNED | GROUP ART UNIT:  NOT YET<br>ASSIGNED |

### U. S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (if appropriate) |
|---|---|---|---|---|---|---|
| | 6,151,385 | 11/21/2000 | Reich et al. | 379 | 49 | 12/20/1999 |
| | US 6,510,207 B1 | 01/21/2003 | Cannon et al. | 379 | 68 | 06/29/1999 |
| | US 7,356,129 B1 | 04/08/2008 | Moody | 379 | 45 | 08/18/1999 |
| | US 7,391,314 B2 | 06/24/2008 | Lemmon | 340 | 506 | 10/31/2005 |
| | US 7,508,307 B2 | 03/24/2009 | Albert | 340 | 573.1 | 12/18/2006 |
| | US 7,617,162 B2 | 11/10/2009 | Saini | 705 | 500 | 07/15/2005 |
| | US 7,620,735 B2 | 11/17/2009 | Salim et al. | 709 | 246 | 11/20/2003 |
| | US 7,627,092 B2 | 12/01/2009 | Contractor | 379 | 45 | 11/09/2005 |
| | US 7,756,539 B2 | 07/13/2010 | Milstein et al. | 455 | 518 | 05/27/2005 |
| | US 7,885,817 B2 | 02/08/2011 | Paek et al. | 704 | 270 | 06/29/2005 |
| | US 7,890,586 B1 | 02/15/2011 | McNamara et al. | 709 | 206 | 11/23/2004 |
| | US 7,899,476 B2 | 03/01/2011 | Cheng et al. | 455 | 466 | 01/04/2007 |
| | US 7,920,679 B1 | 04/05/2011 | Naim et al. | 379 | 45 | 02/02/2006 |
| | US 7,933,385 B2 | 04/26/2011 | Dickinson et al. | 379 | 45 | 08/23/2006 |
| | US 2009/0023418 A1 | 01/22/2009 | Grevers, Jr. | 455 | 404.1 | 07/16/2007 |
| | US 2009/0313020 A1 | 12/17/2009 | Koivunen | 704 | 260 | 06/12/2008 |
| | US 2010/0226259 A1 | 09/09/2010 | Desmond et al. | 370 | 242 | 03/03/2009 |
| | US 2010/0260061 A1 | 10/14/2010 | Bojahra et al. | 370 | 252 | 04/12/2010 |
| | US 2010/0268539 A1 | 10/21/2010 | Xu et al. | 704 | 260 | 04/21/2009 |
| | US 2011/0111805 A1 | 05/12/2011 | Paquier et al. | 455 | 563 | 11/06/2009 |

### FOREIGN PATENT DOCUMENTS

| DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|
| | | | | | YES | NO |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

"PLAN" Personal Localized Alerting Network; Federal Communications Commission, May 10, 2011

Wyatt, Edward; "Emergency Alert System Expected forCellphones"; May 9, 2011; NYTimes.com

- 1 -

How to Avoid Robotic Voice Text to Speech Synthesis; http:/www.zero2000.com/articles/how-to-avoid-robotic-voice-text-to-speech-synthesis.html

7 Key Considerations for Selecting an Alert Notification Service, ADT

Intelligent Remote Monitoring and Management with MultiTech's Intelligent Wireless Router; MultiTech Systems

Orpheus, Meridian One Speech; http://www.meridian-one-co.uk/orpheus.html

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

PAGE 012

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA

CROSS-REFERENCE TO PROVISIONAL PATENT APPLICATION

[0001]    This patent application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Application Serial No. 61489621 entitled, "Voice Alert Methods, Systems and Processor-Readable Media," which was filed on May 24, 2011 and is incorporated herein by reference in its entirety.

TECHNICAL FIELD

[0002]    Embodiments are generally related to the provision of instant voice alerts sent automatically to remote electronic devices such as cellular telephones, computers, Smartphones, tablet computing devices, televisions, remote electronic devices in automobiles, etc.  Embodiments are also related to wireless communications networks such as cellular telephone networks and wireless LAN type networks.  Embodiments are additionally related to emergency services and security monitoring of residences, businesses, and government and military facilities.

BACKGROUND OF THE INVENTION

[0003]    In today's highly mobile society, there are increasing numbers of people who work at locations other than their homes or who are away from home long periods of time. There are also a growing number of people who have elderly parents living alone. Additionally, there are also many businesses, enterprises, government agencies, and so forth with offices, buildings, and other facilities that require constant monitoring, particularly during times when no one is available on-site.  Finally, many emergency situations are such that immediate and quick notification to the public of such emergencies will save lives and resources.

[0004]    Accordingly, a need exists for an improved and efficient approach for transmitting

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

or broadcasting instant voice alerts to remote electronic devices automatically during times of emergencies or as a part of security monitoring systems.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

BRIEF SUMMARY

[0005]    The following summary is provided to facilitate an understanding of some of the innovative features unique to the disclosed embodiment and is not intended to be a full description.  A full appreciation of the various aspects of the embodiments disclosed herein can be gained by taking the entire specification, claims, drawings, and abstract as a whole.

[0006]    It is, therefore, one aspect of the disclosed embodiments to provide for the transmission of instant voice alerts automatically to remote electronic devices such as, for example, cellular telephones, computers, Smartphones, tablet computing devices, televisions, remote electronic devices in automobiles, etc.

[0007]    It is another aspect of the disclosed embodiments to provide for text-to-voice alerts to be transmitted instantly and automatically to remote electronic devices such as, for example, cellular telephones, computers, Smartphones, tablet computing devices, televisions, remote electronic devices in automobiles, etc.

[0008]    It is yet another aspect of the disclosed embodiments to provide methods, systems and processor-readable media for the generation and conversion of alerts from text messages to synthesized speech to be instantly and automatically transmitted as instant voice alerts to remote electronic devices.

[0009]    The aforementioned aspects and other objectives and advantages can now be achieved as described herein.  Methods, systems and processor-readable media are disclosed for automatically providing instant voice alerts to remote electronic devices.  In some embodiments, an activity can be detected utilizing one or more sensors.  A text message indicative of the activity can be generated and converted into a digitized voice alert.  The digitized voice alert can then be transmitted through a network for broadcast to one or more remote electronic devices that communicate with the network for an automatic

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

audio announcement of the digitized voice alert through the one or more remote electronic devices.  Note that an "activity" as utilized herein may be, for example, any number of different actions or events.  In the context of a home security/monitoring system, a security sensor may detect that a door has opened while the occupants of the home are away.  The opening of the door would constitute an "activity".  In other situations, a live utterance such as a live speech given by, for example, the President of the United States, could constitute as an "activity" as discussed in more detail herein.

[0010]   In some embodiments, the digitized voice message can be instantly and automatically broadcast through the one or more remote electronic devices in one or more languages based on a language setting in a user profile.  In some embodiments, the one or more languages can be pre-selected in the user profile (e.g., during a set-up of the user-profile or during changes to the users profile).  In some embodiments, the user profile can be established as a user preference via a server during a set up (or at a later time) of the one or more remote electronic devices.  In other embodiments, the user profile can be established as a user preference via an intelligent router during a set up of the one or more remote electronic devices.  In other embodiments, during a set up of the one or more remote electronic devices, the one or more languages can be selected from a plurality of different languages.  In still other embodiments, the digitized voice message can be converted into the particular language specified by the remote electronic device(s).  In yet other embodiments, digitized voice message can be converted into more than one language from among a plurality of languages for broadcast of the digitized voice alert in consecutively different languages through the one or more remote electronic devices.

[0011]   Methods, systems and processor-readable media are also disclosed for automatically providing instant voice alerts to remote electronic devices from incidents detected within a security system (e.g., a security system, a military security monitoring system, an enterprise/business building security monitoring system, etc).  A wireless data network can be provided, which includes one or more sensors that communicate with the wireless data network within a location (e.g., a residence, building, business, government

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

facility, military facility, etc).  An activity can be detected utilizing one or more sensors associated with the location.  A text message indicative of the activity can be generated and converted into a digitized voice alert.  The digitized voice alert can be transmitted through a network for broadcast to one or more electronic devices that communicate with the network for an automatic audio announcement of the digitized voice alert through the remote electronic devices (e.g. a speaker associated with or integrated with such devices).

[0012]    Methods, systems and processor-readable media are also disclosed for providing emergency voice alerts to wireless hand held device users in a specified region. An emergency situation can be detected affecting a specified region and requiring emergency notification of the emergency to wireless hand held device users in the specified region.  A text  message indicative of the emergency situation can be generated and converted into a digitized voice alert.  The digitized voice alert can be transmitted through specific towers of a cellular communications network in the specified region for distribution of an automatic audio announcement of the digitized voice alert to all remote electronic devices in communication with the specific towers in the specified region.

[0013]    Method, systems and processor-readable media are also disclosed for providing an instant voice announcement automatically to remote electronic devices.  In such an approach, a live announcement (e.g., an announcement from the President) can be captured and then automatically converted into a digitized voice message indicative of the live announcement. The  digitized voice message can be associated with a text message to be transmitted through a network to a plurality of remote electronic devices that communicate with the network.  The text message with the digitized voice message can be transmitted through a network (e.g., cellular communications network, the Internet, etc.) for broadcast to the plurality of electronic devices for automatic playback of the digitized voice message through one or more remote electronic devices among the plurality of remote electronic devices upon receipt of the text message with the digitized voice message at the one or more remote electronic devices among the plurality of remote electronic devices.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[0014]    In some embodiments, a current call taking place at one or more of the remote electronic devices can be automatically interrupted in order to push the text message with the digitized voice message through to each of the plurality of remote electronic devices for automatic playing of the digitized voice message via a remote electronic device.  In other embodiments, operations can be implemented for automatically opening the digitized voice message, in response to receipt of the text message with the digitized voice message at the one or more remote electronic devices among the plurality of remote electronic devices, and automatically playing the digitized voice message through a speaker associated with the one or more remote electronic devices in response to automatically opening the digitized voice message.

[0015]    In other embodiments, the identity of the speaker associated with the live announcement can be authenticated prior to automatically converting the live announcement into the digitized voice message indicative of the live announcement.  In some embodiments, authentication of the speaker (e.g., the President or other official) can be authenticated utilizing a voice recognition engine.  In still other embodiments, the digitized voice message can be broadcast through the one or more remote electronic devices in one or more languages based on a language setting in a user profile.  As indicated previously, one or more languages can be pre-selected in the user profile. Additionally, the user profile can be established in some embodiments as a user preference via a server during a set up of one or more of the remote electronic devices.  In some embodiments, the user profile can be established as a user preference via an intelligent router during a set up of the one or more remote electronic device.  In other embodiments, during a set up of the one or more remote electronic devices, one or more languages can be selected from a plurality of different languages.  In yet another embodiment the digitized voice message (e.g., an announcement from the President) can be converted into more than one language from among a plurality of languages for broadcast of the digitized voice alert in consecutively different languages through the one or more remote electronic devices.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

## BRIEF DESCRIPTION OF THE DRAWINGS

[0016]    The accompanying figures, in which like reference numerals refer to identical or functionally-similar elements throughout the separate views and which are incorporated in and form a part of the specification, further illustrate the present invention and, together with the detailed description herein, serve to explain the principles of the disclosed embodiments.

[0017]    FIG. 1 illustrates a first exemplary schematic/flow chart in accordance with an embodiment;

[0018]    FIG. 2 illustrates a second exemplary schematic/flow chart in accordance with an embodiment;

[0019]    FIGS. 3(a) to 3(d) illustrate exemplary screen shots of a user interface in accordance with one or more embodiments;

[0020]    FIG. 4 illustrates a high-level flow chart of operations depicting logical operations of a method for automatically providing instant voice alerts to remote electronic devices, in accordance with an embodiment;

[0021]    FIG. 5 illustrates a high-level flow chart of operations depicting logical operations of a method for automatically providing instant voice alerts to remote electronic devices regarding incidents detected by a security system, in accordance with an embodiment;

[0022]    FIG. 6 illustrates a high-level flow chart of operations depicting logical operations of a method for automatically providing instant emergency voice alerts to wireless hand held device users in a specified region, in accordance with an embodiment;

[0023]    FIG. 7 illustrates a block diagram of a system for automatically providing instant

PAGE 019

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

voice alerts to remote electronic devices, in accordance with an embodiment;

[0024]     FIG. 8 illustrates a block diagram of a system for automatically providing instant voice alerts to remote electronic devices from incidents detected within a security system, in accordance with an embodiment;

[0025]     FIG. 9 illustrates a block diagram of a system for automatically providing emergency instant voice alerts to wireless hand held device users in a specified region, in accordance with an embodiment;

[0026]     FIG. 10 illustrates a block diagram of a processor-readable medium that can store code representing instructions to cause a processor to perform a process to, for example, provide automatic and instant voice alerts to remote electronic devices, in accordance with an embodiment;

[0027]     FIG. 11 illustrates a block diagram of a processor-readable medium that can store code representing instructions to cause a processor to, for example, perform a process to automatically provide instant voice alerts to remote electronic devices from incidents detected within a security system, in accordance with an embodiment;

[0028]     FIG. 12 illustrates a block diagram of a processor-readable medium that can store code representing instructions to cause a processor to perform, for example, a process to automatically provide instant emergency voice alerts to wireless hand held device users in a specified region, in accordance with an embodiment;

[0029]     FIG. 13 illustrates a block diagram of a system for providing automatic and instant voice alerts through a network, in accordance with an embodiment;

[0030]     FIG. 14 illustrates a high-level flow chart of logical operations for providing automatic and instant digitized voice alerts, and converting such digitized voice alerts into

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

more than one language for broadcast of the digitized voice alert in consecutively different languages through one or more remote electronic devices, in accordance with an embodiment;

[0031]    FIG. 15 illustrates a high-level flow chart of operations depicting logical operations of a method for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment;

[0032]    FIG. 16 illustrates a high-level flow chart of operations depicting logical operations of a method for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment;

[0033]    FIG. 17 illustrates a high-level flow chart of operations depicting logical operations of a method for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment;

[0034]    FIG. 18 illustrates a high-level flow chart of operations depicting logical operations of a method for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment;

[0035]    FIG. 19 illustrates a block diagram of a system for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment;

[0036]    FIG. 20 illustrates a block diagram of a processor-readable medium for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment;

[0037]    FIG. 21 illustrates an exemplary data processing system which may be included in devices operating in accordance with some embodiments; and

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

**[0038]**    FIG. 22 illustrates an exemplary environment for operations and devices according to some embodiments of the present invention.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

DETAILED DESCRIPTION

[0039]     The particular values and configurations discussed in these non-limiting examples can be varied and are cited merely to illustrate at least one embodiment and are not intended to limit the scope thereof.

[0040]     The embodiments now will be described more fully hereinafter with reference to the accompanying drawings, in which illustrative are shown.  The embodiments disclosed herein can be embodied in many different forms and should not be construed as limited to the embodiments set forth herein; rather, these embodiments are provided so that this disclosure will be thorough and complete and will fully convey the scope of the invention to those skilled in the art.  Like numbers refer to like elements throughout.  As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items.

[0041]     The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the disclosed embodiments.  As used herein, the singular forms "a", "an", and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise.  It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

[0042]     Unless otherwise defined, all terms (including technical and scientific terms) used herein have the same meaning as commonly understood by one of ordinary skill in the art to which disclosed embodiments belong.  It will be further understood that terms such as those defined in commonly used dictionaries, should be interpreted as having a meaning that is consistent with their meaning in the context of the relevant art and will not be

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

interpreted in an idealized or overly formal sense unless expressly so defined herein.

[0043]    As will be appreciated by one skilled in the art, the present invention can be embodied as a method, system, and/or a processor-readable medium.  Accordingly, the embodiments may take the form of an entire hardware application, an entire software embodiment or an embodiment combining software and hardware aspects all generally referred to herein as a "circuit" or "module."  Furthermore, the embodiments may take the form of a computer program product on a computer-usable storage medium having computer-usable program code embodied in the medium.  Any suitable computer-readable medium or processor-readable medium may be utilized including, for example, but not limited to, hard disks, USB Flash Drives, DVDs, CD-ROMs, optical storage devices, magnetic storage devices, etc.

[0044]    Computer program code for carrying out operations of the disclosed embodiments may be written in an object oriented programming language (e.g., Java, C++, etc.).  The computer program code, however, for carrying out operations of the disclosed embodiments may also be written in conventional procedural programming languages such as the "C" programming language, HTML, XML, etc., or in a visually oriented programming environment such as, for example, VisualBasic.

[0045]    The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer.  In the latter scenario, the remote computer may be connected to a user's computer through a local area network (LAN) or a wide area network (WAN), wireless data network e.g., WiFi, Wimax, 802.xx, and cellular network or the connection may be made to an external computer via most third party supported networks (for example, through the Internet using an Internet Service Provider).

[0046]    The disclosed embodiments are described in part below with reference to

Page 12 of 56

PAGE 024

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

flowchart illustrations and/or block diagrams of methods, systems, computer program products, and data structures according to embodiments of the invention.  It will be understood that each block of the illustrations, and combinations of blocks, can be implemented by computer program instructions.  These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, create means for implementing the functions/acts specified in the block or blocks.

[0047]     These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner such that the instructions stored in the computer-readable memory produce an article of manufacture including instruction means which implement the function/act specified in the block or blocks.

[0048]     The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or other programmable apparatus to produce a computer implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions/acts specified in the block or blocks.

[0049]     FIG. 1 illustrates an overview of a system 200 according to embodiments of the present invention.  System 200 broadly includes a server 205 or central computer, web service tool 210, runtime tool 215, voice recognition engine 220, text-to-speech engine 225 and one or more databases 230.  The server 205 may include each of the web service tool 210, runtime tool 215, voice recognition engine 220, text-to-speech engine 225, and one or more database 230.  Alternatively, one or more of the web service tool 210, runtime application 215, voice recognition engine 220, text-to-speech engine 225, and one or more

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

databases 230 may be remote and in communication with the server 205 or central computer.  The server 205 may be remote and in communication with the server 205 or central computer.

[0050]    Note that as utilized herein the term "server" (e.g., server 205 shown in FIG. 1, server 231 shown in FIG. 13, etc.) refers generally to one of three possible implementations or combinations thereof.  First, the server can be a computer program running as a service to serve the needs or requests of other programs (referred to in this context as "clients") which may or may not be running on the same computer.  Second, the server can be a physical computer dedicated to running one or more such services to serve the needs of programs running on other computers on the same network.  Finally, a server can be a software/hardware system (i.e. a software service running on a dedicated computer) such as a database server, file server, mail server, enterprise server, print server, etc.

[0051]    In some embodiments, the server can be a program that operates as a socket listener.  In other embodiments, a server can be a host that is deployed to execute one or more such programs.  In still other embodiments, the server can be a server computer implemented as a single computer or a series of computers that link other computers or electronic devices together.  Such a server implementation can provide essential services across a network, either to private users inside a large organization (e.g., Intranet) or to public users via the internet.  For example, when one enters a query in a search engine, the query is sent from a user's computer over the internet to the servers that store all the relevant web pages.  The results are sent back by the server to the user's computer.

[0052]    The server 205 can communicate with one or more substantially, real-time services 235 being operated by any number of entities such as, for example, security companies (e.g., Sonitrol, Brinks, etc) or government agencies (e.g., U.S. Department of Homeland Security, government contractors, etc.) operating, for example, particular web sites.  In some embodiment, the services or informational feed 235 may include websites offered by government agencies such as the Homeland Security Department, local 911

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

organizations, private companies or non-profit agencies, FEMA (Federal Emergency Management Agency) and so forth.  As shown in FIG. 1, these services can provide information via, for example, Feed 1, Feed 2, Feed 3 and so forth.  In some embodiments, Feed 1 may provide a series of emergency announcements.  Feed 2 may provide, for example, information related to construction on highways in a particular geographical region, whereas Feed 3 may provide updated weather information in a particular area.

[0053]    In practice, as depicted in FIG. 1 and FIG. 2, a user 240 can initially make a request 242 for specific and/or general voice alerts (e.g., text to voice) and/or other information via an electronic remote device such as a smartphone 199, 201, a tablet 202, television 203, or automobile Bluetooth® type system 204.  In one embodiment, the user can make the request 242 in a text format guided by prompts or a template displayed on, for example, a display of smartphone 199, 201, tablet 202, etc.

[0054]    FIGS. 3(a) to 3(d) illustrate exemplary screen shots of such prompts.  FIG. 3(a), for example, depicts a home screen shot 105 comprising a list of topical icons from which the user may select using various user interfaces including touch screen display, trackball, buttons, and the like.  Four selectable icons 106, 107, 108, 109, and 110 are shown in FIG. 3(a).

[0055]    A user can select one of the icons 106, 107, 108, 109 and 110.  If a user selects icon 106, for example, the user will tap into an emergency informational feed.  The user would then be taken to other screens which would allow a user to set up an emergency informational feed that is ultimately fed to his or her device (e.g., Smartphones 199, 201, tablet 202, automobile 204, etc.) and provided according to particular preselected criteria in the form of text-to-voice informational emergency announcements.  Similarly, if a user selects icon 107, the user will tap into a weather informational feed that use preselects and is again provided with particular voice alerts (e.g., text-to-voice) regarding important weather announcements.  Road condition voice alerts can also be provided by selecting, for example, icon 108.  A user can additionally configure text-to-voice alerts with respect to

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

his or her business or home, as shown by selectable icons 109 and 110.

**[0056]**    FIG. 3(b) depicts a residential screen shot 115 responsive to the user selecting "Home" in accordance with an embodiment.  In the example screen shot 115 shown in FIG. 3(b), assuming the user has selected icon 110 ("Home") shown in FIG. 3(a), the user would see next the screen shot 115 and one or more icons 116, 117, 118, 119 respectively labeled, for example, Sensor 1, Sensor 2, Sensor 3, and Sensor 4.  Such sensor icons are associated with, for example, sensors (e.g., security/surveillance sensors, smoke detectors, fire detectors, carbon monoxide detectors, energy usage monitoring, etc.) located in for example, a residence of a user.  In this case, the user can select each sensor and set up voice alerts (e.g., text-to-voice) related to particular conditions or activities that such sensors may detect.  For example, if a sensor detects that a particular window in a user's home opens while the user is away, information related to this condition will be transmitted as a text-to-voice alert to the user's device (e.g., smartphone, automobile, tablet computer, etc.).

**[0057]**    FIG. 3(c) depicts a screen shot 120 that includes example icons 121, 122, 123. The user can select particular conditions to monitor in the house.  For example, selection of condition 1 may be the temperature inside the house or a particular zone of the house. Condition 2 may be, for example, energy usage monitored by an energy usage sensor in the house.  The user may also set how often the user wishes to receive updates.

**[0058]**    FIG. 3(d) depicts a screen shot 125 responsive to a user selecting, for example, an update (i.e., icon 123 in FIG. 3(c)).  The screen shot 125 depicts available time frames 126 for which the user may receive substantially real-time alerts.  Thus, a user can select how often the substantially, real-time alerts or other informational alerts are received.

**[0059]**    In another embodiment, the user may make a live voice request for a specific voice alert information.  In this embodiment, a voice recognition engine 220 is responsible for converting a live voice or verbal command or input into text.  In one embodiment, the

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

text may be in the form of XML or another appropriate language.  In another embodiment, the text can be a proprietary language.  The XML or other programming or mark-up language can provide a communications protocol between the user and the server 205, namely the web service tool 210.  The web service tool 210 can act as the gate keeper for the system 200 and authenticates the request 244.  This authentication process can determine whether or not the request emanates from a device registered or otherwise permitted to make the request.  For example, the user may need to input a pin or code, which would then be authenticated by the web service tool 210.  If the request is not authenticated, an error message 246 can be transmitted to the user 240 via the device.  Optionally, instructions on remedying the underlying basis for the error response can also be transmitted to the device.

[0060]    Once authenticated, the request type can be checked (e.g., text or voice/verbal 248.  If verbal, the web service tool 210 can transmit the live voice request to the voice recognition engine 220, which is configured to convert the voice request into a text request 250.  Optionally, the voice request can be saved into an audio file prior to being serviced by the voice recognition engine 220.  It can be appreciated that a number of different types of voice recognition engines, including proprietary engines, are suitable for the embodiments discussed herein.  For example, a live voice or verbal request in the form "Need voice alert for residence" may be converted to "Residence Alert" or similar text containing the required terms to locate the desired information.  In another example, a verbal request in the form of "How do I set up voice alerts?" may be converted to "Set Voice Alert" to locate the desired information.

[0061]    The system 200 may also teach users how to best phrase verbal requests to most efficiently allow the system 200 to locate the desired information.  For example, in one embodiment, after downloading application software from, for example, a server, users can be provided with access to a tutorial or similar feature which assists users in phrasing verbal requests directed to, for example, particular types of alerts such as, for example, emergency alerts, weather, business alerts, alerts based on home sensors (entry sensors,

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

smoke detectors, fire detectors, carbon monoxide detectors, energy usage, etc.).   Any improper verbal request (e.g., not enough information to identify desired information or improper format) may be met with a general error message or specific error message detailing required information necessary to identify the desired information.

[0062]    Once represented desired types of information is converted into text, the request is unpacked 252 and handed to a runtime application 215.  The runtime application 215 can be an executable program which handles various functions associated with system 200 as described herein.   The runtime application 215 can be, for example, code comprising instructions to perform particular steps or operations of a process.

[0063]    Initially, based on the converted text request, the runtime application 215 can make a request 254 to the one or more substantially, real-time feeds 235.  The request to one or more feeds 235 can result in the runtime application 215 obtaining a key corresponding to the request.  That is, the one or more feeds 235 can assign keys to each source of desired information which is being tracked.  Once the key is obtained, the runtime application 215 can cause the request and the key to be stored as shown as block 256 in one or more databases 230 thereby linking the device to the feed 235 within the one or more databases 230.

[0064]    The one or more databases 230 can maintain each user's profile of desired alert information.  Accordingly, users can track, if desired, multiple types of information via the system 200.   In one embodiment, the runtime application 215 can queue, for example, emergency information related to multiple requests to be transmitted to the user to prevent any interruption thereof.  Once the key is obtained and it is determined that, for example, a particular emergency or a particular activity is in progress, the one or more databases 230 can maintain a corresponding request as active.

[0065]    Should information relating to a particular emergency or activity no longer be needed because the particular emergency or particular activity has ended (e.g., tornado

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

activity in a particular region has ended), the one or more databases 230 stores the key and maintains the request as temporarily active until a particular status (e.g., tornado activity is confirmed over or tornado activity has resumed) may be transmitted to the user. Responsive to final information being transmitted to the user, the temporary active status can be changed to inactive.

[0066]    The runtime application 215 can be configured to poll the one or more databases 230 to determine the status of each request.  Any inactive request (e.g., tornado activity has ended and it is now safe to go outside) can be removed from the one or more databases 230 by the runtime application 215.  To alleviate backlog, the one or more databases 230 may link multiple users with the same active key when those multiple users have requested the same type of alert information (e.g., tornados, weather, national alerts, Homeland Security alerts, information from home sensors, etc.).

[0067]    Text requests can be unpacked 252 and handed directly to the runtime application 215.  From that point, the process is similar to the verbal requests converted to text as described above.

[0068]    The open communication linked between the database 230 and information feed 235 can provide a conduit for the requested information to be transmitted to the one or more databases 230 at any desired interval.  For example, if the users have selected alert information every 30 minutes, the runtime application 215 determines that the request is active every 30 minutes by polling one or more databases 230.  Polling can occur at any necessary interval, including continuously, to allow all users to receive alerts at the users-selected time period.  If active, the runtime application 215 can pull, grab or obtain the desired substantially, real-time alert information from the feed 235 (or information may be pushed from the feed 235) using the previously obtained key and transmits the alert information to the one or more databases 230 and eventually to the user as described.  The alert information can be stored in the one or more databases 230 either long term or short term depending on the needs of the operator of system 200 and its users.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[0069]     Once obtained from the feed 235, a text file can be handed to the text-to-speech engine 225 depicted in FIG. 1.  One example of a text-to-speech engine (and also speech-to-text) of the type suitable for one or more of the disclosed embodiments is disclosed in U.S. Patent Application Publication No. 2011/0111805, entitled "Synthesized Audio Message Over Communication Links," which published on May 12, 2011 to Baptiste P. Paquier, et al. and is incorporated herein by reference in its entirety.  Another example of a text-to-speech approach that can be adapted for use in accordance with one or more embodiments is disclosed in U.S. Patent Application Publication No. 2009/0313020, entitled "Text-to-Speech User Interface Control," which published on December 17, 2009 to Rami Arto Koivunen, and is incorporated herein by reference in its entirety.  Another example of a text-to-speech or of text-to-speech engine (and also speech-to-text) of the type (or features thereof) suitable for use with one or more of the disclosed embodiments is disclosed in U.S. Patent No. 7,885,817 entitled "Easy Generation and Automatic Training of Spoken Dialog Systems Using Text-to-Speech," which issued to Paek et al. on February 8, 2011 and is incorporated herein by reference in its entirety.

[0070]     Those skilled in the art will recognize that other text-to-speech engines and applications, including proprietary engines and approaches, are suitable for use with the embodiments.  A text file containing the emergency or other alert information can be converted into an audio file such as, for example, a MP3 or similar audio file.

[0071]     In general, the text-to-speech (also text-to-voice) engine 225 discussed herein can be implemented with natural speech features to voice so "robotic voice" text to speech synthesis, which is important for broadcasting or sending voice alerts in more "human" type voice audio, which is more receptive to listeners than the more "robotic voice" text-to-speech applications.  Using a more natural sounding text-to-speech engine for engine 225 ensures that voice alerts are actually heard by listeners, which is particularly important during emergency situations.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[0072]     It can be appreciated that the text-to-speech engine 225 can be configured to offer text-to-speech conversion in multiple languages.  Such a text-to-speech engine 225 can also be configured to convert the digitized voice message into more than one language from among a plurality of languages for broadcast of the digitized voice alert in consecutively different languages through the remote electronic devices (e.g., devices 198, 199, 201, 202, 203, 204).  An example of a text-to-speech application that can be adapted for use with text-to-speech engine 225 discussed herein is "Orpheus," a multilingual text-to-speech synthesizer from Meridian One for Laptop, Notebook and Desktop computers running Microsoft Windows Windows 7, Vista or Microsoft Windows XP.  Orpheus is available as Orpheus TTS Plus or Orpheus TTS.  Orpheus TTS plus and Orpheus TTS speaks 25 languages with synthetic voices capable of high intelligibility at the fastest talking rates.  Orpheus TTS Plus adds natural sounding voices for UK English, US English and Swedish.  Another example of a "natural language sound" approach that can be utilized with text-to-speech engine 225 is disclosed in U.S. Patent Application Publication No. 2010/0268539 entitled "System and Method for Distributed Text-to-Speech Synthesis and Intelligibility," which was published on October 21, 2010 to Xu et al., and is incorporated herein by reference in its entirety.

[0073]     The audio file can then be transmitted to devices such as, for example, devices 199, 201, 202, 203, 204, etc.  In one embodiment, the application software causes the audio file to automatically play upon receipt by the device.  In this manner, users can receive automatic alert-related information in substantially real-time based on user-selected parameters.  In another embodiment, the text file can be transmitted to the device in the form of a text or an instant message without the need for converting the text file to an audio file.  In this embodiment, runtime application 215 can send the text alert to the user device, and the text alert can be converted to a voice alert (i.e., text-to-voice alert) at the device itself.

[0074]     In another embodiment, a community of users can receive substantially, real-time alert information.  In such an embodiment, users simply identify particular desired

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

information (e.g., emergency announcements, weather, road conditions, road construction, etc.) and become part of a community or other users interested in receiving substantially, real-time alert related information alerts in text and/or audio format.  For example, users belonging to a community interested in emergency announcements receive the same substantially, real-time alerts.   Default settings may be used with this particular embodiments such that each user receives alerts at the same time over the same staggered time period (e.g., once an hour, every thirty minutes, once per day, etc.).  Single users may also utilize default settings without joining a community of users.  Users wanting a different scheme can customize the alerts as shown via the example screen shots illustrated in FIGS. 3(a)-3(d).

[0075]     In another embodiment, the system 200 can be configured to allow a user to send a message to a social media account (e.g., Twitter®, Facebook®, etc.) along with an attachment with an audio message from the user.  In another embodiment, the user may send an alert to one or more friends with an audio message (e.g., tornados in southwest Kansas, watch out!).  In this embodiment, the system 200 may prompt the user and/or a home page may depict an icon which allows the user to verbalize a message for delivery to one or more intended recipients along with an alert.  The voice recognition engine 220 can generate an audio file representing the user's message, which can be an actual voice or computer-generated voice, into an audio file and store the audio file in the one or more databases 230 linking it to the other user's remote electronic device.  System 200 can then transmit the audio file along with the alert (or another alert) to one or more intended recipients via a social media account.

[0076]     The intended recipients may be stored by the system 200 previously, or may be inputted at the time the message is to be sent.  In one embodiment, the user is able to select from a list of friends established within the application software by the user.  Once a voice or verbal personal message is created, the personal message can be saved in, for example, database 230 and linked to the user.  When the runtime application 215 next communicates with the database 230, the alert (or other information) can be transmitted

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

along with the personal message.

**[0077]**     FIG. 4 illustrates a high-level flow chart of operations depicting logical operations of a method 400 for automatically providing instant voice alerts to remote electronic devices, in accordance with an embodiment.  As indicated at block 402, the process can be initiated.  Thereafter, as illustrated at block 404, an activity can be detected utilizing one or more sensors.  Then, as indicated at block 406, a text messaged indicative of such activity can be generated.  For example, a message indicating that a particular sensor has determined that the backdoor of a particular house has been opened would generate text stating "Backdoor is open".  Following the generation of such text, typically in the form of a text message or other appropriate text data file, such a text message can be converted as depicted at block 408 into a digitized voice alert via, for example, the text-to-speech recognition engine 225 shown in FIG. 1.

**[0078]**     Following the processing of the operation shown at block 408, a test can be performed as indicated at block 410 to determine if the digitized voice message should be broadcast in another language.  For example, if it is determined that the voice alert should be broadcasted in another language (e.g., following broadcast of the message in the initial language), then as described at block 411, the digitized voice message can be converted into a pre-selected or specified language and then as indicated at block 412 transmitted through a network (e.g., network  501 shown in FIG. 13) for broadcast to one or more electronic devices which communicate with such a network for automatic audio announcement of the digitized voice alert (e.g., in one or multiple languages) through the remote electronic device (e.g., a speaker integrated with a Smartphone).  If, however, it is determined that conversion of the digitized voice message to another language is not necessary, then the digitized voice message is transmitted in the original language through the network (e.g., network  501 shown in FIG. 13) for broadcast to one or more remote electronic devices that communicate with the network for the playing of the automatic audio announcement (e.g., voice alert) through the remote electronic device(s).  The process can then terminate, as indicated at block 414.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[0079]    In some embodiments, the aforementioned digitized voice message can be broadcast through the one or more remote electronic devices in one or more languages based on a language setting in a user profile.  The one or more languages can be pre-selected in the user profile.  In other embodiments, the user profile can be established as a user preference via a service during a set up of the one or more remote electronic devices.  The user profile can, in some embodiments, be established as a user preference via an intelligent router during a set up of the one or more remote electronic devices.  In some embodiments, during a set up of the one or more remote electronic devices, the one or more languages can be selected from a plurality of different languages.

[0080]    In general, the digitized voice message can be converted into the particular language specified by a user via the one or more remote electronic devices.  The disclosed embodiments, including the methods, systems and processor-readable media discussed herein, when implemented, will vocalize, for example, regional, national, government, presidential, and other alerts instantly and automatically and in various languages which would automatically follow the base language (e.g., English in the United States, Spanish in Mexico, French in France, etc.) utterance.

[0081]    Note that in some embodiments, the aforementioned one or more sensors can communicate with a server that communicates with the network (e.g., network  501 shown in FIG. 13).  In other embodiments, the one or more sensors can communicate with an intelligent router (e.g., a server, a packet router, etc.) that communicates with the network.  One example of an intelligent router, which can be utilized in accordance with an embodiment, is disclosed in U.S. Patent Application Publication No. 2010/0226259, entitled "Intelligent Router for Wireless Sensor Network," which published to Desmond, et al. on September 9, 2010 and is incorporated herein by reference in its entirety.  Another example of an intelligent router that can be implemented in accordance with the disclosed embodiments is disclosed in U.S. Patent Application Publication No. 2010/0260061, entitled "System and Method for Remote Control of Local Devices Over a Wide Area

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

Network," which was published to Bojahra et al on October 24, 2010 and is incorporated herein by reference in its entirety.  It can be appreciated that other types of intelligent routers (e.g., intelligent or smart wireless routers) can be implemented in accordance with an embodiment.  Examples of intelligent routers 233, 235 are shown in FIG. 13.

[0082]     In yet other embodiments, the sensor or sensors (e.g., a group of networked sensors) can communicate with the one or more sensors through the network.  In other embodiments, each of the one or more sensors can comprise a self-contained computer that communicates with the network (e.g., network  501 shown in FIG. 13).  Note that such sensors can be located in, for example, a residence, a business, enterprise, a government entity (e.g., a secure facility, military base, etc.) and so forth.

[0083]     FIG. 5 illustrates a high-level flow chart of operations depicting logical operations of a method 420 for automatically providing instant voice alerts to remote electronic devices from incidents detected within a security system, in accordance with an embodiment.  As indicated at block 422, the process can be initiated.  Thereafter, as illustrated at block 424, a wireless data network can be provided which includes and/or communicates with one or more of the sensors in communication with the wireless data network (e.g., network  501 shown in FIG. 13).  The sensors can be located within, for example, a residence, a building, government agency, secure military facility, etc.  Next, as depicted at block 426, the one or more sensors in and/or associated with the residence can detect an activity (e.g., window opens, door opens, smoke detected, etc.).

[0084]     Assuming that the sensor or sensors detect an activity, then as illustrated at block 428, a text message can be generated, which is indicative of the activity (e.g., "Smoke Detected in Living Room").  Thereafter, as illustrated at block 430, the text message can be converted into a digitized voice alert via, for example, the text-to-speech engine 225 shown in FIG. 1.  Next, as depicted at block 432, the digitized voice alert can be transmitted through a network (e.g., a cellular communications network) for broadcast to one or more remote electronic devices that communicate with the network for an automatic

PAGE 037

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

audio announcement of the digitized voice alert through the one or more remote electronic devices (e.g., a speaker integrated with a Smartphone, laptop computer, automobile, etc.). Note that the aforementioned operations involving language pre-selection, language conversion, etc., shown in FIG. 4 can be adapted for use with the methodology shown in FIG. 5. The process shown in FIG. 5 can then terminate, as depicted at block 434.

[0085]     FIG. 6 illustrates a high-level flow chart of operations depicting logical operations of a method 440 for providing automatic and instant emergency voice alerts to wireless hand held device users in a specified region, in accordance with an embodiment.  The method 440 provides for an instant automatic delivery of a voice alert to one or more remote electronic devices via a network such as, for example, network 501 discussed herein.  Method 440 takes into account several scenarios.  The first scenario involves those who are unable to look at their instant text alert such as when driving, or otherwise unable so as not to be distracted.  This is not possible with the current PLAN (e.g., see description of PLAN in greater detail herein), which sends text only to wireless carriers, whereas, with the approach of the disclosed embodiments, users can hear the message without doing anything.  They can hear the voice alert in sequential languages, also without doing anything, as described further herein.  Second, the disclosed embodiments, such as that of method 440, handle the situation of those that are without a phone, who are reading the TEXT on their computers, and so forth.  Such individuals are now be able to HEAR the PLAN Alert via an approach such as that of method 440.  They can hear the voice alert without doing anything, and also indicated herein, hear the voice alert in sequential languages without doing anything.  Additionally, a live utterance (e.g., announcement) can be instantly converted into a digitized voice alert for automatic delivery in the manner as indicated above, and also in the manner described herein with respect to, for example, the methodology of FIGS. 14-15.

[0086]     As indicated at block 442, the process can be initiated.  Next, as described at block 444, an operation can be implemented for determining an emergency situation affecting a specified region and requiring emergency notification of the emergency to

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

wireless hand held device users in the specified region.  Thereafter, as illustrated at block 446, a step can be implemented for generating a text message indicative of the emergency situation (e.g., "Flooding, Leave to Higher Ground!").  Then, as indicated at block 448, an operation can be implemented for converting a text message indicative of the emergency situation into a digitized voice alert (e.g., text-to-voice).  The conversion operation depicted at block 448 can be provided by, for example, the text-to-speech engine 225 shown in FIG. 1.

[0087]    Following the processing of the operation shown at block 448, the digitized voice alert can be transmitted, as depicted at block 450, through specific towers of a cellular communication network (e.g., network  501 shown in FIG. 13) in the specified region for distribution, as shown next at block 452, of an automatic audio announcement of the digitized voice alert to all remote electronic devices in communication with the specific towers in the specified region.  Note that the aforementioned operations involving language pre-selection, language conversion, etc. shown in FIG. 4 can be adapted for use with the methodology shown in FIG. 6.  The process shown in FIG. 6 can then terminate, as depicted at block 454.

[0088]    Note that the instructions described herein such as, for example, the operations/instructions depicted in FIG. 4, 5, 6, 14, 15, and 16, and any other processes described herein (e.g., processes shown in FIGS. 1-2) can be implemented in the context of hardware and/or software.  In the context of software, such operations/instructions of the methods described herein can be implemented as, for example, computer-executable instructions such as program modules being executed by a single computer or a group of computers or other processors and processing devices.  In most instances, a "module" constitutes a software application.

[0089]    Generally, program modules include, but are not limited to, routines, subroutines, software applications, programs, objects, components, data structures, etc., that perform particular tasks or implement particular abstract data types and instructions.  Moreover,

PAGE 039

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

those skilled in the art will appreciate that the disclosed method and system may be practiced with other computer system configurations such as, for example, hand-held devices, multi-processor systems, data networks, microprocessor-based or programmable consumer electronics, networked PCs, minicomputers, mainframe computers, servers, and the like.

[0090]    Note that the term module as utilized herein may refer to a collection of routines and data structures that perform a particular task or implements a particular abstract data type.  Modules may be composed of two parts: an interface, which lists the constants, data types, variable, and routines that can be accessed by other modules or routines, and an implementation, which is typically private (accessible only to that module) and which includes source code that actually implements the routines in the module.  The term module may also simply refer to an application such as a computer program designed to assist in the performance of a specific task such as word processing, accounting, inventory management, etc.  Additionally, the term "module" can also refer in some instances to a hardware component such as a computer chip or other hardware.

[0091]    FIG. 7 illustrates a block diagram of a system 490 for automatically providing instant voice alerts to remote electronic devices, in accordance with an embodiment.  In general, system 490 includes a processor 480 and a data bus 481 coupled to the processor 480.  System 490 can also include a computer-usable medium 482 embodying, for example, computer code (e.g., in the form of a software module or group of software modules).  The computer-usable medium 482 is generally coupled to or can communicate with the data bus 481.  The computer program code or module 484 can be configured to comprise instructions executable by the processor and configured for implementing, for example, the method 400 described above.  Such a method 400 can include detecting an activity utilizing at least one sensor, generating and converting a text message indicative of the activity into a digitized voice alert; and transmitting the digitized voice alert through a network (e.g., network  501 shown in FIG. 13) for broadcast to one or more remote electronic devices that communicate with the network for an automatic audio

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

announcement of the digitized voice alert through the one or more remote electronic devices.

[0092]     FIG. 8 illustrates a block diagram of a system 492 for automatically providing instant voice alerts to remote electronic devices from incidents detected within a security system, in accordance with an embodiment.  In general, system 492 includes a processor 480 and a data bus 481 coupled to the processor 480.  The system 492 can also include a computer-usable medium 482 embodying, for example, computer code (e.g., in the form of a module or group of modules).  The computer-usable medium 482 is also generally coupled to or in communication with the data bus 481.  The computer program code or module 484 can be configured to comprise instructions executable by the processor and configured for implementing, for example, the method 420 described above.  Such a method 420 can include, for example, providing a wireless data network (e.g., a cellular network, a WLAN, etc.) including one or more sensors in communication with the wireless data network within a location (e.g., residence, building, military facility, government location, etc); detecting an activity utilizing one or more sensors associated with the location; generating and converting a text message indicative of the activity into a digitized voice alert; and transmitting the digitized voice alert through a network (e.g., network  501 shown in FIG. 13) for broadcast to one or more remote electronic devices that communicate with the network (e.g., network 501) for an automatic audio announcement of the digitized voice alert through the remote electronic device(s).

[0093]     FIG. 9 illustrates a block diagram of a system 494 for automatically providing instant emergency voice alerts to wireless hand held device users in a specified region, in accordance with an embodiment.  In general, system 494 includes a processor 480 and a data bus 481 coupled to the processor 480. The system 492 can also include a computer-usable medium 482 embodying, for example, computer code (e.g., in the form of a module or group of modules).  The computer-usable medium 482 is also generally coupled to or in communication with the data bus 481.  The computer program code or module 484 can be configured to comprise instructions executable by the processor and configured for

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

implementing, for example, the method 440 described above.  Such a method 440 can include, for example, determining an emergency situation affecting a specified region and requiring emergency notification of the emergency to wireless hand held device users in the specified region; generating and converting a text message indicative of the emergency situation into a digitized voice alert; and transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an automatic audio announcement of the digitized voice alert to all remote electronic devices in communication with the specific towers in the specified region.

[0094]    It can be appreciated that in some embodiments, the computer-usable medium 482 discussed herein can be, for example, an application such as a downloadable software which may be in the form of a downloadable application software ("app") retrieved from a server such as, for example, server, 231 shown in FIG. 13, and then stored in a memory of a user device such as, for example, remote electronic devices such as computer 198, Smartphones 199, 201, Tablet 202, television 203, automobile 204, etc.   In other embodiments, the computer-usable medium 482 may be a computer chip or other electronic module that can actually be incorporated into or added to a remote electronic devices such as computer 198, Smartphones 199, 201, Tablet 202, television 203, automobile 204, etc., either during manufacture or as after-market type modules.

[0095]    FIG. 10 illustrates a block diagram of a processor-readable medium 490 that can store code 484 representing instructions to cause a processor to perform a process to, for example, provide automatic and instant voice alerts to remote electronic devices, in accordance with an embodiment.  The code 484 can comprise code (e.g., module or group of modules) to perform the instructions of, for example, method 400 including code to detect an activity utilizing one or more sensors; generate and convert a text message indicative of the activity into a digitized voice alert; and transmit the digitized voice alert through a network (e.g., network  501 shown in FIG. 13) for broadcast to one or more remote electronic devices that communicate with the network for an automatic audio announcement of the digitized voice alert through the one or more remote electronic

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

devices.

**[0096]**     FIG. 11 illustrates a block diagram of a processor-readable medium 492 that can store code representing instructions to cause a processor to, for example, perform a process to provide automatic and instant voice alerts to remote electronic devices from incidents detected within a security system, in accordance with an embodiment.  Such a code can comprise code 484 (e.g., module or group of modules, etc.) to perform the instructions of method 420 such as, for example, to provide a wireless data network including one or more sensors in communication with the wireless data network within a location such as a residence, building, business, government facility, etc; detect an activity utilizing one or more sensors associated with the location; generate and convert a text message indicative of the activity into a digitized voice alert; and transmit the digitized voice alert through a network (e.g., network  501 shown in FIG. 13) for broadcast to one or more remote electronic devices that communicate with the network for an automatic audio announcement of the digitized voice alert through the one or more remote electronic devices.

**[0097]**     FIG. 12 illustrates a block diagram of a processor-readable medium 494 that can store code representing instructions to cause a processor to perform, for example, a process to automatically provide instant emergency voice alerts to wireless hand held device users in a specified region, in accordance with an embodiment.  Such a code 484 (e.g. a module) can comprise  code to perform the instructions of, for example, method 440 including code to determine an emergency situation affecting a specified region and requiring emergency notification of the emergency to wireless hand held device users in the specified region; generate and convert a text message indicative of the emergency situation into a digitized voice alert; and transmit the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an automatic audio announcement of the digitized voice alert to all remote electronic devices in communication with the specific towers in the specified region.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[0098]    It can be appreciated that in some embodiments, the processor-readable media 490, 492 and 494 discussed herein can be, for example, an application such as a downloadable software which may be in the form of a downloadable application software ("app") retrieved from a server such as, for example, server, 231 shown in FIG. 13, and then stored in a memory of a user device such as, for example, remote electronic devices such as computer 198, Smartphones 199, 201, Tablet 202, television 203, automobile 204, etc.  In other embodiments, the processor-readable media 490, 492, 494, etc., may each be provided as a computer chip or other electronic module that can actually be incorporated into or added to remote electronic devices such as computer 198, Smartphones 199, 201, Tablet 202, television 203, automobile 204, etc., either during manufacture or as after-market type modules.

[0099]    FIG. 13 illustrates a voice alert system 500 that can be implemented in accordance with the disclosed embodiments.  It can be appreciated that one or more of the disclosed embodiments can be utilized to implement various aspects of system 500 shown in FIG. 13.  System 500 generally includes a network 501 that can communicate with one or more of the remote electronic devices such as computer 198, Smartphones 199, 201, etc., tablet computing device 202, a television 203, an automobile 204, etc.  One or more servers, such as server 231, can also communicate with network 501.  The database 230 (and other databases) can communicate with (via a network connection or other communication means with server 231) or is preferably stored in a memory of serer 231.  It can be appreciated that server 231 may be a standalone computer server or may be composed of multiple servers that communicate with one another and with network 501. Also, in some embodiments sever 231 of FIG. 13 and server 205 of FIG. 1 may actually be the same server/computer, depending upon design considerations and goals.

[00100]    Additionally, one or more sensors 512 located in, for example, a residence 511, can communicate with the network 501 individually or may be interlinked with one another in the context of a home based network (e.g., a Wireless LAN) that communicates with the network 501.  Similarly, one or more sensors 514 can be located at key positions within a

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

building 513.  Such sensors 514 may be interlinked with one another or communicate with individually with the network 513 either directly or via a network located in a  building 513 such as a Wireless LAN.  In some cases, the one or more sensors 512 can communicate with an intelligent router 233 via, for example, a WLAN.  The communications arrows 237 and 239 shown in FIG. 13 represent, for example, wireless communications (e.g., a WLAN or other appropriate wireless network) means or a direct (e.g., Ethernet) communications means, depending on particular implementations.  The one or more sensors 514 can also communicate with an intelligent router 235 via communications means 239, similar to the communications configuration involving the intelligent router 233, one or more sensors 512, and communications means 237.  Although not specifically shown in FIG. 13, it can be appreciated that each of the intelligent routers 233 and/or 235 can also communicate with the network 501.   In some cases, for example, server 231 (or other servers in communications with network 501) can function as an intelligent router, depending upon design considerations.

[00101]    A variety of enterprises, business, government agencies, and so forth can also communicate with network 501.  For example, local or state emergency services 510 (e.g., Fire Department, Police Department, etc.) can communicate with network 501.   A Homeland Security Agency 502 (e.g., including FEMA, etc.) can also communicate with network 501.  A 911 Organization 504 can additionally communicate with network 501.  A military organization (U.S. Air force, U.S. Army, U.S. Navy, Department of Defense, etc.) can also communicate with network 501.  Additionally, a security monitoring enterprise 508 (e.g., Sonitrol, Brinks, etc.) can also communicate with network 501.   In some embodiments, the security monitoring enterprise 508 may monitor house 511 and/or building 513 respectively via one or more sensors 512 and/or 514, depending upon the implemented embodiment.

[00102]    Network 501 can be, for example, a network such as the Internet, which is the well-known global system of interconnected computer networks that use the standard Internet Protocol Suite (TCP/IP) to serve billions of users worldwide.  It is a network of

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

networks that consists of millions of private, public, academic, business, and government networks, of local to global scope, that are linked by a broad array of electronic, wireless, and optical networking technologies.   The Internet carries a vast range of information resources and services such as the inter-linked hypertext documents of the World Wide Web (WWW) and the infrastructure to support electronic mail.

[00103]   Network 501 can also be, for example, a wireless communications network such as, for example, a cellular communications network.  A cellular communications network is a radio network distributed over land areas called cells, each served by one or more fixed-location transceivers known as a cell site or base station.  When joined together these cells provide radio coverage over a wide geographic area.  This enables a large number of portable transceivers (e.g., mobile phones, pagers, etc.) to communicate with each other and with fixed transceivers and telephones anywhere in the network, via base stations, even if some of the transceivers are moving through more than one cell during transmission.  In some embodiments, such as a limited geographical area, network 501 may be implemented as a WiFi network such as, for example, an IEEE 802.11 type network, WLAN (Wireless Local Area Network, etc.), so-called Super Wi-Fi, coined by the U.S. Federal Communications Commission (FCC) to describe proposed networking in the UHF TV band in the US, and so forth.

[00104]   Network 501 can also be configured to operate as, for example, a PLAN (Personal Localized Alert Network) for the transmission of local emergency services, Amber alerts, Presidential messages, government notices, etc.  Assuming network 501 is either configured a PLAN or equipped with PLAN capabilities, authorized government officials can utilize network 501 as a PLAN to send emergency text messages to participating wireless companies, which will then use their cell towers to forward the messages to subscribers in the affected area.  Such text messages can be converted to synthesize voice/speech via, for example, text-to-speech engine 225 either before being sent through the network 501 or via a server such as server 231 (and/or other services) or via the receiving remote electronic device such as, for example, remote electronic devices

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

198, 199, 201, 202, 203, 204, etc., that communicate with the network 501.

[00105]   A variety of different types of text message alerts can be generated and converted to synthesized speech (e.g., "natural" voice) as indicated herein.  Most security system sensors provide a simple switched output that changes state, and that's based on whether the sensor has been tripped or not, which means that when connected up in a circuit they behave just like a switch that is activated automatically, and that makes them extremely easy to connect in the same (text to speech) technology.  Below is a sampling of "Instant Voiced Alerts" that can be sent directly to a remote electronic device such as, for example, smartphone, computer, iPad and/or to a security center (e.g., security monitoring 508) or directly to their security patrol car.

[00106]   Home: "Activity has just been detected behind your back kitchen door." Warehouse: "Motion has been detected in Area 4. Camera has now been triggered for recording."

[00107]   Bank: "Wired Sensor 3 has lost its signal. Parking Entrance has now been permanently disarmed."

[00108]   School: "Campus Motion Detector has just been triggered outside the windows of the Female Lounge Area."

[00109]   Restaurant: "Freezer Window Alarm has triggered. Please call ADT Home Security 505-717-0000 if accidental."

[00110]   Airport: "Infra-red beam on incoming oversized baggage belt 8 has been broken and then manually reset."

[00111]   Police: "Danger: Road Closing Alert for Bryn Mawr Drive between Silver Avenue and Coal Avenue."

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[00112]   Public Service: "Skywarn Alert--Tornado has moved east toward Albuquerque and stalled over the area. Winds 40 mph."

[00113]   Hospital: "Smoke is being detected in the Seniors Ward.  Automatic alarm has not sounded."

[00114]   Medical: "This is your Medical Monitoring System informing you that help is on the way."

[00115]   Military: "Kirkland underground weapons sensors not complying with commands from the 377th Air Base Wing,."

[00116]   Retail: "EAS merchandise tag #Slk221 on Armani Suit has not been deactivated."

[00117]   Airline/Travel: "Jet Blue Air Flight 355 JFK to Burbank has JUST arrived AT four twenty seven pm BAGGAGE CLAIM 3."

[00118]   The transmission of the voice alerts can be rendered in, for example, a dozen languages and also different voices.  In context of an automobile scenario, for example, once the alert is routed to, for example, a Bluetooth® application (e.g., a Bluetooth® connection), it connects to the user's remote electronic device (e.g., Smartphone) to a stereo of the automobile for playing of the voice alert.  In the same automobile scenario and accessing a PLAN network as described earlier herein, if a user/driver is driving in the event of, for example, a national emergency in which the President of the United States addresses the nation, the Bluetooth® connection in the automobile would allow the user/driver to instantly hear the President and also in some embodiments, in consecutive multiple languages and without visually distracting the user/driver while the user/driver continues to operate his or  her automobile.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[00119]   In general, it can be appreciated that the disclosed embodiments, including the methods, systems and processor-readable media discussed herein, when implemented, will vocalize, for example, regional, national, government, presidential, and other alerts instantly and automatically and various languages which would automatically follow the base language (e.g., English) utterance.

[00120]   FIG. 14 illustrates a high-level flow chart of logical operations of a method 401 for providing automatic and instant digitized voice alerts, and converting such digitized voice alerts into more than one language for broadcast of the digitized voice alert in consecutively different languages through one or more remote electronic devices, in accordance with an embodiment.   Note that the operational steps shown in FIG. 14 are similar to those depicted in FIG. 4, except for differences shown at blocks 411 and 413.   That is, assuming it is determined to convert the digitized voice alert into other languages, an operation can be implemented, as indicated at block 411, to convert the digitized voice alert into multiple languages (e.g., English to Spanish, Italian, Vietnamese, etc.).

[00121]   Then, as indicated at block 413, the voice alert can be instantly broadcast consecutively in different languages (e.g., English followed by Spanish, Italian, Vietnamese, and then back to English again).   Thus, a loop of voice alerts in different languages can be provided.   In some embodiments, a live utterance can be instantly converted into a digitized voice alert for automatic delivery in a selected series of languages following the base language (e.g., English).   The combined digitized voice alert can then be instantly transmitted through, for example, network 501 for broadcast through one or more of the remote electronic devices 198, 199, 201, 202, 203, 204, etc.

[00122]   Note that the transmission of text messages and text-to-speech conversion is one approach for broadcasting voice alerts.   Another approach and thus another embodiment, involves alert messages (e.g., a live speech or live announcement) sent directly from a phone call.   For example, in the case of a national emergency or national announcement, the President can speak directly into a telephone (e.g., cell phone, landline,

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

Internet Telephony based phone, etc.) and speak an utterance or announcement such as "This is a national emergency".  The voice of the President can thus be captured and converted into a digitized voice alert (e.g., a wave file or other audio file) and then transmitted through, for example, network 501 to one or more of devices 198, 199, 201, 202, 203, 204, etc.

[00123]  FIG. 15 illustrates a high-level flow chart of operations depicting logical operations of a method 530 for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment.  The methodology shown in FIG. 15 does not utilize text-to-speech conversion, but actually relies on the original live voice/utterance itself.  In general, a speaker (e.g., the President) speaks directly into a voice capturing device such as, for example, a cell phone, landline phone, etc., as indicated at block 536.  Then, as illustrated at block 538, the voice of the speaker (e.g., a live announcement) is captured.  Thereafter, as shown at block 540, the captured utterance (e.g., live announcement) is automatically converted into a digitized voice message that is indicative of the live announcement (e.g., a digital audio recording of the live announcement) in response to capturing the live announcement.

[00124]  Next, as depicted at block 542, the digitized voice message of the captured utterance) is associated with a text message, which may or may not contain text.  In some embodiments, the digitized voice message can be attached to the text message or may be bundled with the text message.  Thereafter, as described at block 544, the digitized voice message can be automatically transmitted through network 501 to one or more remote electronic devices such as devices 198, 199, 201, 202, 203, 204, etc., that communicate with the network 501.  Then, as shown at block 546, a test can be performed to automatically confirm if the text message (which includes the digitized voice message) has been received at a device such as one or more of devices 198, 199, 201, 202, 203, 204, etc.

[00125]  Such a test can include, in some embodiments, automatically detecting header

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

information (e.g., packet header) to determine point of origin and point of transmission (e.g., the remote electronic device) to assist in determining if the text message (with digitized voice message attached) is received at the device. If so, then the process continues, as indicated at block 550. If not, a test is determined whether or not to transmit again or " try again" as shown at block 542, and the operation repeated. Assuming, it is determined not to "try again" (e.g., after a certain amount of time or a certain amount of repeat transmissions), the process can then terminate, as described at block 556. Assuming, however, that the answer is "Yes" in response to the test indicated at block 546 and it is confirmed that the text message is received at the device, then as depicted at block 550, the digitized voice message associated with and/or attached to the text message is automatically opened and then as indicated at block 554, the digitized voice message is automatically  played (e.g., via a speaker) via the device. The process can then terminate, as shown as block 556.

[00126]   Thus, the text message (with the attached/associated digitized voice message) can be transmitted with the digitized voice message through network 501 for broadcast to the one or more electronic devices for automatic playback of the digitized voice message through the one or more remote electronic device upon receipt of the text message with the digitized voice message at the device(s).

[00127]   FIG. 16 illustrates a high-level flow chart of operations depicting logical operations of a method 531 for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment. Note that the method 531 shown in FIG. 16 is similar to the method 530 depicted in FIG. 15, the difference being in the addition of a test to determine if a call (e.g., phone call) or other activity is in progress at the device at the time of receipt of the text message (with its attached/associated digitized voice message). If a call is in progress, as shown at block 548, then as indicated at block 549, the call can be interrupted and the text message with its attached/associated digitized voice message (e.g., announcement from the President) pushed ahead of the current call to allow the digitized voice message to be automatically opened via the device, as shown at

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

block 550.  Assuming a call is not in progress, then as indicated at blocks 548 and 550, the digital voice message (e.g., vocal utterance) is automatically opened via the remote electronic device.  Thereafter, the digitized voice message can be automatically played, as indicated at block 554, via the device and in the case of an interrupted call, takes precedence over the interrupted call. Thus, the operations shown in FIG. 16 allow for an automatic interruption of a current call in each remote electronic device in order to push the text message with the digitized voice message through to each remote electronic device for automatic playback of the digitized voice message.

[00128]   The digitized voice message can in some embodiments be automatically opened in response to receipt of the text message with the digitized voice message at the one or more remote electronic devices, and automatically played through respective speakers associated with each remote electronic device in response to automatically opening the digitized voice message.  In other embodiments, the identity of the speaker (e.g., the President) associated with the live announcement can be authenticated via, for example, the voice recognition engine 220 shown in FIG. 1, prior to automatically converting the live announcement into the digitized voice message indicative of the live announcement.

[00129]   FIG. 17 illustrates a high-level flow chart of operations depicting logical operations of a method 533 for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment.  Note that the methodology of FIG. 17 is similar to that of FIGS. 15-16, the difference being that that method 533 of FIG. 17 does not utilize a text message transmission.  Instead, in method 533, the original voice announcement or utterance is captured and configured in a digitized voice alert format and transmitted and pushed through via network 501 to devices 198, 199, 201, 202, 203, 204, etc.

[00130]   FIG. 18 illustrates a high-level flow chart of operations depicting logical operations of a method 535 for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment.   The methodology of FIG.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

18 is similar to that of FIGS. 15-17, the difference being that the method 535 shown in FIG. 18 includes a language conversion and broadcast feature, as indicated by blocks 547 and 551. This is similar to the language features discussed earlier herein. Note that the actual language conversion can take place at the mobile device via, for example, a language conversion module, or may take place earlier in the process prior to transmission of the live announcement but after capturing the announcement or utterance from the speaker.

[00131]   FIG. 19 illustrates a block diagram of a system 560 for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment. System 560 generally includes a processor 480 and a data bus 481 coupled to the processor 480. System 560 can also include a computer-usable medium 482 embodying computer code 484 (or a module or group of modules). The computer-usable medium 482 is generally coupled to the data bus 481, and the computer program code 484 comprises instructions executable by the processor 480 and configured for performing the instructions/operations of, for example, methods 401, 530, 531, 533 and/or 535 respectfully illustrated and discussed hereinwith respect to FIGS. 14-18.

[00132]   In some embodiments, the computer-program code 484 of FIG. 19 can comprise instructions executable by processor 480 and configured for capturing a live announcement; automatically converting the live announcement into a digitized voice message indicative of the live announcement, in response to capturing the live announcement; associating the digitized voice message with a text message to be transmitted through network 501 to a plurality of remote electronic devices that communicate with the network 501; and transmitting the text message with the digitized voice message through network 501 for broadcast to the plurality of electronic devices for automatic playback of the digitized voice message through at least one remote electronic device among the plurality of remote electronic devices upon receipt of the text message with the digitized voice message at the at least one remote electronic device among the plurality of remote electronic devices.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

[00133]   In other embodiments, the code 484 may comprise instructions configured for automatically interrupting a current call in each remote electronic device among the plurality of remote electronic devices in order to push the text message with the digitized voice message through to each of the plurality of remote electronic devices for automatic playback of the digitized voice message via the plurality of remote electronic devices.  In other embodiments, the code 484 may comprise instructions for  automatically opening the digitized voice message in response to receipt of the text message with the digitized voice message at the at least one remote electronic device among the plurality of remote electronic devices; and automatically playing the digitized voice message through a speaker associated with the at least one remote electronic device in response to automatically opening the digitized voice message.

[00134]   In yet other embodiments, the code 484 may comprise instructions configured for authenticating an identity of a speaker associated with the live announcement prior to automatically converting the live announcement into the digitized voice message indicative of the live announcement.  Authentication may occur, for example, automatically utilizing a voice recognition engine.

[00135]   In still other embodiments, instructions of the code 484 can be further configured for broadcasting the digitized voice message through the at least one remote electronic device in at least one language based on a language setting in a user profile.  In yet other embodiments, instructions of the code 484 can be further configured for pre-selecting the at least one language in the user profile.  In other embodiments, instructions of the code 484 can be configured for establishing the user profile as a user preference via a server during a set up of the at least one remote electronic device.  Additionally, in other embodiments, instructions of the code 484 can be configured for establishing the user profile as a user preference via an intelligent router during a set up of the at least one remote electronic device.  In still other embodiments, the code 484 can include instructions configured during a set up of the at least one remote electronic device for selecting the at least one language from a plurality of different languages.  In other embodiments, the code 484 can include

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

instructions configure for converting the digitized voice message into more than one language from among a plurality of languages for broadcast of the digitized voice alert in consecutively different languages through the at least one remote electronic device.

[00136]    FIG. 20 illustrates a block diagram of a processor-readable medium 562 for providing an instant voice announcement automatically to remote electronic devices, in accordance with an embodiment.   Processor-readable medium 562 can store code representing instructions to cause the processor 480 to perform a process to automatically provide an instant voice announcement to remote electronic devices.  The code 484 can comprise code to implement the instructions/operations of, for example, methods 401, 530, 531, 533 and/or 535 respectfully illustrated and discussed herein with respect to FIGS. 14-18.

[00137]    Such a code 484 (or a module or group modules, routines, subroutines, etc.) can comprise code to, for example, capture a live announcement, automatically convert the live announcement into a digitized voice message indicative of the live announcement in response to capturing the live announcement; associate the digitized voice message with a text message to be transmitted through network 501 to a plurality of remote electronic devices that communicate with the network; and transmit the text message with the digitized voice message through network 501 for broadcast to the plurality of electronic devices for automatic playback of the digitized voice message through at least one remote electronic device among the plurality of remote electronic devices upon receipt of the text message with the digitized voice message at the at least one remote electronic device among the plurality of remote electronic devices.

[00138]    In some embodiments, such a code 484 can further comprise code to automatically interrupt a current call in each remote electronic device among the plurality of remote electronic devices in order to push the text message with the digitized voice message through to each of the plurality of remote electronic devices for automatic playback of the digitized voice message via the plurality of remote electronic devices.  In

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

other embodiments, such a code 484 can comprise code to automatically open the digitized voice message in response to receipt of the text message with the digitized voice message at the at least one remote electronic device among the plurality of remote electronic devices; and automatically play the digitized voice message through a speaker associated with the at least one remote electronic device in response to automatically opening the digitized voice message.

[00139]   The code 484 can also in some embodiments comprise code to authenticate an identity of a speaker associated with the live announcement prior to automatically converting the live announcement into the digitized voice message indicative of the live announcement.   In other embodiments, the code 484 can comprise code to authenticate the identity of the speaker further utilizing a voice recognition engine.    In other embodiments, the code 484 can comprise code to broadcast the digitized voice message through the at least one remote electronic device in at least one language based on a language setting in a user profile.   In still other embodiments, the code 484 can comprise code to pre-select the at least one language in the user profile, and/or to establish the user profile as a user preference via a server during a set up of the at least one remote electronic device, and/or to establish the user profile as a user preference via an intelligent router during a set up of the at least one remote electronic device.   In yet other embodiments, the code 484 can comprise code during a set up of the at least one remote electronic device, to select the at least one language from a plurality of different languages. In yet other embodiments, the code 484 can comprise code to convert the digitized voice message into more than one language from among a plurality of languages for broadcast of the digitized voice alert in consecutively different languages through the at least one remote electronic device.

[00140]   Referring now to FIG. 21, an exemplary data processing system 600 may be included in devices operating in accordance with some embodiments.  As illustrated, the data processing system 600 generally includes a processor 480, a memory 636, and input/output circuits 646.  The data processing system 600 may be incorporated in, for

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

example, the personal or laptop computer 198, portable wireless hand held devices (e.g., Smartphone, etc) 199, 201, 202, television 203, automobile 204, or a router, server, or the like.   An example of such a server is, for example, server 205 shown in FIG. 1, server 231 shown in FIG. 13, and so forth.

**[00141]**   The processor 480 can communicate with the memory 636 via an address/data bus 648 and can communicate with the input/output circuits 646 via, for example, an address/data bus 649.  The input/output circuits 646 can be used to transfer information between the memory 636 and another computer system or a network using, for example, an Internet Protocol (IP) connection and/or wireless or wired communications.   These components may be conventional components such as those used in many conventional data processing systems, which may be configured to operate as described herein.

**[00142]**   Note that the processor 480 can be any commercially available or custom microprocessor, microcontroller, digital signal processor or the like.  The memory 636 may include any memory devices containing the software and data used to implement the functionality circuits or modules used in accordance with embodiments of the present invention.  The memory 636 can include, for example, but is not limited to, the following types of devices: cache, ROM, PROM, EPROM, EEPROM, flash memory, SRAM, DRAM and magnetic disk.  In some embodiments of the present invention, the memory 636 may be, for example, a content addressable memory (CAM).

**[00143]**   As further illustrated in FIG. 21, the memory 636 may include several categories of software and data used in the data processing system 600: an operating system 652; application programs 654; input/output device drivers 658; and data 656.   As will be appreciated by those skilled in the art, the operating system 652 may be any operating system suitable for use with a data processing system such as, for example, Linux, Windows XP, Mac OS, Unix, operating systems for Smartphones, tablet devices, etc.  The input/output device drivers 658 typically include software routines accessed through the operating system 652 by the application programs 654 to communicate with devices such

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

as the input/output circuits 646 and certain memory 636 components. The application programs 654 are illustrative of the programs that implement the various features of the circuits and modules according to some embodiments of the present invention. The data 656 represents static and dynamic data that can be used by the application programs 654, the operating system 652, the input/output device drivers 658, and other software programs that may reside in the memory 636. As illustrated in FIG. 21, the data 656 may include, for example, user profile data 628 and other information 630 for use by the circuits and modules of the application programs 654 according to some embodiments of the present invention as discussed further herein.

[00144]    In the embodiment shown in FIG. 21, applications programs 654 can include, for example, one or more modules 622, 624, 626, etc. While the present invention is illustrated with reference to the modules 622, 624, 626 , etc., being application programs in FIG. 21, as will be appreciated by those skilled in the art, other configurations fall within the scope of the disclosed embodiments. For example, rather than being application programs 654, these modules may also be incorporated into the operating system 652 or other such logical division of the data processing system 600. Modules 622, 624, 626  can include instructions/code and/or processor-readable media for performing the various operations/instructions and methods discussed herein. Thus, for example, modules 622, 624 and/or 626, etc., can be utilized to store the instructions of, for example, the methods and processes shown in FIGS. 1-2, 4-12 and 15-18, depending upon design considerations.

[00145]    Furthermore, while modules 622, 624, and 626  are illustrated in a single data processing system, as will be appreciated by those skilled in the art, such functionality may be distributed across one or more data processing systems. Thus, the disclosed embodiments should not be construed as limited to the configuration illustrated in FIG. 21, but may be provided by other arrangements and/or divisions of functions between data processing systems. For example, although FIG. 21 is illustrated as having various circuits/modules, one or more of these circuits may be combined without departing from the

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

scope of the embodiments, preferred or alternative.

[00146]   Note that as discussed earlier herein the term "module" generally refers to a collection or routines (and/or subroutines) and/or data structures that perform a particular task or implements a particular abstract data type.  Modules usually include two parts: an interface, which lists the constants, data types, variables, and routines that can be accessed by other modules or routines, and an implementation, which is typically, but not always, private (accessible only to the module) and which contains the source code that actually implements the routines in the module.  The term "module" may also refer to a self-contained component that can provide a complete function to a system and can be interchanged with other modules that perform similar functions.

[00147]   Referring now to FIG. 22, an exemplary environment 705 for operations and devices according to some embodiments of the present invention will be discussed.  As illustrated in FIG. 22, the environment 705 may include a communication/computing device 710, the data communications network 501 as discussed earlier, a first server 740, and a second server 745.  It can be appreciated that additional servers may be utilized with respect to network 501.  It can also be appreciated that in some embodiments, only a single server such as server 740 may be required.  Note that servers 745 and 740 shown in FIG. 22 are analogous or similar to sever 205 shown in FIG. 1 and server 231 depicted in FIG. 13.   Similarly, databases 730 and 735 are analogous or similar to database 230 shown in FIGS. 1 and 13, etc.  In general, the communication device 710 allows a user of the communication device 710 to communicate via bi-directional communication with one or more servers 740, 745, 205, 231, etc., over the data communication network 501.

[00148]   As illustrated, the communication device 710 depicted in FIG. 22 may include one or more modules 622, 624, 626 , etc., or system 600 according to some embodiments.  For example, the application programs 654 discussed above with respect to FIG. 21 can be included system 600 of the communication device 710.  The communication device 710 may be, for example, devices such as devices 198, 199, 201, 202, 203, 204, etc., that

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

communicate with network 501.

[00149]   The communication device 710 can include, for example, a user interface 744 and/or a web browser 715 that may be accessible through the user interface 744, according to some embodiments.  The first server 740 may include a database 730 and the second server 745 may include a database 735.  The communication device 710 may communicate over the network 501, for example, the Internet through a wireless communications link, an Ethernet connection, a telephone line, a digital subscriber link (DSL), a broadband cable link, cellular communications means or other wireless links, etc. The first and second servers 740 and 745 may also communicate over the network 501. Thus, the network 501 may convey data between the communication device 710 and the first and second servers 740 and 745.

[00150]   The various embodiments of methods, systems, processor-readable media, etc., that are described herein can be utilized in the context of the PLAN system discussed above.  In general, authorized national, state or local government officials can send alerts to PLAN.  PLAN authenticates the alert, verifies that the sender is authorized, and then PLAN sends the alert to participating wireless carriers.  Participating wireless carriers push the alerts from, for example, cell towers to mobile telephones and other mobile electronic devices in the affected area.  The alerts appear similar to text messages on mobile devices. Such "text-like messages" are geographically targeted.  For example, a customer living in downtown New York would not receive a threat alert if they happen to be in Chicago when the alert is sent.  Similarly, someone visiting downtown New York from Chicago on that same day would receive the alert.  Users can receive three types of alerts from PLAN including alerts issued by the President, alerts involving imminent threats to safety of life, and Amber alerts.  The approach described herein, however, if adapted to PLAN, would allow for actual voice alerts (e.g., digitized voice alert from the President, which the public would recognize) to be pushed through to mobile devices in communication with, for example, network 501.  Additionally, as indicated earlier, such messages can be transmitted in different languages or in different sequences of languages.  The digitized

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

voice alert of an announcement from the President, for example, can be automatically converted into one or more other languages.

[00151]   Note that the various methods, systems and processor-readable media discussed herein can be implemented in the context of, for example, push technology such as, for example, instant push notification.  Push technology, also known as server push, describes a style of Internet-based communication where the request for a given transaction is initiated by the publisher or central server.   It is contrasted with pull technology, where the request for the transmission of information is initiated by the receiver or client.

[00152]   Synchronous conferencing and instant messaging are typical examples of push services.  Chat messages and sometimes files are pushed to the user as soon as they are received by the messaging service.  Both decentralized peer-to-peer programs (such as WASTE) and centralized programs (such as IRC or XMPP) allow pushing files, which means the sender initiates the data transfer rather than the recipient.

[00153]   Email is also a type of push system: the SMTP protocol on which it is based is a push protocol (see Push e-mail).  However, the last step, from mail server to desktop computer, typically uses a pull protocol like POP3 or IMAP.  Modern e-mail clients make this step seem instantaneous by repeatedly polling the mail server, frequently checking it for new mail.  The IMAP protocol includes the IDLE command, which allows the server to tell the client when new messages arrive.  The original BlackBerry was the first popular example of push technology for email in a wireless context.

[00154]   Another popular type of Internet push technology was PointCast Network, which gained popularity in the 1990s.  It delivered news and stock market data.  Both Netscape and Microsoft integrated it into their software at the height of the browser wars, but it later faded away and was replaced in the 2000s with RSS (a pull technology).  Other uses are push enabled web applications including market data distribution (stock tickers), online

PAGE 061

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

chat/messaging systems (webchat), auctions, online betting and gaming, sport results, monitoring consoles, and sensor network monitoring.

[00155]   One example of an instant push notification technology that can be adapted for use in accordance with one or more embodiments is disclosed in U.S. Patent No. 7,899,476 entitled, "Method for Processing Push Notification in Multimedia Message Service" which issued to Cheng et al. on March 1, 2011 and is incorporated herein by reference in its entirety.  Another example of an instant push notification technology that can be adapted for use in accordance with one or more embodiments is disclosed in U.S. Patent No. 7,890,586 entitled "Mass Multimedia Messaging," which issued to McNamara et al. on February 15, 2011 and is incorporated herein by reference in its entirety.  A further example of an instant push notification technology is disclosed in U.S. Patent No. 7,617,162 entitled "Real Time Push Notification in an Even Driven Network," which issued to Atul Saini on November 10, 2009 and is incorporated herein by reference in its entirety.

[00156]   It will be understood that the circuits and other means supported by each block and combinations of blocks can be implemented by special purpose hardware, software or firmware operating on special or general-purpose data processors, or combinations thereof. It should also be noted that, in some alternative implementations, the operations noted in the blocks may occur out of the order noted in the figures.  For example, two blocks shown in succession may in fact be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, or the varying embodiments described herein can be combined with one another or portions of such embodiments can be combined with portions of other embodiments in another embodiment.

[00157]   It will be appreciated that variations of the above-disclosed and other features and functions, or alternatives thereof, may be desirably combined into many other different systems or applications.  Also, that various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art which are also intended to be encompassed by the following

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

claims.

PAGE 063

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

CLAIMS

What is claimed is:

1.    A method for providing instant voice alerts automatically to remote electronic devices, said method comprising:

detecting an activity utilizing at least one sensor;

generating and converting a text message indicative of said activity into a digitized voice alert; and

transmitting said digitized voice alert through a network for broadcast to at least one remote electronic device that communicates with said network for an automatic audio announcement of said digitized voice alert through said at least one remote electronic device.

2.    The method of claim 1 further comprising configuring said at least one sensor to communicate with a server that communicates with said network.

3.    The method of claim 1 further comprising configuring said at least one sensor to communicate with an intelligent router that communicates with said network.

4.    The method of claim 1 further comprising configuring said at least one sensor to communicate with said at least one remote electronic device through said network.

5.    The method of claim 1 further comprising configuring said at least one sensor to comprise a self-contained computer that communicates with said network.

6.    The method of claim 1 further comprising broadcasting said digitized voice message through said at least one remote electronic device in at least one language based on a language setting in a user profile.

7.    The method of claim 6 further comprising pre-selecting said at least one language in

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

said user profile.

8.      The method of claim 6 further comprising establishing said user profile as a user preference via a server during a set up of said at least one remote electronic device.

9.      The method of claim 6 further  comprising establishing said user profile as a user preference via an intelligent router during a set up of said at least one remote electronic device.

10.     The method of claim 6 further comprising during a set up of said at least one remote electronic device, selecting said at least one language from a plurality of different languages.

11.     The method of claim 1 further comprising converting said digitized voice message into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one remote electronic device.

12.     A system for providing instant voice alerts automatically to remote electronic devices, said system comprising:

        a processor;

        a data bus coupled to said processor; and

        a computer-usable medium embodying computer code, said computer-usable medium being coupled to said data bus, said computer program code comprising instructions executable by said processor and configured for:

                detecting an activity utilizing at least one sensor;

                generating and converting a text message indicative of said activity into a digitized voice alert; and

                transmitting said digitized voice alert through a network for broadcast to at least one remote electronic device that communicates with said network for an

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

automatic audio announcement of said digitized voice alert through said at least one remote electronic device.

13.    The system of claim 12 wherein said at least one sensor communicates with a server that communicates with said network.

14.    The system of claim 12 wherein said at least one sensor communicates with an intelligent router that communicates with said network.

15.    The system of claim 12 wherein said at least one sensor communicates with said at least one remote electronic device through said network.

16.    The system of claim 12 wherein said instructions are further configured for broadcasting said digitized voice message through said at least one remote electronic device in at least one language based on a language setting in a user profile.

17.    The system of claim 17 wherein said instructions are further configured for allowing a pre-selection of said at least one language in said user profile.

18.    The system of claim 17 wherein said instructions are further configured during a set up of said at least one remote electronic device for selecting said at least one language from a plurality of different languages.

19.    The system of claim 12 wherein said instructions are further configured for converting said digitized voice message into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one remote electronic device.

20.    A processor-readable medium storing code representing instructions to cause a processor to perform a process to automatically provide an instant voice announcement to

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

remote electronic devices, said code comprising of code to:

capture a live announcement;

automatically convert said live announcement into a digitized voice message indicative of said live announcement in response to capturing said live announcement;

associate said digitized voice message with a text message to be transmitted through a network to a plurality of remote electronic devices that communicate with said network; and

transmit said text message with said digitized voice message through a network for broadcast to said plurality of electronic devices for automatic playback of said digitized voice message through at least one remote electronic device among said plurality of remote electronic devices upon receipt of said text message with said digitized voice message at said at least one remote electronic device among said plurality of remote electronic devices.

Attorney Docket No. 1000-2785 NP1
NONPROVISIONAL PATENT APPLICATION

## ABSTRACT

Methods, systems and processor-readable media for providing instant/real-time voice alerts automatically to remote electronic devices.  An activity can be detected utilizing one or more sensors.  A text message indicative of the activity can be generated and converted into a digitized voice alert.  The activity can also be a live utterance (e.g., a live announcement), which can then be instantly converted into a digitized voice alert for automatic delivery in a selected series of languages following the base language (e.g., English).  The combined digitized voice alert can then be instantly transmitted through a network for broadcast of consecutive alerts (e.g., English followed by Spanish followed by Vietnamese, etc.) to one or more remote electronic devices that communicate with the network for an automatic audio announcement of the digitized voice alert through the one or more remote electronic devices.

PAGE 068

Attorney Docket No. 1000-2785 NP1

**1/18**



FIG. 1

Attorney Docket No. 1000-2785 NP1

**2/18**



**FIG. 2**

Attorney Docket No. 1000-2785 NP1

**3/18**



**FIG. 3a**

**FIG. 3b**

Attorney Docket No. 1000-2785 NP1

**4/18**

120



**FIG. 3c**

125

**FIG. 3d**

Attorney Docket No. 1000-2785 NP1

**5/18**



**FIG. 4**

Attorney Docket No. 1000-2785 NP1

**6/18**



**FIG. 5**

Attorney Docket No. 1000-2785 NP1

**7/18**



**FIG. 6**

Attorney Docket No. 1000-2785 NP1

**8/18**



**FIG. 7**



**FIG. 8**



**FIG. 9**

Attorney Docket No. 1000-2785 NP1

**9/18**



**FIG. 10**



**FIG. 11**



**FIG. 12**

Attorney Docket No. 1000-2785 NP1

**10/18**



FIG. 13

Attorney Docket No. 1000-2785 NP1

**11/18**



FIG. 14

Attorney Docket No. 1000-2785 NP1

**12/18**



**FIG. 15**

Attorney Docket No. 1000-2785 NP1

**13/18**



FIG. 16

Attorney Docket No. 1000-2785 NP1

14/18



FIG. 17

Attorney Docket No. 1000-2785 NP1

**15/18**



**FIG. 18**

Attorney Docket No. 1000-2785 NP1

**16/18**



560

**FIG. 19**



**FIG. 20**

Attorney Docket No. 1000-2785 NP1

**17/18**



**FIG. 21**

Attorney Docket No. 1000-2785 NP1

18/18



**FIG. 22**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA |
| **First Named Inventor/Applicant Name:** | Anthony Verna |
| **Filer:** | Kermit Dean Lopez/Yvonne Lopez |
| **Attorney Docket Number:** | 1000-2785 NP1 |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 95 | 95 |
| Utility Search Fee | 2111 | 1 | 310 | 310 |
| Utility Examination Fee | 2311 | 1 | 125 | 125 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| **Total in USD ($)** | | | | **530** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11604077 |
| **Application Number:** | 13324118 |
| **International Application Number:** | |
| **Confirmation Number:** | 3316 |
| **Title of Invention:** | VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA |
| **First Named Inventor/Applicant Name:** | Anthony  Verna |
| **Customer Number:** | 64064 |
| **Filer:** | Kermit Dean Lopez/Yvonne Lopez |
| **Filer Authorized By:** | Kermit Dean Lopez |
| **Attorney Docket Number:** | 1000-2785 NP1 |
| **Receipt Date:** | 13-DEC-2011 |
| **Filing Date:** | |
| **Time Stamp:** | 13:27:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 530 |
| RAM confirmation Number | 11280 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Transmittal of New Application | 1000-2785-NP1_Transmittal.pdf | 79181 | no | 2 |
| | | | f3e9fd7d7776e98416f8fb1df732201a9522 1631 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | First Action Interview - Schedule Interview request | 1000-2785-NP1_First_Action_Interview.pdf | 46982 | no | 1 |
| | | | 45db75b0a6840a3837ec054da45b8395 20 28108 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Oath or Declaration filed | 1000-2785-NP1_Declaration.pdf | 92140 | no | 5 |
| | | | 0f857bda4d5b67bb53ba48576caacebf969 e6062 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Transmittal Letter | 1000-2785-NP1_IDS.pdf | 147451 | no | 4 |
| | | | a73cb3cc8530b9f5d6e57d986d9a2705256 c6e91 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | 112848_PLAN.pdf | 116237 | no | 2 |
| | | | 83d0b85c39f43f8b5b1e0f178552b696beb7 ad24b | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Non Patent Literature | Alert_Systems_NYTimes.pdf | 429352 | no | 3 |
| | | | 422e6ea5fce690ad65d441c3c9dbba7643ef 83e8 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Non Patent Literature | Avoid_Robotic_VoiceText_to_Speech.pdf | 52540 | no | 2 |
| | | | 6b4849d4468348f5e5cad668a6fc3aa5136 ac33 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | multi-tech_intelligent_router.pdf | 249196 | no | 2 |
| | | | c1206e419583fb4bc6dd627d5859e5c8a66 d186c | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Non Patent Literature | Orpheus_Text-to-Speech.pdf | 100491 | no | 5 |
| | | | e0d58dcafb2efa3741bf725d4b227c0856a 504f | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 10 | | 1000-2785-NP1_Final.pdf | 200395<br><br>f1b488bd8c83b6c387ba06da06e52a5bbb53a0f9 | yes | 56 |
|---|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Specification | | 1 | 51 | |
| | Claims | | 52 | 55 | |
| | Abstract | | 56 | 56 | |

| Warnings: |
|---|

| Information: |
|---|

| 11 | Drawings-only black and white line drawings | 1000-2785-NP1_Final_Figs.pdf | 336478<br><br>aaaf552e6531e314c28bde1178fa021d2b87c76f | no | 18 |
|---|---|---|---|---|---|

| Warnings: |
|---|

| Information: |
|---|

| 12 | Fee Worksheet (SB06) | fee-info.pdf | 33152<br><br>c5ba4a1a2e85b761afdb34236ecbea94f183a205 | no | 2 |
|---|---|---|---|---|---|

| Warnings: |
|---|

| Information: |
|---|

| | **Total Files Size (in bytes):** | 1883595 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| PATENT APPLICATION FEE DETERMINATION RECORD | Application or Docket Number |
|---|---|
| Substitute for Form PTO-875 | 13/324,118 |

### APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | RATE($) | FEE($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 95 | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 310 | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 125 | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 | minus 20 = * | x 30 | = 0.00 | OR | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 | minus 3 = * | x 125 | = 0.00 | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 530 | TOTAL | |

### APPLICATION AS AMENDED - PART II

| AMENDMENT A | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | |

| AMENDMENT B | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

PAGE 092

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/324,118 | 12/13/2011 | 2614 | 530 | 1000-2785 NP1 | 20 | 3 |

**CONFIRMATION NO. 3316**

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

**FILING RECEIPT**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*OC000000051657320*

Date Mailed: 12/29/2011

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Anthony Verna, Woodland Hills, CA;
Luis M. Ortiz, Albuquerque, NM;
Kermit D. Lopez, Albuquerque, NM;

**Power of Attorney:**
Luis Ortiz--36230
Kermit Lopez--41953

**Domestic Priority data as claimed by applicant**
This appln claims benefit of 61/489,621 05/24/2011

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 12/23/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/324,118**

**Projected Publication Date:** 11/29/2012

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***

page 1 of 3

PAGE 093

**Title**

VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA

**Preliminary Class**

379

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**<u>GRANTED</u>**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

Doc code : PET.OP.AGE
Description : Petition to make special based on Age/Health

PTO/SB/130 (07-09)
Approved for use through 07/31/2012. OMB 0651- 0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## PETITION TO MAKE SPECIAL BASED ON AGE FOR ADVANCEMENT OF EXAMINATION UNDER 37 CFR 1.102(c)(1)

### Application Information

| Application Number | 13/324,118 | Confirmation Number | 3316 | Filing Date | 2011-12-13 |
|---|---|---|---|---|---|
| Attorney Docket Number (optional) | 1000-2785 NP1 | Art Unit | 2614 | Examiner | TBD |
| First Named Inventor | Anthony Verna | | | | |
| Title of Invention | Voice Alert Methods, Systems and Processor-Readable Media | | | | |

**Attention: Office of Petitions**
An application may be made special for advancement of examination upon filing of a petition showing that the applicant is 65 years of age, or more. No fee is required with such a petition. See 37 CFR 1.102(c)(1) and MEP 708.02 (IV).

APPLICANT HEREBY PETITIONS TO MAKE SPECIAL FOR ADVANCEMENT OF EXAMINATION IN THIS APPLICATION UNDER 37 CFR 1.102(c)(1) AND MPEP 708.02 (IV) ON THE BASIS OF THE APPLICANT'S AGE.

A grantable petition requires one of the following items:
(1) Statement by one named inventor in the application that he/she is 65 years of age, or more; or
(2) Certification by a registered attorney/agent having evidence such as a birth certificate, passport, driver's license, etc. showing one named inventor in the application is 65 years of age, or more.

### Name of Inventor who is 65 years of age, or older

| Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|
| Anthony | | Verna | |

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 10.18.
Please see 37 CFR 1.4(d) for the format of the signature.

Select (1) or (2) :

○ (1) I am an inventor in this application and I am 65 years of age, or more.

◉ (2) I am an attorney or agent registered to practice before the Patent and Trademark Office, and I certify that I am in possession of evidence, and will retain such in the application file record, showing that the inventor listed above is 65 years of age, or more.

| Signature | /LUIS ORTIZ/ | Date (YYYY-MM-DD) | 2012-03-05 |
|---|---|---|---|
| Name | Luis Ortiz | Registration Number | 36230 |

EFSWeb 1.0.18

Doc code : PET.OP.AGE
Description : Petition to make special based on Age/Health

PTO/SB/130 (07-09)
Approved for use through 07/31/2012. OMB 0651- 0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Fr eedom of Information Act requires disclosure of these records.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about indivi duals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of

Anthony  Verna.

Application No.    13324118

Filed:    December 13,2011

Attorney Docket No.    1000-2785 NP1

:
:
:DECISION ON PETITION TO MAKE SPECIAL
:UNDER 37 CFR 1.102(c)(1)
:

This is a decision on the electronic petition under 37 CFR 1.102 (c)(1), filed    05-MAR-2012    to make the above-identified application special based on applicant's age as set forth in MPEP § 708.02, Section IV.

The petition is **GRANTED**.

A grantable petition to make an application special under 37 CFR 1.102(c)(1), MPEP § 708.02, Section IV: Applicant's Age must include a statement by applicant or a registered practitioner having evidence that applicant is at least 65 years of age.  No fee is required.

Accordingly, the above-identified application has been accorded "special" status and will be taken up for action by the examiner upon the completion of all pre-examination processing.

Telephone inquiries concerning  this electronic decision should be  directed to the Electronic Business Center at 866-217-9197.

All other inquiries concerning either the examination or status of the application should be directed to the Technology Center.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12221420 |
| **Application Number:** | 13324118 |
| **International Application Number:** | |
| **Confirmation Number:** | 3316 |
| **Title of Invention:** | VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA |
| **First Named Inventor/Applicant Name:** | Anthony  Verna |
| **Correspondence Address:** | Ortiz & Lopez, PLLC<br>-<br>P.O. Box 4484<br>-<br>Albuquerque                          NM                    87196<br>US            5053141310<br>- |
| **Filer:** | Luis Melisendro Ortiz/Kemlyn Evans |
| **Filer Authorized By:** | Luis Melisendro Ortiz |
| **Attorney Docket Number:** | 1000-2785 NP1 |
| **Receipt Date:** | 05-MAR-2012 |
| **Filing Date:** | 13-DEC-2011 |
| **Time Stamp:** | 12:22:03 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition automatically granted by EFS | 1000-2785NP1_PettoMakeSpecial_Age.pdf | 752414 <br> 45000d3a63755698ba35b113c674e4692a109cd5 | no | 2 |

| Warnings: |
|---|
| Information: |

| | Total Files Size (in bytes): | 752414 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| *First Action Interview Pilot Program Pre-Interview Communication* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 13/324,118 | VERNA ET AL. | |
| | Examiner | Art Unit | Page 1 of |
| | MATTHEW SKED | 2626 | |

*-The MAILING OR NOTIFICATION DATE of this communication appears on the cover sheet with the correspondence address -*

THE SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **ONE MONTH OR THIRTY (30) DAYS,** WHICHEVER IS LONGER, FROM THE MAILING OR NOTIFICATION DATE OF THIS COMMUNICATION.

**This time period for reply is extendable under 37 CFR 1.136(a) for only ONE additional MONTH.**
**This communication constitutes notice under 37 CFR 1.136(a)(1)(i).**

Applicant must, within the time period for reply, file: (1) A letter requesting <u>not</u> to have a first action interview; (2) A reply under 37 CFR 1.111 waiving the first action interview and First Action Interview Office Action; or (3) An Applicant Initiated Interview Request Form (PTOL-413A) electronically via EFS-Web, accompanied by a proposed amendment or arguments, and schedule the interview within 2 months from the filing of the request.  A failure to respond to this communication will be treated as a request not to have an interview.  If applicant waives the First Action Interview Office Action, the instant Pre-Interview Communication is deemed the first Office Action on the Merits.  The next subsequent Office action may be made final if appropriate.  See MPEP 706.07(a).

**Disposition of Claims**

3)☒ Claim(s) *1-20* is/are pending in the application.

    3a) Of the above claim(s) _____ is/are withdrawn from consideration.

4)☐ Claim(s) _____ is/are allowed.

5)☒ Claim(s) *1-20* is/are rejected.

6)☐ Claim(s) _____ is/are objected to.

7)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

8)☐ The specification is objected to by the Examiner.

9)☒ The drawing(s) filed on *13 December, 2011* is/are:  a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

10)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

11)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All    b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

*See the attached detailed Office action for a list of the certified copies not received.

**Contact Information**

    Examiner's Telephone Number: (571) 272-7627

    Examiner's Typical Work Schedule: Mon-Fri (8:00 am - 4:30 pm)

    Supervisor's Name: Pierre-Louis Desir

    Supervisor's Telephone Number: (571) 272-7799

| Attachment(s) | |
|---|---|
| 1)☒ Notice of References Cited (PTO-892) | 4)☐ Interview Summary (PTO-413) |
| 2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) |     Paper No(s)/Mail Date. _____ . |
| 3)☒ Information Disclosure Statement(s) (PTO/SB/08) | 5)☐ Notice of Informal Patent Application |
|     Paper No(s)/Mail Date _____ . | 6)☐ Other: _____ . |

U.S.Patent and Trademark Office
PTOL-413FP (Rev. 07-09)        **First Action Interview Pilot Program - Pre-Interview Communication**        Part of Paper No./Mail Date 20120612

| *First Action Interview Pilot Program* *Pre-Interview Communication* | | Application No. | | Applicant(s) | |
|---|---|---|---|---|---|
| | | 13324118 | | VERNA ET AL. | |
| | | Examiner | | Art Unit | |
| | | MATTHEW SKED | | 2626 | Page 2 of |

| Notification of Rejection(s) and/or Objection(s) | | | | |
|---|---|---|---|---|
| # | Claim(s) | Reference(s) (if applicable) | Rejection Statutory Basis | Brief Explanation of Rejection |
| | 1-5, 12-15 and 20 | Peters | 102(e) | Emergency text message is detected, converted to speech and transmitted to PSAP (abstract, [0053], [0054] and [0068]).  Also, Peters teaches language translation ([0069]). |
| | 1-5, 12-15 and 20 | Paik | 102(b) | Specific scheduled time is detected, text alert is synthesized and transmitted through PSTN (col. 3, line 60 to col. 4, line 55). |
| | 1, 4, 5, 12, 15 and 20 | Aviran | 102(b) | Detects conditions, generates textual data, synthesizes that data and transmits it ([0031], [0032], [0041] and [0042]). |
| | 1, 4, 5, 12, 15 and 20 | Lee | 102(b) | Detects an emergency situation, retrieves a corresponding message, converts the message to speech and tranmits over PSTN (col. 3, line 3 to col. 4, line 31). |
| | 6-11 and 16-19 | McCrea | 103(a) | Teaches a messaging system that performs language translation based upon a stored user profile with language preference information ([0056] and [0057]). |

| Expanded Discussion/Commentary | | |
|---|---|---|
| | | References are lined through because they are lacking the date required under 37 CFR 1.98(b). |
| | | |
| | | |
| | | |
| | | |
| | | |

| DATE: 12 June, 2012 | /Matthew J Sked/ Primary Examiner, Art Unit 2626 | |
|---|---|---|

U.S. Patent and Trademark Office

PTOL-413FP (Rev. 07-09)**First Action Interview Pilot Program - Pre-Interview Communication**Part of Paper No./Mail Date



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/324,118 | 12/13/2011 | Anthony Verna | 1000-2785 NP1 | 3316 |

7590        06/15/2012
Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

| EXAMINER |
|---|
| SKED, MATTHEW J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2626 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/15/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Notice of References Cited*** | 13/324,118 | VERNA ET AL. |
| | Examiner | Art Unit | |
| | MATTHEW SKED | 2626 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2010/0261448 A1 | 10-2010 | Peters, Richard A. | 455/404.1 |
| * | B | US-7,873,520 | 01-2011 | Paik, Oon-Gil | 704/258 |
| * | C | US-2009/0248398 A1 | 10-2009 | Aviran et al. | 704/9 |
| * | D | US-6,456,695 | 09-2002 | Lee, Joon | 379/41 |
| * | E | US-2011/0125622 A1 | 05-2011 | McCrea, Frank | 705/32 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                         **Notice of References Cited**                         Part of Paper No. 20120612



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 3316**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/324,118 | 12/13/2011 RULE | 704 | 2626 | 1000-2785 NP1 |

**APPLICANTS**
Anthony Verna, Woodland Hills, CA;
Luis M. Ortiz, Albuquerque, NM;
Kermit D. Lopez, Albuquerque, NM;

** CONTINUING DATA *************************
This appln claims benefit of 61/489,621 05/24/2011

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** ** SMALL ENTITY **
12/23/2011

| Foreign Priority claimed | ☐ Yes ☑ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met | ☐ Yes ☑ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged | /MATTHEW J SKED/ Examiner's Signature | Initials | CA | 18 | 20 | 3 |

**ADDRESS**

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196
UNITED STATES

**TITLE**

VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA

| FILING FEE RECEIVED 530 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| FORM PTO-1449<br>(REV. 7.80) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.:<br>1000-2785 NP1 | SERIAL NO.: NOT YET<br>ASSIGNED |
|---|---|---|---|
| **LIST OF PRIOR ART CITED BY APPLICANT**<br>(Use several sheets if necessary) | | APPLICANTS: **Anthony Verna, et al.** | |
| | | FILING DATE: NOT YET<br>ASSIGNED | GROUP ART UNIT:  NOT YET<br>ASSIGNED |

U. S. PATENT DOCUMENTS

| *EXAMINER<br>INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>(if appropriate) |
|---|---|---|---|---|---|---|
| /M.S./ | 6,151,385 | 11/21/2000 | Reich et al. | 379 | 49 | 12/20/1999 |
| | US 6,510,207 B1 | 01/21/2003 | Cannon et al. | 379 | 68 | 06/29/1999 |
| | US 7,356,129 B1 | 04/08/2008 | Moody | 379 | 45 | 08/18/1999 |
| | US 7,391,314 B2 | 06/24/2008 | Lemmon | 340 | 506 | 10/31/2005 |
| | US 7,508,307 B2 | 03/24/2009 | Albert | 340 | 573.1 | 12/18/2006 |
| | US 7,617,162 B2 | 11/10/2009 | Saini | 705 | 500 | 07/15/2005 |
| | US 7,620,735 B2 | 11/17/2009 | Salim et al. | 709 | 246 | 11/20/2003 |
| | US 7,627,092 B2 | 12/01/2009 | Contractor | 379 | 45 | 11/09/2005 |
| | US 7,756,539 B2 | 07/13/2010 | Milstein et al. | 455 | 518 | 05/27/2005 |
| | US 7,885,817 B2 | 02/08/2011 | Paek et al. | 704 | 270 | 06/29/2005 |
| | US 7,890,586 B1 | 02/15/2011 | McNamara et al. | 709 | 206 | 11/23/2004 |
| | US 7,899,476 B2 | 03/01/2011 | Cheng et al. | 455 | 466 | 01/04/2007 |
| | US 7,920,679 B1 | 04/05/2011 | Naim et al. | 379 | 45 | 02/02/2006 |
| | US 7,933,385 B2 | 04/26/2011 | Dickinson et al. | 379 | 45 | 08/23/2006 |
| | US 2009/0023148 A1 | 01/22/2009 | Grevers, Jr. | 455 | 404.1 | 07/16/2007 |
| | US 2009/0313020 A1 | 12/17/2009 | Koivunen | 704 | 260 | 06/12/2008 |
| | US 2010/0226259 A1 | 09/09/2010 | Desmond et al. | 370 | 242 | 03/03/2009 |
| | US 2010/0260061 A1 | 10/14/2010 | Bojahra et al. | 370 | 252 | 04/12/2010 |
| | US 2010/0268539 A1 | 10/21/2010 | Xu et al. | 704 | 260 | 04/21/2009 |
| | US 2011/0111805 A1 | 05/12/2011 | Paquier et al. | 455 | 563 | 11/06/2009 |

FOREIGN PATENT DOCUMENTS

| DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|
| | | | | | YES | NO |
| | | | | | | |
| | | | | | | |
| | | | | | | |

OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| /M.S./ | "PLAN" Personal Localized Alerting Network; Federal Communications Commission, May 10, 2011 |
|---|---|
| /M.S./ | Wyatt, Edward; "Emergency Alert System Expected forCellphones"; May 9, 2011; NYTimes.com |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /M.S./

How to Avoid Robotic Voice Text to Speech Synthesis, http:/www.zero2000.com/articles/how-to-avoid-robotic-voice-text-to-speech-synthesis.html

7 Key Considerations for Selecting an Alert Notification Series, ADT

Intelligent Remote Monitoring and Management with MultiTech's Intelligent Wireless Router, MultiTech Systems

Orpheus, Meridian One Speech, http://www.meridian-one-oz-uk/orpheus.html

| EXAMINER | DATE CONSIDERED |
|---|---|
| /Matthew Sked/ | 06/06/2012 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

- 2 -

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /M.S./

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**APPLICANT:**   Anthony Verna      **EXAMINER:**   Matthew J. Sked

**SERIAL NO.:**  13/324,118       **GROUP:**     2626

**FILED:**     12/13/2011       **ATTY DKT NO.:**  1000-2785 NP1

**TITLE:**     **VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA**

---

**Please forward all correspondence to:**
ORTIZ & LOPEZ, PLLC
Patent Attorneys
P.O. Box 4484
Albuquerque, NM 87196-4484

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**AMENDMENTS**
**AND**
**REPLY TO FIRST ACTION INTERVIEW PILOT PROGRAM**
**PRE-INTERVIEW COMMUNICATION**

Dear Sir:

     In response to the "First Action Interview Pilot Program Pre-Interview Communication" (hereinafter the "Office Action") dated June 15, 2012 in the above captioned matter, please enter the following amendments and remarks:

     Amendments to the claims begin on Page 2 of this Paper,

     Remarks begin on Page 9 of this Paper.

**CLAIM AMENDMENTS**

**Please amend claims 1-20 as follows:**

1. (Currently Amended) A method for <u>automatically providing instant emergency</u> providing instant voice alerts <u>automatically</u> to <u>wireless hand held device users in a specified region</u> remote electronic devices, said method comprising:

    <u>determining an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region;</u>

    <u>generating and converting a text message indicative of said emergency situation into a digitized voice alert;</u>

    detecting an activity utilizing at least one sensor;

    generating and converting a text message indicative of said activity into a digitized voice alert; and

    transmitting said digitized voice alert through a network for broadcast to at least one remote electronic device that communicates with said network for an automatic audio announcement of said digitized voice alert through said at least one remote electronic device

    <u>transmitting said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network in said specified region.</u>

2. (Currently Amended) The method of claim 1 further comprising <u>broadcasting said digitized voice alert through said at least one wireless hand held device in at least one language based on a language setting in a particular user profile</u> configuring said at least one sensor to communicate with a server that communicates with said network.

3. (Currently Amended) The method of claim 2 [[1]] further comprising pre-selecting said at least one language in said particular user profile configuring said at least one sensor to communicate with an intelligent router that communicates with said network.

4. (Currently Amended) The method of claim 2 [[1]] further comprising establishing said particular user profile as a user preference via a server that communicates with said cellular communications network configuring said at least one sensor to communicate with said at least one remote electronic device through said network.

5. (Currently Amended) The method of claim 2 [[1]] further comprising establishing said particular user profile as a user preference via an intelligent router configuring said at least one sensor to comprise a self-contained computer that communicates with said network.

6. (Currently Amended) The method of claim 2 [[1]] further comprising selecting said at least one language from among a plurality of different languages broadcasting said digitized voice message through said at least one remote electronic device in at least one language based on a language setting in a user profile.

7. (Currently Amended) The method of claim 1 [[6]] further comprising converting said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device pre-selecting said at least one language in said user profile.

8. (Currently Amended) The method of claim 1 [[6]] further comprising:
    automatically interrupting a current call of said at least one wireless hand held device in order to push said digitized voice alert through to said at

least one wireless hand held device for automatic playback of said digitized voice alert via said at least one hand held device ~~establishing said user profile as a user preference via a server during a set up of said at least one remote electronic device~~.

9. (Currently Amended) The method of claim 1 [[6]] further comprising:
    automatically opening said digitized voice alert in response to receipt of said digitized voice alert at said at least one wireless hand held device in communication with said cellular communications network; and
    automatically playing said digitized voice alert through a speaker associated with said at least one wireless hand held device in response to automatically opening said digitized voice alert ~~establishing said user profile as a user preference via an intelligent router during a set up of said at least one remote electronic device~~.

10. (Currently Amended) The method of claim 9 [[6]] further comprising:
    pre-selecting at least one language in a particular user profile based on a language setting;
    establishing said particular user profile as a preference via a server during a set up of said at least one wireless hand held device;
    broadcasting said digitized voice alert through said at least one wireless hand held device in said at least one language based on said language setting in said particular user profile; ~~during a set up of said at least one remote electronic device, selecting said at least one language from a plurality of different languages~~.

11. (Currently Amended) The method of claim 8 [[1]] further comprising converting said digitized voice alert ~~message~~ into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device in communication said cellular communications network ~~remote electronic device~~.

12.  (Currently  Amended)  A  system  for  <u>automatically</u>  providing  instant <u>emergency</u> voice alerts automatically to <u>wireless hand held device users in a specified region</u> <s>remote electronic devices</s>, said system comprising:

    a processor;

    a data bus coupled to said processor; and

    a  computer-usable  medium  embodying  computer  <u>program</u>  code,  said computer-usable  medium  being  coupled  to  said  data  bus,  said  computer program  code  comprising  instructions  executable  by  said  processor  and configured for:

        <u>determining an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region;</u>

        <u>generating  and  converting  a  text  message  indicative  of  said emergency situation into a digitized voice alert; and</u>

        <u>transmitting said digitized voice alert through specific towers of a  cellular  communications  network  in  said  specified  region  for distribution  of  an  emergency  announcement  about  said  emergency situation provided by said digitized voice alert to at least one wireless hand  held  device  in  communication  with  said  specific  towers  of  said cellular communications network in said specified region</u>

        <s>detecting an activity utilizing at least one sensor;</s>

        <s>generating  and  converting  a  text  message  indicative  of  said activity into a digitized voice alert; and</s>

        <s>transmitting  said  digitized  voice  alert  through  a  network  for broadcast to at least one remote electronic device that communicates with  said  network  for  an  automatic  audio  announcement  of  said digitized voice alert through said at least one remote electronic device</s>.

13. (Currently Amended) The system of claim 12 wherein said <u>instructions are further configured for broadcasting said digitized voice alert through said at least one wireless hand held device in at least one language based on a</u>

language setting in a particular user profile at least one sensor communicates with a server that communicates with said network.

14. (Currently Amended) The system of claim 13 [[12]] wherein said instructions are further configured for pre-selecting said at least one language in said particular user profile at least one sensor communicates with an intelligent router that communicates with said network.

15. (Currently Amended) The system of claim 13 [[12]] wherein said instructions are further configured for establishing said particular user profile as a user preference via a server that communications said cellular communications network at least one sensor communicates with said at least one remote electronic device through said network.

16. (Currently Amended) The system of claim 13 [[12]] wherein said instructions are further configured for establishing said particular user profile as a user preference via an intelligent router broadcasting said digitized voice message through said at least one remote electronic device in at least one language based on a language setting in a user profile.

17. (Currently Amended) The system of claim 13 [[17]] wherein said instructions are further configured for selecting said at least one language from among a plurality of different languages allowing a pre-selection of said at least one language in said user profile.

18. (Currently Amended) The system of claim 13 [[17]] wherein said instructions are further configured for during a set up of said at least one wireless hand held device, remote electronic device for selecting said at least one language from a plurality of different languages.

19. (Currently Amended) The system of claim 12 wherein said instructions are further configured for converting said digitized voice alert message into

more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one <u>wireless hand held</u> ~~remote electronic~~ device.

20. (Currently Amended) A processor-readable medium storing code representing instructions to cause a processor to perform a process to automatically provide [[an]] instant voice <u>alerts</u> ~~announcement~~ to <u>wireless hand held device users in a specified region</u> ~~remote electronic devices~~, said code comprising [[of]] code to:

   <u>determine an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region;</u>

   <u>generate and convert a text message indicative of said emergency situation into a digitized voice alert; and</u>

   <u>transmit said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network said specified region</u>

   ~~capture a live announcement;~~

   ~~automatically convert said live announcement into a digitized voice message indicative of said live announcement in response to capturing said live announcement;~~

   ~~associate said digitized voice message with a text message to be transmitted through a network to a plurality of remote electronic devices that communicate with said network; and~~

   ~~transmit said text message with said digitized voice message through a network for broadcast to said plurality of electronic devices for automatic playback of said digitized voice message through at least one remote electronic device among said plurality of remote electronic devices upon receipt of said text message with said digitized voice message at said at least~~

~~one remote electronic device among said plurality of remote electronic devices~~.

**REMARKS**

**I.    Notification of Rejection(s) and/or Objection(s)**

In the Office Action of June 15, 2012, it was indicated claims 1-5, 12-15 and 20 are rejected under 35 USC 102(e) based on the Peters reference. It was further indicated that claims 1-5, 12-15 and 20 are rejected under 35 USC 102(b) based on the Paik Reference.  It was also indicated that claims 1, 4, 5, 12, 15 and 20 are rejected under 25 USC 102(b) based on the Aviran reference.   It was further indicated that claims 1, 4, 5, 12, 15 and 20 are rejected under 35 USC 102(b) based on the Lee reference.  Finally, it was indicated that claims 6-11 and 16-19 are rejected under 35 USC 103(a) based on the McCrea reference.

Applicant submits that the claim amendments provided herein overcome the aforementioned rejections.

## II.    Conclusion

In view of the foregoing discussion, the Applicant has responded to each and every rejection of the Official Action.  The Applicant has clarified the structural distinctions of the present invention via the amendments provided herein.    Reconsideration and allowance of Applicant's application is respectfully solicited.

Should there be any outstanding matters that need to be resolved, the Examiner is respectfully requested to contact the undersigned representative to conduct an interview in an effort to expedite prosecution in connection with the present application.

Respectfully Submitted,

Dated:  July 3, 2012

_____

Kermit Lopez
Attorney for Applicants
Registration No. 41,953
ORTIZ & LOPEZ, PLLC
P.O. Box 4484
Albuquerque, NM 87196-4484
(505) 314-1312
klopez@olpatentlaw.com

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 13166266 |
| **Application Number:** | 13324118 |
| **International Application Number:** | |
| **Confirmation Number:** | 3316 |
| **Title of Invention:** | VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA |
| **First Named Inventor/Applicant Name:** | Anthony  Verna |
| **Correspondence Address:** | Ortiz & Lopez, PLLC<br>-<br>P.O. Box 4484<br>-<br>Albuquerque                                        NM                    87196<br>US            5053141310<br>- |
| **Filer:** | Kermit Dean Lopez/Kemlyn Evans |
| **Filer Authorized By:** | Kermit Dean Lopez |
| **Attorney Docket Number:** | 1000-2785 NP1 |
| **Receipt Date:** | 03-JUL-2012 |
| **Filing Date:** | 13-DEC-2011 |
| **Time Stamp:** | 09:36:36 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Reply under 1.111 to Pre-Interview Communication | 2785NP1_First_Action.pdf | 63373 <br> 8bf5142ccdbf62784a97d781a966ea32f71a 5fcc | no | 10 |

| Warnings: |
|---|
| Information: |

| | Total Files Size (in bytes): | 63373 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

7590        07/20/2012

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

| EXAMINER |
|---|
| SKED, MATTHEW J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2626 | |

DATE MAILED: 07/20/2012

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/324,118 | 12/13/2011 | Anthony Verna | 1000-2785 NP1 | 3316 |

TITLE OF INVENTION: VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $870 | $300 | $0 | $1170 | 10/22/2012 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.   THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.   SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.   THIS STATUTORY PERIOD CANNOT BE EXTENDED.   SEE 35 U.S.C. 151.   THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.   IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590      07/20/2012

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/324,118 | 12/13/2011 | Anthony Verna | 1000-2785 NP1 | 3316 |

TITLE OF INVENTION: VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $870 | $300 | $0 | $1170 | 10/22/2012 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SKED, MATTHEW J | 2626 | 704-008000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE       (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s):** (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____       Date _____

Typed or printed name _____       Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.       OMB 0651-0033       U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/324,118 | 12/13/2011 | Anthony Verna | 1000-2785 NP1 | 3316 |

7590        07/20/2012

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

| EXAMINER |
|---|
| SKED, MATTHEW J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2626 | |

DATE MAILED: 07/20/2012

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 13/324,118 | VERNA ET AL. | |
| | Examiner | Art Unit | |
| | MATTHEW SKED | 2626 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _MATTHEW SKED_.        (3) _____.

(2) _Kermit Lopez_.        (4) _____.

Date of Interview: _17 July 2012_.

Type: ☒ Telephonic  ☐ Video Conference
      ☐ Personal [copy given to: ☐ applicant  ☐ applicant's representative]

Exhibit shown or demonstration conducted: ☐ Yes  ☒ No.
   If Yes, brief description: _____.

Issues Discussed  ☐101 ☐112 ☐102 ☐103 ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _1,12 and 20_.

Identification of prior art discussed: _none_.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_The Examiner proposed an amendment to the independent claims to incorporate the subject matter of claims 7 and 19. The Examiner believes this subject matter in combination with the limitations of the independent claims to be allowable. Applicant agreed to the amendment and submitted the amendment for incorporation as an Examiner's amendment_.

**Applicant recordation instructions**: It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /Matthew Sked/ Primary Examiner, Art Unit 2626 | |
|---|---|

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 13/324,118 | VERNA ET AL. |
| | **Examiner** | **Art Unit** | |
| | MATTHEW SKED | 2626 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _07/03/12_.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____;
   the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are _1-6,8-18 and 20_.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

   1. ☐ Certified copies of the priority documents have been received.

   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
      International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements
   noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF
   INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of
   each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the
   attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08),
   Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit
   of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☒ Interview Summary (PTO-413),
   Paper No./Mail Date _____.

7. ☒ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

/Matthew J Sked/
Primary Examiner, Art Unit 2626

Application/Control Number: 13/324,118                                           Page 2
Art Unit: 2626

## DETAILED ACTION

## EXAMINER'S AMENDMENT

1.      An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

        Authorization for this examiner's amendment was given in a telephone interview

with Kermit Lopez on 07/17/12.

        The application has been amended as follows:  Please enter the attached

amendment to replace the previously filed amendment.

### *Allowable Subject Matter*

2.      Claims 1-6, 8-18 and 20 are allowed.

3.      The following is an examiner's statement of reasons for allowance:

        The closest prior art on record is Kirchmeier et al. (U.S. Pat. 7,664,233).

Kirchmeier teaches an emergency notification system that determines if there is an

emergency situation in a particular geographic area, identifies members who are in that

geographic area or live in that area, generates a voice alert using text-to-speech

synthesis and transmits the voice alert to the cell phones of members identified in that

geographic area.

        Neither Kirchmeier nor the other prior art on record teach a method, system or

processor-readable medium with code for automatically providing instant emergency

Application/Control Number: 13/324,118                                           Page 3
Art Unit: 2626

providing instant voice alerts automatically to wireless hand held device users in a

specified region remote electronic devices, comprising the combination of determining

an emergency situation affecting a specified region and requiring emergency notification

of said emergency situation to wireless hand held device users in said specified region;

generating and converting a text message indicative of said emergency situation into a

digitized voice alert; converting said digitized voice alert into more than one language

from among a plurality of languages for broadcast of said digitized voice alert in

consecutively different languages through said at least one wireless hand held device;

and transmitting said digitized voice alert through specific towers of a cellular

communications network in said specified region for distribution of an automatic

emergency announcement about said emergency situation provided by said digitized

voice alert to at least one wireless hand held device in communication with said specific

towers of said cellular communications network in said specified region.

It would not have been obvious to one of ordinary skill in the art at the time of

invention to modify the prior art on record to arrive at Applicant's invention.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

Application/Control Number: 13/324,118                                Page 4
Art Unit: 2626

### *Conclusion*

4.       The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MATTHEW SKED whose telephone number is

(571)272-7627.  The examiner can normally be reached on Mon-Fri (8:00 am - 4:30

pm).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Pierre-Louis Desir can be reached on (571) 272-7799.  The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Matthew J Sked/
Primary Examiner, Art Unit 2626

| | Notice of References Cited | | Application/Control No.<br>13/324,118 | | Applicant(s)/Patent Under Reexamination<br>VERNA ET AL. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Examiner<br>MATTHEW SKED | | Art Unit<br>2626 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
| --- | --- | --- | --- | --- | --- |
| * | A | US-7,664,233 | 02-2010 | Kirchmeier et al. | 379/37 |
| * | B | US-2009/0005019 A1 | 01-2009 | Patel et al. | 455/414.2 |
| * | C | US-2008/0037753 A1 | 02-2008 | Hofmann, Markus A. | 379/208.01 |
| * | D | US-8,077,877 | 12-2011 | Martin et al. | 381/82 |
| * | E | US-8,018,333 | 09-2011 | Sennett et al. | 340/539.11 |
| * | F | US-6,509,833 | 01-2003 | Tate, Peter | 340/539.1 |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
| --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
| --- | --- | --- |
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20120717

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13324118 | VERNA ET AL. |
| | **Examiner** | **Art Unit** |
| | MATTHEW SKED | 2626 |

| SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| EAST Search | 06/06/12 | /MS/ |
| Google Scholar Search | 07/16/12 | /MS/ |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | EAST Interference Search | 07/17/12 | /MS/ |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office                                     Part of Paper No. : 20120717

PAGE 130

EAST Search History

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L6 | 1 | ("7565132").PN. | USPAT; USOCR | OR | OFF | 2012/07/17 14:16 |
| S1 | 0 | 13/324,118 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/06 10:34 |
| S2 | 30 | US-6151385-$.DID. OR US-6510207-$.DID. OR US-7356129-$.DID. OR US-7508307-$.DID. OR US-7617162-$.DID. OR US-7620735-$.DID. OR US-7627092-$.DID. OR US-7756539-$.DID. OR US-7885817-$.DID. OR US-7890586-$.DID. OR US-7899476-$.DID. OR US-7920679-$.DID. OR US-7933385-$.DID. OR US-20090023418-$.DID. OR US-20090313020-$.DID. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/06 10:34 |
| S3 | 0 | rss and sked.xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/06 10:51 |
| S4 | 0 | syndication and sked.xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/06 10:51 |
| S5 | 2 | 11/171,119 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/06 10:55 |
| S6 | 4533 | 704/258-269.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/06 10:56 |
| S7 | 1421959 | (emergency notif$8 alert warning announcement bulletin) | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/06/06 10:58 |

file:///C|/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 131

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S8 | 462814 | S7.ti. S7.ab. | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/06<br>10:59 |
| S9 | 75 | S6 and S8 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/06<br>11:00 |
| S10 | 4521 | S7 with (TTS text-to-speech text-to-voice (synthesi$5 near2 (voice speech))) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/06<br>11:44 |
| S11 | 69 | S10 and (language near translat$4) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/06<br>11:44 |
| S12 | 2917 | 455/404.1 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/07<br>09:24 |
| S13 | 243 | S12 and (TTS text-to-speech text-to-voice (synthesi$5 near2 (voice speech))) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/07<br>09:24 |
| S14 | 3 | S13 and (language near translat$4) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/07<br>09:25 |
| S15 | 10455 | emergency near (alert notif$8 warning announc$6 bulletin) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/06/07<br>09:31 |
| S16 | 3725 | S15.ti. S15.ab. | US-PGPUB; | OR | ON | 2012/06/07 |

file:///C|/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 132

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 09:32 |
| S17 | 2 | "704"/$.ccls. and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/07 09:32 |
| S18 | 97 | "704"/$.ccls. and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/07 09:33 |
| S19 | 14 | "704"/258-269.ccls. and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/07 09:33 |
| S20 | 1424406 | (emergency notif$8 alert warning announcement bulletin) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/12 14:06 |
| S21 | 463440 | S20.ti. S20.ab. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/12 14:06 |
| S22 | 22413 | language near translat$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/12 14:07 |
| S23 | 109 | S22 same (user adj profile) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/06/12 14:07 |
| S24 | 4 | S21 and S23 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/06/12 14:07 |

file:///Cl/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 133

EAST Search History

| | | | IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S25 | 4179 | (broadcast$4 announc$6) near2 emergenc$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 13:34 |
| S26 | 2101190 | (TTS text-to-speech text-to-voice (synthesi$5 near2 (voice speech))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 13:35 |
| S27 | 339 | S25 and S26 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 13:35 |
| S28 | 45 | S25 same S26 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 13:35 |
| S29 | 796 | S25 same (region geographic$5 area) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 14:23 |
| S30 | 61 | S29 and S26 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 14:23 |
| S31 | 1 | S30 and (language near translat$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 14:26 |
| S32 | 3 | S30 and (multilingual multi-lingual multilanguage multi-language ((multipl$6 plural$4 several many) near2 language)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/07/12 14:35 |
| S33 | 37 | S30 and cell$5 | US-PGPUB; USPAT; USOCR; FPRS; | | | 2012/07/12 14:54 |

file:///C|/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 134

EAST Search History

| | | | EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S34 | 230 | revers$5 near2 "911" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>10:18 |
| S35 | 2103387 | (TTS text-to-speech text-to-voice<br>(synthesi$5 near2 (voice speech))) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>10:18 |
| S36 | 57 | S34 and S35 | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>10:19 |
| S37 | 0 | S36 and (multilingual multi-lingual<br>multilanguage multi-language<br>((multipl$6 plural$4 several many<br>translat$4) near2 language)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>10:19 |
| S38 | 8 | S34 and (multilingual multi-lingual<br>multilanguage multi-language<br>((multipl$6 plural$4 several many<br>translat$4) near2 language)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>10:20 |
| S39 | 9 | S34 and (call with (interrupt$4<br>barge$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>10:32 |
| S40 | 16333 | (emergency near2 (notif$8 alert<br>warning announcement bulletin<br>broadcast$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:13 |
| S41 | 1760 | S40 with (mobile cell cellular<br>cellphone) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:13 |
| S42 | 184 | S41 and S35 | US-PGPUB;<br>USPAT; | OR | ON | 2012/07/16<br>11:14 |

file:///C|/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 135

EAST Search History

| | | | USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S43 | 16 | S42 and (multilingual multi-lingual multilanguage multi-language ((multipl$6 plural$4 several many translat$4) near2 language)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:14 |
| S44 | 0 | S34 and (consecutive$3 near3 (language translat$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:53 |
| S45 | 0 | S40 and (consecutive$3 near3 (language translat$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:54 |
| S46 | 1 | S40 and (consecutive$3 with (language translat$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:55 |
| S47 | 0 | S34 and (consecutive$3 with (language translat$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:55 |
| S48 | 23 | S34 and ((consecutive$3 sequen$5 successive$3) with (language translat$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:56 |
| S49 | 2 | S41 and ((consecutive$3 sequen$5 successive$3) with (language translat$4)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/07/16<br>11:58 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L2 | 27047 | emergenc$4.clm. | US-PGPUB;<br>USPAT; UPAD | OR | ON | 2012/07/17<br>14:13 |

file:///C|/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 136

EAST Search History

| L3 | 511 | L2 and text$4.clm. and (speech voice).clm. | US-PGPUB; USPAT; UPAD | OR | ON | 2012/07/17 14:13 |
| L4 | 140 | L3 and cell$5.clm. | US-PGPUB; USPAT; UPAD | OR | ON | 2012/07/17 14:14 |
| L5 | 24 | L4 and language.clm. | US-PGPUB; USPAT; UPAD | OR | ON | 2012/07/17 14:14 |

**7/17/2012 3:09:36 PM**
**C:\Users\msked\Documents\EAST\Workspaces\13,324,118.wsp**

file:///C|/Users/msked/Documents/e-Red%20Folder/13324118/EASTSearchHistory.13324118_AccessibleVersion.htm[7/17/2012 3:09:38 PM]

PAGE 137

**PROPOSED CLAIM AMENDMENTS**

**Please amend claims 1-6, 7-18, 20 and cancel claims 7, 19, as follows:**

1. (Currently Amended) A method for <u>automatically providing instant emergency</u> <s>providing instant</s> voice alerts <u>automatically</u> to <u>wireless hand held device users in a specified region</u> <s>remote electronic devices</s>, said method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region;

generating and converting a text message indicative of said emergency situation into a digitized voice alert;

converting said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device; and

<s>detecting an activity utilizing at least one sensor;</s>

<s>generating and converting a text message indicative of said activity into a digitized voice alert; and</s>

<s>transmitting said digitized voice alert through a network for broadcast to at least one remote electronic device that communicates with said network for an automatic audio announcement of said digitized voice alert through said at least one remote electronic device</s>

transmitting said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network in said specified region.

2. (Currently Amended) The method of claim 1 further comprising broadcasting said digitized voice alert through said at least one wireless hand held device in at least one language based on a language setting in a particular user profile configuring said at least one sensor to communicate with a server that communicates with said network.

3. (Currently Amended) The method of claim 2 [[1]] further comprising preselecting said at least one language in said particular user profile configuring said at least one sensor to communicate with an intelligent router that communicates with said network.

4. (Currently Amended) The method of claim 2 [[1]] further comprising establishing said particular user profile as a user preference via a server that communicates with said cellular communications network configuring said at least one sensor to communicate with said at least one remote electronic device through said network.

5. (Currently Amended) The method of claim 2 [[1]] further comprising establishing said particular user profile as a user preference via an intelligent router configuring said at least one sensor to comprise a self-contained computer that communicates with said network.

6. (Currently Amended) The method of claim 2 [[1]] further comprising selecting said at least one language from among a plurality of different languages broadcasting said digitized voice message through said at least one remote electronic device in at least one language based on a language setting in a user profile.

7. (Cancelled)

8. (Currently Amended) The method of claim 1 [[6]] further comprising:
automatically interrupting a current call of said at least one wireless hand held device in order to push said digitized voice alert through to said at least one wireless hand held device for automatic playback of said digitized voice alert via said at least one hand held device establishing said user profile as a user preference via a server during a set up of said at least one remote electronic device.

9. (Currently Amended) The method of claim 1 [[6]] further comprising:
automatically opening said digitized voice alert in response to receipt of said digitized voice alert at said at least one wireless hand held device in communication with said cellular communications network; and
automatically playing said digitized voice alert through a speaker associated with said at least one wireless hand held device in response to automatically opening said digitized voice alert establishing said user profile as a user preference via an intelligent router during a set up of said at least one remote electronic device.

10. (Currently Amended) The method of claim 9 [[6]] further comprising:
pre-selecting at least one language in a particular user profile based on a language setting;
establishing said particular user profile as a preference via a server during a set up of said at least one wireless hand held device;
broadcasting said digitized voice alert through said at least one wireless hand held device in said at least one language based on said language setting in said particular user profile; during a set up of said at least one remote electronic device, selecting said at least one language from a plurality of different languages.

11. (Currently Amended) The method of claim 8 [[1]] further comprising converting said digitized voice alert message into more than one language from among a plurality of languages for broadcast of said digitized voice alert

in consecutively different languages through said at least one <u>wireless hand held device in communication said cellular communications network</u> ~~remote electronic device~~.

12. (Currently Amended) A system for <u>automatically</u> providing instant <u>emergency</u> voice alerts automatically to <u>wireless hand held device users in a specified region</u> ~~remote electronic devices~~, said system comprising:

a processor;

a data bus coupled to said processor; and

a computer-usable medium embodying computer <u>program</u> code, said computer-usable medium being coupled to said data bus, said computer program code comprising instructions executable by said processor and configured for:

<u>determining an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region;</u>

<u>generating and converting a text message indicative of said emergency situation into a digitized voice alert;</u>

<u>converting said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device; and</u>

<u>transmitting said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network in said specified region</u>

~~detecting an activity utilizing at least one sensor;~~

~~generating and converting a text message indicative of said activity into a digitized voice alert; and~~

~~transmitting said digitized voice alert through a network for~~

~~broadcast to at least one remote electronic device that communicates with said network for an automatic audio announcement of said digitized voice alert through said at least one remote electronic device~~.

13. (Currently Amended) The system of claim 12 wherein said <u>instructions are further configured for broadcasting said digitized voice alert through said at least one wireless hand held device in at least one language based on a language setting in a particular user profile</u> ~~at least one sensor communicates with a server that communicates with said network~~.

14. (Currently Amended) The system of claim <u>13</u> [[12]] wherein said <u>instructions are further configured for pre-selecting said at least one language in said particular user profile</u> ~~at least one sensor communicates with an intelligent router that communicates with said network~~.

15. (Currently Amended) The system of claim <u>13</u> [[12]] wherein said <u>instructions are further configured for establishing said particular user profile as a user preference via a server that communications said cellular communications network</u> ~~at least one sensor communicates with said at least one remote electronic device through said network~~.

16. (Currently Amended) The system of claim <u>13</u> [[12]] wherein said instructions are further configured for <u>establishing said particular user profile as a user preference via an intelligent router</u> ~~broadcasting said digitized voice message through said at least one remote electronic device in at least one language based on a language setting in a user profile~~.

17. (Currently Amended) The system of claim <u>13</u> [[17]] wherein said instructions are further configured for <u>selecting said at least one language from among a plurality of different languages</u> ~~allowing a pre-selection of said at least one language in said user profile~~.

18. (Currently Amended) The system of claim 13 [[17]] wherein said instructions are further configured for during a set up of said at least one wireless hand held device, remote electronic device for selecting said at least one language from a plurality of different languages.

19. (Cancelled)

20. (Currently Amended) A processor-readable medium storing code representing instructions to cause a processor to perform a process to automatically provide [[an]] instant voice alerts announcement to wireless hand held device users in a specified region remote electronic devices, said code comprising [[of]] code to:

determine an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region;

generate and convert a text message indicative of said emergency situation into a digitized voice alert;

convert said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device; and

transmit said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network said specified region

capture a live announcement;

automatically convert said live announcement into a digitized voice message indicative of said live announcement in response to capturing said live announcement;

associate said digitized voice message with a text message to be

~~transmitted through a network to a plurality of remote electronic devices that communicate with said network; and~~

~~transmit said text message with said digitized voice message through a network for broadcast to said plurality of electronic devices for automatic playback of said digitized voice message through at least one remote electronic device among said plurality of remote electronic devices upon receipt of said text message with said digitized voice message at said at least one remote electronic device among said plurality of remote electronic devices.~~

| **Issue Classification** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13324118 | VERNA ET AL. |
| | Examiner | Art Unit |
| | MATTHEW SKED | 2626 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | | CLAIMED | | | NON-CLAIMED | | |
| 704 | 274 | G | 1 | 0 | L | 21 / 00 (2006.0) | | | |

**CROSS REFERENCE(S)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | G | 0 | 6 | F | 17 / 20 (2006.0) |
| | | | | | G | 0 | 6 | F | 17 / 28 (2006.0) |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | G | 1 | 0 | L | 13 / 00 (2006.0) |
| 704 | 2 | 8 | 258 | | H | 0 | 4 | M | 11 / 04 (2006.0) |
| 379 | 37 | 48 | 49 | | H | 0 | 4 | R | 27 / 00 (2006.01.01) |
| 455 | 404.1 | | | | | | | | |
| 381 | 82 | | | | | | | | |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 16 | 17 | | | | | | | | | | | | |
| 2 | 2 | 17 | 18 | | | | | | | | | | | | |
| 3 | 3 | | 19 | | | | | | | | | | | | |
| 4 | 4 | 18 | 20 | | | | | | | | | | | | |
| 5 | 5 | | | | | | | | | | | | | | |
| 6 | 6 | | | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | | | |
| 7 | 8 | | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | | |
| 10 | 10 | | | | | | | | | | | | | | |
| 8 | 11 | | | | | | | | | | | | | | |
| 11 | 12 | | | | | | | | | | | | | | |
| 12 | 13 | | | | | | | | | | | | | | |
| 13 | 14 | | | | | | | | | | | | | | |
| 14 | 15 | | | | | | | | | | | | | | |
| 15 | 16 | | | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: |
|---|---|---|
| (Assistant Examiner)                          (Date) | | 18 |
| /MATTHEW SKED/ | | |
| Primary Examiner.Art Unit 2626          07/17/12 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)                            (Date) | 1 | 4 |

U.S. Patent and Trademark Office

Part of Paper No.  20120717

PAGE 145

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590        07/20/2012

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/324,118 | 12/13/2011 | Anthony Verna | 1000-2785 NP1 | 3316 |

TITLE OF INVENTION: VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $870 | $300 | $0 | $1170 | 10/22/2012 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SKED, MATTHEW J | 2626 | 704-008000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _KERMIT D. LOPEZ_
2 _LUIS M. ORTIZ_
3 _ORTIZ & LOPEZ, PLLC_

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

_VERNA IP HOLDINGS, LLC_          _ALBUQUERQUE, NM_

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.          ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _Kermit Lopez_          Date _August 14, 2012_

Typed or printed name _Kermit Lopez_          Registration No. _41,953_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13324118 |
| **Filing Date:** | 13-Dec-2011 |
| **Title of Invention:** | VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA |
| **First Named Inventor/Applicant Name:** | Anthony Verna |
| **Filer:** | Kermit Dean Lopez/Kemlyn Evans |
| **Attorney Docket Number:** | 1000-2785 NP1 |

Filed as Small Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 2501 | 1 | 870 | 870 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1170** |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 13493692 |
| **Application Number:** | 13324118 |
| **International Application Number:** | |
| **Confirmation Number:** | 3316 |
| **Title of Invention:** | VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA |
| **First Named Inventor/Applicant Name:** | Anthony  Verna |
| **Correspondence Address:** | Ortiz & Lopez, PLLC<br>-<br>P.O. Box 4484<br>-<br>Albuquerque                          NM                87196<br>US          5053141310<br>- |
| **Filer:** | Kermit Dean Lopez/Kemlyn Evans |
| **Filer Authorized By:** | Kermit Dean Lopez |
| **Attorney Docket Number:** | 1000-2785 NP1 |
| **Receipt Date:** | 14-AUG-2012 |
| **Filing Date:** | 13-DEC-2011 |
| **Time Stamp:** | 15:32:38 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1170 |

| RAM confirmation Number | 1968 |
|---|---|
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 1000-2785NP1_Issue_fee_trans .pdf | 79374 <br> e8a9e034f3a68eecaefac520523d2b9ab255 6650 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 31700 <br> 3ebe385ff35a9c3058c83e31d5ba79b8941 1d480 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | | Total Files Size (in bytes): | | 111074 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/324,118 | 09/11/2012 | 8265938 | 1000-2785 NP1 | 3316 |

7590        08/22/2012

Ortiz & Lopez, PLLC
P.O. Box 4484
Albuquerque, NM 87196

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Anthony Verna, Woodland Hills, CA;
Luis M. Ortiz, Albuquerque, NM;
Kermit D. Lopez, Albuquerque, NM;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court   Western District of Texas, Waco Division   on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:21-cv-00422 | DATE FILED<br>4/27/2021 | U.S. DISTRICT COURT<br>Western District of Texas, Waco Division |
| PLAINTIFF<br><br>VERNA IP HOLDINGS, LLC | | DEFENDANT<br><br>ALERT MEDIA, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 8,265,938 | 9/11/2012 | VERNA IP HOLDINGS, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1---Upon initiation of action, mail this copy to Director   Copy 3---Upon termination of action, mail this copy to Director**
**Copy 2---Upon filing document adding patent(s), mail this copy to Director   Copy 4---Case file copy**