IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Verna IP Holdings, LLC,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| -v- § | Civil Action No. 6:21-cv-00422-ADA |
| § | |
| **Alert Media, Inc.,** § | |
| § | |
| *Defendant.* § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Darryl J. Adams to serve as technical advisor on this case. The Court has reviewed Mr. Adams' invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

Plaintiff:     $7983.75
Defendant:  $7983.75

Mr. Adams will separately provide deposit instructions.

**SIGNED** this 16th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE