# EXHIBIT 10



# 2021
# PATENT LITIGATION YEAR IN REVIEW



# Dig Deeper With The Interactive Version of this Report

ONLINE OMNIBUS REPORT

Over the past year, we've added a series of new analytics tools that make our data more user friendly and interactive. So we're excited to offer two versions of this report: an online interactive version called the Omnibus Report, and this clickable PDF.  Click on buttons and charts throughout this report to open the interactive version and add or modify parameters for your own customized results.  The Omnibus Report is updated in real time so you can stay current throughout the year.





## Introduction

2021 was not a year of dramatic change in patent litigation activity. Decisions before the Supreme Court of the United States did not shake the status quo, at least as far as measurable data points can demonstrate. The proportion of new cases before Judge Albright remained high, with close to 1 in every 5 new cases appearing in the Western District of Texas.  The number of patent litigation proceedings across all forums changed by less than 3%.

More interesting than the narrowly-shifting trends in overall patent litigation activity are the trends related to court procedure. As trials delayed in 2020 finally saw verdicts in 2021, the average time to trial increased in many courts. However, despite this trend, the current time to trial (bench or jury) sits at ~1000 days nationally, a surprising decrease of almost 20% when compared with pre-pandemic figures.

2021 was also the year Docket Navigator expanded its coverage to include Federal Circuit patent decisions. While the great majority of appeals are affirmed or dismissed, recent appeals of denied motions to transfer for convenience were vacated or reversed more than one-third of the time. This outlier statistic stems almost entirely from appeals of Judge Albright's orders denying transfer.

**1 in 5**

Number of patent cases nationwide assigned to Judge Albright

**107**

Number of cases filed by Cedar Lane Technologies this year, 2021's top Highly Assertive Entity (HAE)

**82%**

Institution success rate for WilmerHale's petitions across 44 PTAB proceedings in 2021



# Letter from the Editor

Dear Friends,

As many of you may know, Docket Navigator was acquired by Law Business Research (LBR) last August.  The transaction was strategic and mutually beneficial for both companies.

LBR is a leading provider of legal information, data and networking solutions for global legal markets. Over the years, Docket Navigator collaborated with LBR, combining Docket Navigator's quantitative litigation data with LBR's qualitative research and analysis to create unique content unavailable from any other source.  Working on those projects, it quickly became clear that the two companies could accomplish much more together than we could separately.  LBR's CEO, Nick Brailey, described the deal as a "marriage of strengths."

Since the acquisition, IAM has published more than 30 articles based on Docket Navigator data, delivering new insights to IAM and Docket Navigator subscribers.  This year's Year in Review report is another step in that direction.  Throughout the Year in Review, you will see expanded commentary on the various charts.  In addition, IAM will be publishing a lead Long Read article taking a deep dive into the Year in Review, incorporating analysis and insights from leading practitioners.

In the months ahead, the Docket Navigator and LBR teams will continue to collaborate to deliver unique services combining quantitative data and qualitative research, analysis, and events.  The following projects are currently in the development pipeline, so stay tuned for more.

- Jointly developed Year in Review report with deeper analysis and insights
- More data-driven IAM content
- Data-driven events
- Data-driven performance data

As we look back at 2021 and look forward to 2022, I would like to thank all of you for subscribing to Docket Navigator.  We are passionate about delivering information and insights that help you work better, smarter, and more efficiently, and I appreciate the opportunity you've given us to do that.  We're honored and grateful for your support.

Very best wishes for 2022,

Darryl Towell
CEO Docket Navigator

# Table of Contents

Introduction                                                  3

Letter from the Editor                                        4

Terminology                                                   6

Overview of Patent Litigation Activity                        7

Origins of Parties                                            9

U.S. District Courts                                          10

    Key Players                           10

    Highly Assertive Entities             12

    ANDA Leaders                          13

    Firm Outcomes                         15

    Top U.S. District Courts              16

    Case Outcomes                         17

    Remedies                              18

    Determinations                        19

    Motion Pendency                       20

    Average Time to Claim Construction    21

    Average Time to Summary Judgment      22

    Average Time to Trial                 23

    Motion Success                        24

Outcomes of 35 U.S.C. § 101 Challenges                        25

    Top Judges                            26

    Average Time to Claim Construction & Trial    27

    Average Time to Summary Judgment Rulings      28

Patent Trials and Appeals Board                               29

    Outcomes and Determinations           29

    PTAB Petitions by Technology Code      30

    Obviousness Grounds (35 U.S.C. § 103)  31

    Top Parties, Firms, & Attorneys       32

Local Counsel in District Courts                              36

International Trade Commission                                37

Federal Circuit                                               38

    CAFC Outcomes for Patent Owners       39

    CAFC Circuit Motion Success           40

    CAFC Outcomes of § 101 Challenges     41

Methodology                                                  42

About Docket Navigator                                        43

**⠿ LEXOLOGY PRO**

## The intelligent global legal research platform

Transform your legal research with direct access to the collective intelligence of the world's legal community.

- Global research coverage of key work areas, focused on your needs
- Fast, intuitive tools to filter, find and share insight relevant to you
- Instant knowledge, with detailed Q&As, key updates and primary sources

**LEARN MORE**

# Terminology

## Patent Case

Patent Case means (i) a federal civil action in a U.S. district court or the Court of Federal Claims addressing the infringement, validity or enforceability of a U.S. patent flagged with Nature of Suit ("NOS") 830 in the PACER system as well as other cases that are known to meet the above criteria, (ii) investigations by the U.S. International Trade Commission ("ITC") pursuant to 19 U.S.C. §1337 and 19 C.F.R. Parts 201 and 210 involving allegations of infringement of a U.S. patent as reported in the ITC's Electronic Document Information System ("EDIS"), and (iii) applications to the U.S. Patent and Trademark Office Patent Trial and Appeal Board ("PTAB") under 35 U.S.C. § 6(b)(4) (including IPR, CBM and PGR review), as reported in the PTAB's Patent Review Processing System ("PRPS") (This does not include proceedings conducted pursuant to 35 U.S.C. § 6(b)(1)–(3) such as appeals of adverse decisions of examiners, appeals of reexaminations, or derivation proceedings).

## Patentee

A Patentee (sometimes referred to as a patent owner) is a litigant in a Patent Case who holds or claims to hold rights to a U.S. patent. In district court cases a Patentee is usually a plaintiff, but may be a defendant in declaratory judgment cases (i.e., cases in which the complaint seeks a declaration of patent noninfringement, invalidity or unenforceability). In the ITC a Patentee is usually a complainant. In the PTAB a Patentee is the patent owner.

## Patent Challenger

A Patent Challenger (sometimes referred to as an accused infringer) is a litigant in a Patent Case who is accused of infringing a U.S. patent or who is challenging the infringement, validity or enforceability of a U.S. patent. In district court cases a Patent Challenger is usually a defendant, but may be a plaintiff in declaratory judgment cases (i.e., cases in which the complaint seeks a declaration of patent noninfringement, invalidity or unenforceability). In the ITC a Patent Challenger is usually a respondent. In the PTAB a Patent Challenger is the petitioner.

## Patent Accusation

A Patent Accusation is a request for relief in a Patent Case, the resolution of which could determine if a patent has been infringed or the patent's validity or enforceability. For example, a case with one plaintiff asserting one patent against one defendant would involve one Patent Accusation. A case with one plaintiff asserting 5 patents against 10 defendants would result in 50 Patent Accusations. Multiple claims involving the same parties and patents (e.g., a claim of infringement and a declaratory judgment counterclaim of invalidity or unenforceability) are counted as a single accusation. In a PTAB proceeding, each challenge to the patentability of a patent counts as a Patent Accusation. Docket Navigator records Patent Accusations as a group of data consisting of a Patentee name, a Patent Challenger name (often an accused infringer), the patent being asserted or challenged, and the Outcome of the accusation.

## Patent Determination

A Patent Determination occurs when a court or administrative agency issues a decision that determines the infringement, validity (or patentability), or enforceability of one or more claims of a patent. There may be more than one determination per patent and determinations may be overturned or reversed in later proceedings. Determinations may be made in connection with a stipulation or agreement of the parties, but many searches allow for the exclusion of such determinations if desired. Determinations are recorded by patent number, not on individual claims.

## Accusation Outcome

Patent Accusation Outcome is the resolution of a Patent Accusation with respect to the issue of liability. Patent Accusation Outcomes indicate whether the Patent Accusation was resolved in the Patent Challenger's favor, the Patentee's favor, via settlement, or in a non-merits decision.

## Claim Construction

A Claim Construction occurs when a court or administrative agency defines or gives meaning to a patent claim or term in a Patent Case. In district court Patent Cases, Claim Constructions may occur in special orders called "Claim Construction Order" or "Markman Order," but they may also occur in orders on motions for summary judgment, motions for judgment as a matter of law, motions for judgment on the pleadings, and many others. Docket Navigator records Claim Constructions as a group of data consisting of (i) the term or phrase being construed, (ii) the definition (construction), and (iii) the patent number.

## PTAB Institution

A PTAB Institution is a decision by the Patent Trial and Appeal Board determining whether to institute review of a ground for unpatentability in a petition for Inter Partes Review, Covered Business Method Review, or Post-Grant Review. Docket Navigator records PTAB Institutions as a group of data consisting of a statutory ground for unpatentability, the claim or claims being challenged, and the result of the PTAB's decision with respect to institution.

6

# Overview of Patent Litigation Activity

Patent litigation remained mostly steady in 2021, with the exception of a  slight downturn in activity in the Patent Trial and Appeal Board (PTAB).

While the number of new cases in U.S. district courts was consistent with 2020 (less than one percent higher), the number of claims construed  in 2021 increased, continuing a trend that began in 2019. This was not associated with an increase in either the number of parties, docket entries, or individual patent infringement accusations in those cases. In fact, fewer total accusations were made in patent cases in 2021, indicating the cases that were filed had reduced slightly in scope as compared with the prior year.

PTAB activity, conversely, was down by nearly every metric. This stems from a reduction in the number of petitions filed in 2021.

The ITC, like USDC, saw a noteworthy uptick in the number of claims construed in 2021.

**Live Court Stats**





CLAIM CONSTRUCTIONS



PARTIES IN NEW PATENT CASES



PATENT ACCUSATIONS IN NEW PATENT CASES



NEW DOCKET ENTRIES

8

# Origins of Parties in 2021

There has been growing interest in party origin data from our users over the last several years. As we've begun tracking it, some expected and unexpected trends surfaced.

As expected, in 2021 most litigants were incorporated in Delaware, with Texas, California, New York and China rounding out the top 5. Given the prevalence of Delaware incorporation among U.S. companies, and the dominance of those other jurisdictions in the patent litigation landscape, these numbers are understandable.

However, the presence of Canada, Netherlands, and Ireland in the top 20 suggests a less geographically focused tech and pharmaceutical environment.



PARTY ORIGINS IN 2021

| | Number of Parties |
|---|---|
| Delaware | 6,046 |
| Texas | 1,826 |
| California | 836 |
| New York | 522 |
| China | 508 |
| South Korea | 347 |
| Canada | 284 |
| Florida | 283 |
| New Jersey | 227 |
| Japan | 221 |
| India | 219 |
| Germany | 214 |
| Washington | 202 |
| Netherlands | 159 |
| Illinois | 142 |
| Ireland | 141 |
| Taiwan | 140 |
| United Kingdom | 134 |
| North Carolina | 127 |
| Nevada | 125 |
| Georgia | 116 |
| Pennsylvania | 112 |
| Sweden | 109 |
| Switzerland | 98 |
| Ohio | 96 |
| Colorado | 90 |
| Israel | 84 |
| Minnesota | 82 |
| Utah | 78 |
| Michigan | 75 |
| Massachusetts | 74 |
| Wyoming | 66 |
| Virginia | 64 |
| Arizona | 53 |
| Denmark | 52 |
| Cayman Islands | 50 |
| New Mexico | 49 |
| British Virgin Isla.. | 44 |
| Indiana | 43 |
| Singapore | 37 |

9

# Key Players In District Court Cases

Law firm rankings are based on the number of new cases in which the law firm entered an appearance. This counts all cases equally, rather than being weighted by the number of parties or patents involved in a given case. Please note that some districts do not report pro hac vice attorneys on the docket sheet header. To ensure accurate rankings in those districts, Docket Navigator editors manually update case records to reflect out-of-state attorneys and law firms.

Local Counsel firms and attorneys are excluded here, and can instead be found in their own list in the next section of the report.

**VIEW THE COMPLETE LIST**

## TOP PARTIES, FIRMS, & ATTORNEYS FOR **PATENTEES** IN 2021 (U.S. DISTRICT COURT CASES)

| Parties | Firms | Attorneys |
|---------|-------|-----------|
| Cedar Lane Technologies Inc. (107) | Sand Sebolt & Wernow (279) | Isaac Rabicoff (196) |
| Social Positioning Input Systems, LLC (41) | Rabicoff Law (196) | Howard L Wernow (193) |
| Geographic Location Innovations LLC (38) | Ramey & Schwaller (172) | William P Ramey, III (172) |
| DatRec, LLC (36) | Direction IP Law (124) | David R Bennett (124) |
| Auth Token LLC (33) | Morris Nichols Arsht & Tunnell (117) | Jay Johnson (114) |
| Rothschild Broadcast Distribution Systems, LLC (32) | Kizzia Johnson (114) | Vincent J Rubino, III (101) |
| BE Labs, Inc. (28) | Russ August & Kabat (104) | Reza Mirzaie (101) |
| AML IP, LLC (26) | Fabricant (101) | Peter Lambrianakos (101) |
| PF Prism IMB BV (25) | Devlin Law Firm (99) | Alfred R Fabricant (101) |
| Display Technologies, LLC (25) | Garteiser Honea (96) | Jack B Blumenfeld (97) |
| Caselas, LLC (25) | Truelove Law Firm (77) | M Scott Fuller (96) |
| mCom IP, LLC (24) | Kent & Risley (64) | Timothy Devlin (93) |
| Stormborn Technologies LLC (23) | Nelson Bumgardner Conroy (63) | Andrew S Curfman (93) |
| Canon Inc. (23) | Stamoulis & Weinblatt (61) | Randall T Garteiser (88) |
| Sonrai Memory Limited (21) | Susman Godfrey (54) | Marc A Fenster (80) |
| Scanning Technologies Innovations, LLC (21) | Finnegan Henderson Farabow Garrett & Dunner (53) | Rene A Vazquez (71) |
| Oakley, Inc. (21) | McKool Smith (52) | Christian W Conkle (68) |
| Novartis Pharmaceuticals Corporation (21) | McCarter & English (52) | Justin Kurt Truelove (67) |
| Mellaconic IP LLC (21) | Ni Wang & Massand (50) | D Bradley Kizzia (63) |
| Tunnel IP LLC (20) | Venable (46) | Richard C Weinblatt (58) |
| Pfizer Inc. (20) | Williams & Connolly (46) | Stamatios Stamoulis (54) |
| Digital Cache, LLC (20) | Quinn Emanuel Urquhart & Sullivan (38) | Cortney S Alexander (51) |
| Decapolis Systems, LLC (20) | Daignault Iyer (32) | Jonathan Ma (48) |
| American Patents LLC (19) | pro se (32) | Daniel M Silver (44) |
| XR Communications LLC (18) | Connor Lee & Shumaker (31) | Alexandra M Joyce (44) |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development | Williams Simons & Landis (27) | James A Milkey (43) |
| Wave Linx LLC (18) | Saul Ewing Arnstein & Lehr (27) | Brian D Ledahl (42) |
| R2 Solutions LLC (18) | Haller Law (26) | Minna Y Chan (40) |
| Hydro Net LLC (18) | Rubino Law (24) | Thomas G Fasone, III (39) |
| GreatGigz Solutions, LLC (18) | Heninger Garrison Davis (24) | Edward R Nelson, III (38) |
| Swirlate IP LLC (17) | Loaknauth Law (21) | Megan E Dellinger (37) |
| Harmony Licensing LLC (17) | Bragalone Olejko Saad (21) | Jennifer L Truelove (37) |
| Elite Gaming Tech LLC (17) | O'Kelly & O'Rourke (20) | Samuel F Baxter (36) |
| Digital Verification Systems, LLC (17) | Latham & Watkins (20) | Neal G Massand (34) |
| Aperture Net LLC (17) | Gibbons (20) | Ronald M Daignault (33) |
| VoIP-Pal.com, Inc. (16) | Wawrzyn LLC (19) | Chandran B Iyer (33) |
| Pearl IP Licensing LLC (16) | K&L Gates (19) | Ryan P Griffin (32) |



## TOP PARTIES, FIRMS, & ATTORNEYS FOR **PATENT CHALLENGERS** IN 2021 (U.S. DISTRICT COURT CASES)

| Parties | Firms | Attorneys |
|---|---|---|
| Samsung Electronics Co., Ltd. (62) | Fish & Richardson (218) | Neil J McNabnay (148) |
| Samsung Electronics America, Inc. (62) | Morris Nichols Arsht & Tunnell (112) | Ricardo J Bonilla (106) |
| Google LLC (46) | DLA Piper (71) | Jack B Blumenfeld (69) |
| Apple Inc. (43) | Perkins Coie (64) | Jeremy D Anderson (48) |
| Amazon.com, Inc. (23) | Winston & Strawn (62) | Lance E Wyatt, Jr. (44) |
| Walmart Inc. (22) | Baker Botts (51) | John M Guaragna (34) |
| LG Electronics, Inc. (21) | Quinn Emanuel Urquhart & Sullivan (43) | Adil A Shaikh (32) |
| LG Electronics USA, Inc. (21) | Greenberg Traurig (40) | Michael L Jones (30) |
| Aurobindo Pharma Limited (20) | Alston & Bird (35) | Rodeen Talebi (29) |
| Lupin Limited (19) | O'Melveny & Myers (33) | Noel Chakkalakal (27) |
| Aurobindo Pharma USA Inc. (19) | Potter Minton (32) | Sarika N Patel (23) |
| Microsoft Corporation (18) | Pillsbury Winthrop Shaw Pittman (31) | Jennifer Ying (23) |
| Lupin Pharmaceuticals, Inc. (16) | Duane Morris (30) | Brian C Nash (21) |
| Juniper Networks, Inc. (14) | Foley & Lardner (29) | Michael A Vincent (20) |
| Dell Technologies Inc. (14) | Latham & Watkins (26) | David B Conrad (20) |
| Verizon Communications Inc. (13) | Kirkland & Ellis (25) | Ryan K Yagura (19) |
| TCL Technology Group Corporation f/k/a TCL Corporation (13) | Cooley (25) | Rodger D Smith, II (17) |
| Roku, Inc. (13) | Morgan Lewis & Bockius (24) | David M Hoffman (17) |
| MSN Pharmaceuticals Inc. (13) | Kilpatrick Townsend & Stockton (24) | Brian P Egan (17) |
| Motorola Mobility LLC (13) | Norton Rose Fulbright (22) | Katherine A Vidal (16) |
| Acer, Inc. (13) | Fenwick & West (22) | Darin W Snyder (16) |
| T-Mobile USA, Inc. (12) | Faegre Drinker Biddle & Reath (22) | Rex A Mann (15) |
| MSN Laboratories Private Limited (12) | Jones Day (21) | Brian A Biggs (15) |
| HP Inc. (12) | Sheppard Mullin Richter & Hampton (20) | Nicholas J Whilt (14) |
| Dr. Reddy's Laboratories, Ltd. (12) | Morrison & Foerster (20) | Matthew S Yungwirth (14) |
| Dr. Reddy's Laboratories, Inc. (12) | Gibson Dunn & Crutcher (19) | Justin M Sobaje (14) |
| Cisco Systems, Inc. (12) | Finnegan Henderson Farabow Garrett & Dunner (19) | Gilbert A Greene (14) |
| Amazon.com Services, Inc. (12) | Womble Bond Dickinson (18) | Syed K Fareed (13) |
| Zydus Pharmaceuticals (USA) Inc. (11) | Venable (18) | Stamatios Stamoulis (13) |
| Sun Pharmaceutical Industries Limited (11) | Orrick Herrington & Sutcliffe (18) | Collin J Marshall (13) |
| Cellco Partnership d/b/a Verizon Wireless (11) | King & Spalding (18) | Cameron P Clark (13) |
| TCL Electronics Holdings Ltd. f/k/a TCL Multimedia Technology Hold (10) | Jackson Walker (18) | Aaron P Pirouznia (13) |
| TCL Communication Technology Holdings Limited (10) | Goodwin Procter (18) | Sean C Cunningham (12) |
| Sun Pharmaceutical Industries Inc. (10) | Jenner & Block (17) | Karen A Jacobs (12) |
| Netgear Inc. (10) | Barnes & Thornburg (17) | Daniel M Silver (12) |
| Mylan Pharmaceuticals Inc. (10) | K&L Gates (16) | Bradford A Cangro (12) |
| Lenovo (United States) Inc. (10) | Wilmer Cutler Pickering Hale and Dorr (15) | Tiffany K Sung (11) |

RELATED COMMENTARY
FROM LEADING LAW FIRMS



STEPTOE & JOHNSON LLP
CRAIG A. HOOVLER & JOHN CARACAPPA

# Tactics for trolls: states continue to combat bad faith demands

If you are aware of the existence of so-called "patent trolls," then you are likely aware that becoming the target of one can be a costly proposition...

READ MORE

# Highly Assertive Entities in District Court Cases

While they have many names - patent assertion entities (PAEs), non-practicing entities (NPEs), patent trolls, etc. - the impact of highly assertive entities on the patent litigation landscape has been unmistakable. But underneath the headlines, there is a nagging question: how does one define and identify these entities?

We've spent a great deal of time on those questions and believe the best answer is to focus on litigation data that suggests a pattern of highly assertive patent litigation behavior. We begin by studying groups of related parties ("affiliate groups" or "groups"). An affiliate group's members are classified as Highly Assertive Entities (HAEs) if the group meets at least 3 of the following criteria:

- The group has made at least 275 non-Orange Book Patent Accusations since 2015.
- The group has been a Patentee in at least 30 Patent Cases since 2015.
- The group was a Patentee on non-Orange Book Patent Accusations more often than they were a Patent Challenger since 2015, at a ratio of at least 40:1
- At least one member of the group was a Patentee in 10 or more Patent Cases within a 10-day window, at least once since 2015.
- At least 5 patents asserted by the group in U.S. district courts have also been challenged in the Patent Trial and Appeal Board (PTAB).

Next, we break down those affiliate groups into individual parties, and the following are excluded:

- Parties who have never made a patent infringement accusation.
- Parties who have themselves been accused of patent infringement more than 10 times.

## TOP HIGHLY ASSERTIVE ENTITIES (HAE) IN U.S. DISTRICT COURTS IN 2021 BY NUMBER OF CASES

Cedar Lane Technologies Inc. (107)
Auth Token LLC (33)
Rothschild Broadcast Distribution Systems, LLC (32)
Caselas, LLC (25)
Sonrai Memory Limited (21)
Oakley, Inc. (21)
American Patents LLC (19)
XR Communications LLC (18)
WSOU Investments, LLC d/b/a Brazos Licensing and Development (18)
VoIP-Pal.com, Inc. (16)
Future Link Systems, LLC (16)
Blitzsafe Texas, LLC (13)
Symbology Innovations LLC (11)
SITO Mobile, Ltd. (10)
Consolidated Transaction Processing LLC (10)
Communication Interface Technologies, LLC (10)
Proven Networks, LLC (9)
Mirror Imaging, LLC (9)
Magnacross LLC (9)
Koninklijke KPN NV (9)
EcoFactor, Inc. (9)
Bell Northern Research, LLC (9)
Sockeye Licensing TX LLC (8)
SITO Mobile R&D IP, LLC (8)
Parus Holdings, Inc. (8)
AGIS Software Development LLC (8)
Sovereign Peak Ventures, LLC (7)
Solas OLED Ltd. (7)
Implicit, LLC (7)
Sable Networks, Inc. (6)
Intellectual Ventures II LLC (6)
WAG Acquisition, LLC (5)
Neodron Ltd. (5)
Monterey Research, LLC (5)
Maxell, Ltd. (5)
Lynk Labs, Inc. (5)

# Leaders in Hatch-Waxman ANDA Cases

## TOP ANDA PARTIES, FIRMS, & ATTORNEYS REPRESENTING **PATENTEES** IN 2021 BY NUMBER OF CASES

### Parties

PF Prism IMB BV (23)
Novartis Pharmaceuticals Corporation (21)
Pfizer Inc. (19)
Warner-Lambert Company LLC (13)
Janssen Pharmaceuticals, Inc. (12)
Neurocrine Biosciences, Inc. (10)
Celgene Corporation (9)
PF Prism CV (8)
Merck Sharp & Dohme Corp. (8)
Azurity Pharmaceuticals, Inc. (8)
Supernus Pharmaceuticals, Inc. (7)
Gilead Sciences, Inc. (7)
Boehringer Ingelheim Pharmaceuticals Inc. (7)
Boehringer Ingelheim International GmbH (7)
Bayer Pharma AG (7)
Bayer AG (7)
Allergan USA, Inc. (7)
Sunovion Pharmaceuticals Inc. (6)
Eden Biodesign, LLC (6)
Bial-Portela & CA SA (6)
Astellas Pharma Inc. (6)
Anacor Pharmaceuticals, Inc. (6)
Allergan Holdings Unlimited Company (6)
Salix Pharmaceuticals, Inc. (5)
Janssen Pharmaceutica NV (5)
CP Pharmaceuticals International CV (5)
Boehringer Ingelheim Corporation f/k/a Boehringer Ingelheim USA Cor
Bial-Holding, SA (5)
Bayer HealthCare LLC (5)
Bausch Health Ireland Ltd. (5)
AstraZeneca Pharmaceuticals LP (5)
AstraZeneca AB (5)
Astellas US LLC (5)
Astellas Pharma US, Inc. (5)
Astellas Pharma Global Development, Inc. (5)
Astellas Ireland Co., Ltd. (5)
PBG Puerto Rico LLC (4)
Janssen Research & Development, LLC (4)

### Firms

Morris Nichols Arsht & Tunnell (81)
McCarter & English (47)
Williams & Connolly (41)
Finnegan Henderson Farabow Garrett & Dunner (35)
Saul Ewing Arnstein & Lehr (22)
Ashby & Geddes (17)
Gibbons (15)
Venable (14)
Quinn Emanuel Urquhart & Sullivan (14)
Jones Day (12)
Wilson Sonsini Goodrich & Rosati (11)
White & Case (11)
Walsh Pizzi O'Reilly Falanga (11)
Hogan Lovells (10)
Haug Partners (9)
O'Melveny & Myers (8)
Kirkland & Ellis (8)
Paul Weiss Rifkind Wharton & Garrison (7)
Latham & Watkins (7)
Gibson Dunn & Crutcher (7)
Sidley Austin (6)
Fish & Richardson (6)
DLA Piper (6)
Wilmer Cutler Pickering Hale and Dorr (5)
Fenwick & West (5)
Covington & Burling (5)
Perkins Coie (4)
McDermott Will & Emery (4)
Kilpatrick Townsend & Stockton (4)
Arnold & Porter Kaye Scholer (4)
Winston & Strawn (3)
Shaw Keller (3)
Saiber (3)
Rothwell Figg Ernst & Manbeck (3)
Ropes & Gray (3)
Mayer Brown (3)
Barnard Mezzanotte Pinnie Seelaus & Kraft (3)
Amgen Inc. (3)

### Attorneys

Jack B Blumenfeld (77)
Daniel M Silver (40)
Alexandra M Joyce (40)
Megan E Dellinger (30)
William C Baton (21)
Sarah A Sullivan (21)
Charles M Lizza (21)
Jeremy A Tigan (20)
Lauren J Dowty (18)
James B Monroe (18)
Bruce R Genderson (18)
Steven J Balick (17)
David I Berl (17)
Christopher J Mandernach (17)
Andrew C Mayo (17)
Dov P Grossman (15)
Andrew L Hoffman (15)
Michael X Liu (14)
Michael P Kelly (14)
Kevin Hoagland-Hanson (14)
Derek J Fahnestock (14)
Alexander S Zolan (14)
Shaun P Mahaffy (13)
Seth R Bowers (13)
Karen A Jacobs (12)
Jessamyn S Berniker (12)
F Dominic Cerrito (12)
Erin M Sommers (12)
Elise M Baumgarten (12)
Liza M Walsh (11)
Jason A Leonard (11)
William T Walsh, Jr. (10)
Sarahi M Uribe (10)
Jeanette M Roorda (10)
Eric C Stops (10)
Anthony M Insogna (10)
Andrew S Chalson (10)
Stanley E Fisher (9)



13

## TOP ANDA PARTIES, FIRMS, & ATTORNEYS REPRESENTING **PATENT CHALLENGERS** IN 2021 BY NUMBER OF CASES

| Parties | Firms | Attorneys |
|---|---|---|
| Lupin Limited  (19) | Phillips McLaughlin & Hall  (21) | John C Phillips, Jr.  (20) |
| Aurobindo Pharma Limited  (19) | Morris James  (21) | Kenneth L Dorsey  (19) |
| Aurobindo Pharma USA Inc.  (18) | Young Conaway Stargatt & Taylor  (15) | David A Bilson  (16) |
| Lupin Pharmaceuticals, Inc.  (16) | Shaw Keller  (13) | Cortlan S Hitch  (15) |
| MSN Pharmaceuticals Inc.  (13) | Winston & Strawn  (12) | Stamatios Stamoulis  (11) |
| MSN Laboratories Private Limited  (12) | Stamoulis & Weinblatt  (11) | Nathan R Hoechen  (11) |
| Dr. Reddy's Laboratories, Ltd.  (12) | Smith Katzenstein & Jenkins  (10) | Lance A Soderstrom  (10) |
| Dr. Reddy's Laboratories, Inc.  (12) | Katten Muchin Rosenman  (10) | Jitendra Malik  (10) |
| Zydus Pharmaceuticals (USA) Inc.  (11) | Windels Marx Lane & Mittendorf  (9) | Eve H Ormerod  (10) |
| Sun Pharmaceutical Industries Limited  (11) | Sterne Kessler Goldstein & Fox  (9) | Deepro R Mukerjee  (10) |
| Sun Pharmaceutical Industries Inc.  (10) | Heyman Enerio Gattuso & Hirzel  (9) | Karen E Keller  (9) |
| Cadila Healthcare Limited d/b/a Zydus Cadila  (10) | Withers Bergman  (8) | Dominick T Gattuso  (9) |
| Teva Pharmaceuticals USA, Inc.  (9) | Taft Stettinius & Hollister  (8) | Steven J Moore  (8) |
| Mylan Pharmaceuticals Inc.  (9) | Richards Layton & Finger  (7) | R Touhey Myer  (7) |
| Apotex Inc.  (9) | Stone Conroy  (6) | Neal C Belgam  (7) |
| Teva Pharmaceuticals Inc. f/k/a Teva Pharmaceuticals Development, | Offit Kurman  (6) | Jovial Wong  (7) |
| Lupin Inc.  (8) | Locke Lord  (6) | James Nealon  (7) |
| Apotex Corp.  (8) | Hill Wallack  (5) | Timothy H Kratz  (6) |
| Torrent Pharmaceuticals Ltd.  (7) | Greenberg Traurig  (5) | Rebekah R Conroy  (6) |
| Torrent Pharma Inc.  (7) | Carlson Caspers Vandenburgh & Lindquist  (5) | Joseph M Janusz  (6) |
| Teva Pharmaceutical Industries Ltd.  (6) | Saiber  (4) | John W Shaw  (6) |
| Mylan Laboratories Limited  (6) | Rivkin Radler  (4) | Jillian M Schurr  (6) |
| Mylan Inc.  (6) | Pergament & Cepeda  (4) | Dennies Varughese  (6) |
| Lupin Atlantis Holdings, SA  (6) | Parker Poe Adams & Bernstein  (4) | Stephen R Auten  (5) |
| Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals | Midlige Richter  (4) | Sharon Lin  (5) |
| Hetero USA Inc.  (6) | Knobbe Martens Olson & Bear  (4) | Robert M Vrana  (5) |
| Eugia Pharma Specialties Limited  (6) | Cozen O'Connor  (4) | Richard C Weinblatt  (5) |
| Alkem Laboratories Ltd.  (6) | Abrams & Bayliss  (4) | Michael P Hogan  (5) |
| Alembic Pharmaceuticals, Inc.  (6) | Wilson Sonsini Goodrich & Rosati  (3) | Eric I Abraham  (5) |
| Alembic Pharmaceuticals Limited  (6) | Wiley Rein  (3) | Charles B Klein  (5) |
| Zydus Worldwide DMCC  (5) | Rothwell Figg Ernst & Manbeck  (3) | Anne Shea Gaza  (5) |
| Sun Pharma Global FZE  (5) | Rakoczy Molino Mazzochi Siwik  (3) | William Zimmerman  (4) |
| Macleods Pharmaceuticals, Ltd.  (5) | Perkins Coie  (3) | Scott A Cunning II  (4) |
| Macleods Pharma USA, Inc.  (5) | Merchant & Gould  (3) | Renee M Delcollo  (4) |
| Hetero Labs Limited  (5) | Leydig Voit & Mayer  (3) | Philip Y Kouyoumdjian  (4) |
| Crystal Pharmaceutical (Suzhou) Co., Ltd.  (5) | Devlin Law Firm  (3) | Megan C Haney  (4) |
| Zydus Healthcare USA LLC  (4) | Buchanan Ingersoll & Rooney  (3) | Kenneth S Canfield  (4) |
| Viatris Inc.f/k/a Mylan NV  (4) | Benesch Friedlander Coplan & Aronoff  (3) | Kelly E Farnan  (4) |

RELATED COMMENTARY
FROM LEADING LAW FIRMS

⧈ LEXOLOGY

PEARL COHEN ZEDEK LATZER BARATZ LLP
CLYDE SHUMAN

# Federal Circuit Addresses Hatch-Waxman Venue, Pleading

The U.S. Court of Appeals for the Federal Circuit has addressed venue and pleading requirements for Hatch-Waxman cases, affirming a district court...

READ MORE

14

# Firm Outcomes in
# U.S. District Courts (2016-2021)

This page shows the top firms by win-rates when representing Patentees or Patent Challengers, respectively. Only U.S. district court data is shown. Cases with unclear winners are excluded from this data, including settlements, non-merits dismissals, and mixed outcomes. Historically, Patent Challengers prevail about 80% of the time. All firms shown substantially outperformed the average.  The Patentee chart is using a minimum number of 10 completed cases, and the Patent Challenger chart is using a minimum of 40 completed cases.

Ranking firms by win-rate involves complex and consequential judgment calls - you can read about our methodology here.  If you would like to view or edit the filters that derived these lists, visit the online version to customize your own list.

In addition, please keep in mind that each case is unique and the outcome of any specific case can be the result of many different factors and variables other than the law firms involved.

**TOP FIRMS BY WIN RATE**



WIN RATES OF TOP PATENTEE FIRMS

| Firm | Win Rate | Outcomes |
|------|----------|----------|
| Williams & Connolly | 68.8% | of 32 outcomes |
| Merchant & Gould | 61.5% | of 13 outcomes |
| Workman Nydegger | 53.8% | of 13 outcomes |
| Dickinson Wright | 53.3% | of 15 outcomes |
| Wilmer Cutler Pickering Hale and Dorr | 48.8% | of 41 outcomes |
| Latham & Watkins | 46.4% | of 28 outcomes |
| Barnes & Thornburg | 46.4% | of 28 outcomes |
| Kizzia Johnson | 45.5% | of 11 outcomes |
| Morris Nichols Arsht & Tunnell | 45.0% | of 151 outcomes |
| Paul Hastings | 45.0% | of 20 outcomes |
| Knobbe Martens Olson & Bear | 41.2% | of 17 outcomes |

Number of Case Outcomes: 10 — 151



WIN RATES OF TOP PATENT CHALLENGER FIRMS

| Firm | Win Rate | Outcomes |
|------|----------|----------|
| Morrison & Foerster | 98.0% | of 51 outcomes |
| Jones Day | 98.0% | of 49 outcomes |
| Arnold & Porter Kaye Scholer | 97.6% | of 42 outcomes |
| Morris Nichols Arsht & Tunnell | 97.0% | of 203 outcomes |
| Cooley | 96.9% | of 64 outcomes |
| Fenwick & West | 96.4% | of 111 outcomes |
| Baker Botts | 96.2% | of 53 outcomes |
| Perkins Coie | 95.6% | of 114 outcomes |
| Fish & Richardson | 94.5% | of 165 outcomes |
| Finnegan Henderson Farabow Garrett & .. | 94.6% | of 56 outcomes |

# Top District Courts in the United States

Litigation activity is often measured by the number of cases filed in a given period of time, but cases are not equal in size or complexity.

In addition to the number of new Patent Cases, Docket Navigator measures the number of parties involved in those new cases. This metric gives cases involving multiple defendants greater weight than cases involving a single defendant. When measuring the number of Patent Accusations, cases involving multiple patents are given more weight than cases involving a single patent.

In 2021, the Western District of Texas received the largest number of new Patent Cases at 23.97% of all new Patent Cases in the U.S. The District of Delaware (DDE) was nearly as popular as WDTX, with 21.78% of new cases being filed in the court. EDTX remains the third-busiest U.S. District Court.



TOP COURTS BY NUMBER OF CASES OR PARTIES

By Number of Cases

Other 22.80%
4,005
Top Courts 77.20%

By Number of Parties

Other Courts 20.57%
15,834
Top Courts 79.43%

Number of Cases:
- WDTX (23.97%)
- DDE (21.78%)
- EDTX (11.11%)
- CDCA (6.09%)
- NDCA (4.09%)
- NDIL (3.97%)
- DNJ (2.64%)
- SDNY (2.54%)

Number of Parties:
- NDIL (26.68%)
- DDE (15.18%)
- WDTX (15.11%)
- EDTX (8.54%)
- WDPA (4.76%)
- CDCA (4.60%)
- SDFL (4.57%)

RELATED COMMENTARY FROM LEADING LAW FIRMS



SQUIRE PATTON BOGGS

RONALD LEMIEUX AND STEVEN M. AUVIL

## Move Over Marshall, There's a New Sheriff in Town – The Rise of Waco and the Western District of Texas

Since the mid-2000s, mention Marshall, Tyler, Sherman, Beaumont or Texarkana to an experienced patent litigator and you would get knowing nods about...

READ MORE

16

# U.S. District Court Case Outcomes

Across the United States, Case Outcomes favor Patent Challengers more often than Patentees. WDTX Outcomes are weighted against Patentees because many recent Outcomes in that court are based on early terminations and early terminations tend to favor Patent Challengers.

Importantly, for stayed cases pending other court or tribunal proceedings, our Outcomes methodology takes into account the outcomes of those proceedings. For example, a case dismissed under Rule 41(a) after a stay pending IPR would be counted as a "loss" for the Patentee if the PTAB cancelled its claims during the IPR.

These charts show Outcomes of USDC Patent Cases. Accusations ending in settlement are excluded. Only cases terminated January 1, 2016 or later are shown. See our Official Scope to view the current date range that our Outcomes data covers.

**OUTCOMES**



CASE OUTCOMES IN TOP COURTS

● Patentee Won    ● Mixed Outcome    ● Patent Challenger Won



COMPUTER, COMMUNICATION, & E-COMMERCE



SEMICONDUCTORS/MEMORY, CIRCUITS/ MEASURING & TESTING, OPTICS/PHOTOCOPYING

17

# Remedies in U.S. District Courts

Damages awards differ substantially in both quantity and size across forums. The great majority of CDCA damages awards are less than $1 million, while most EDTX and DDE damages awards are greater than $1 million.

These charts show remedies from Docket Navigator's full remedies scope (2008-2021).

**REMEDIES**



## PERMANENT INJUNCTIONS



| Court | Value |
|-------|-------|
| CDCA | 150 |
| DDE | 139 |
| EDTX | 64 |
| NDCA | 36 |
| WDTX | 9 |

## PRELIMINARY INJUNCTIONS



| Court | Value |
|-------|-------|
| CDCA | 17 |
| DDE | 21 |
| EDTX | 16 |
| NDCA | 12 |
| WDTX | 4 |

## TEMPORARY RESTRAINING ORDERS



| Court | Value |
|-------|-------|
| CDCA | 2 |
| DDE | 7 |
| EDTX | 4 |
| NDCA | 2 |
| WDTX | 3 |

## COMPENSATORY DAMAGES AWARDS

These charts show the total number of compensatory damages awards by the selected judges of courts grouped by dollar amount.



| Court | | Number of Awards |
|-------|------|------|
| CDCA | Up to $1M | 136 |
| | More than $1M | 57 |
| DDE | Up to $1M | 67 |
| | More than $1M | 187 |
| EDTX | Up to $1M | 146 |
| | More than $1M | 316 |
| NDCA | Up to $1M | 75 |
| | More than $1M | 79 |
| WDTX | Up to $1M | 6 |
| | More than $1M | 20 |

NUMBER OF AWARDS

## ENHANCED DAMAGES AWARDS

These charts show the total number of enhanced damages awards by the selected judges of courts grouped by dollar amount.



| Court | | Number of Awards |
|-------|------|------|
| CDCA | Up to $1M | 127 |
| | More than $1M | 21 |
| DDE | Up to $1M | 24 |
| | More than $1M | 35 |
| EDTX | Up to $1M | 69 |
| | More than $1M | 46 |
| NDCA | Up to $1M | 62 |
| | More than $1M | 25 |
| WDTX | Up to $1M | 5 |
| | More than $1M | 2 |

NUMBER OF AWARDS

## ATTORNEY FEES

These charts show the total number of attorney fee awards by the selected judges of courts grouped by dollar amount.



| Court | | Number of Awards |
|-------|------|------|
| CDCA | Up to $1M | 111 |
| | More than $1M | 8 |
| DDE | Up to $1M | 24 |
| | More than $1M | 23 |
| EDTX | Up to $1M | 54 |
| | More than $1M | 10 |
| NDCA | Up to $1M | 47 |
| | More than $1M | 22 |
| WDTX | Up to $1M | 5 |
| | More than $1M | 1 |

NUMBER OF AWARDS

18

# Determinations in U.S. District Courts

In 2021, the Central District of California had a substantially higher percentage of non-infringed determinations than other top courts.

The breakdown of invalidity determinations reveals NDCA determinations tended to favor Patent Challengers, while WDTX determinations tended to favor Patentees.

**DETERMINATIONS**



INFRINGEMENT DETERMINATIONS — ● Infringed  ● Not Infringed

| Court | Infringed | Not Infringed |
|---|---|---|
| CDCA | 11 (22.92%) | 37 (77.08%) |
| DDE | 70 (44.59%) | 87 (55.41%) |
| EDTX | 53 (55.21%) | 43 (44.79%) |
| NDCA | 23 (46.94%) | 26 (53.06%) |
| WDTX | 16 (57.14%) | 12 (42.86%) |

PERCENT OF TOTAL NUMBER OF DETERMINATIONS



INVALIDITY DETERMINATIONS — ● Not Invalid  ● Invalid

| Court | Not Invalid | Invalid |
|---|---|---|
| CDCA | 21 (36.84%) | 36 (63.16%) |
| DDE | 71 (31.00%) | 158 (69.00%) |
| EDTX | 45 (23.44%) | 147 (76.56%) |
| NDCA | 32 (47.06%) | 36 (52.94%) |
| WDTX | 46 (22.44%) | 159 (77.56%) |

PERCENT OF TOTAL NUMBER OF DETERMINATIONS



ENFORCEABILITY DETERMINATIONS — ● Not Unenforceable  ● Unenforceable

| Court | Not Unenforceable | Unenforceable |
|---|---|---|
| CDCA | 13 (100.00%) | |
| DDE | 15 (100.00%) | |
| EDTX | 2 (16.67%) | 10 (83.33%) |
| NDCA | 2 (100.00%) | |
| WDTX | 7 (100.00%) | |

PERCENT OF TOTAL NUMBER OF DETERMINATIONS

RELATED COMMENTARY FROM LEADING LAW FIRMS

**LEXOLOGY**

RK DEWAN & CO

## VLSI wins US$ 2.18 Billion against Intel as patent infringement damages

A Jury in Waco Texas (Western District Court of Texas) has ordered Intel Corp. (Intel) to pay VLSI Technology LLC (VLSI) US$ 2.18 billion as patent...

**READ MORE**

# Motion Pendency in U.S. District Courts

Courts vary on how quickly they rule on motions. These charts show how quickly specific courts issue decisions on different types of motions. Each colored horizontal line shows the average number of days between the filing of a motion and issuance of a decision on the motion in that year. Pendencies for Markman orders are calculated from the date of the Markman hearing.

**VIEW MORE**









# Time to Claim Construction

Time from case filing to Claim Construction varies substantially from court to court. In 2021, WDTX was once again the fastest to Claim Construction among major courts (tied with SDNY), with an average of 404 days from the case filing date. The majority of top courts had an average time to Claim Construction consistent with their 2020 figures.

This chart shows the average number of days from case filing to Claim Construction in select U.S. district courts.

FIND OTHER TRIAL MILESTONES



**AVERAGE TIME TO CLAIM CONSTRUCTION**

| Court | Year | Average Days Until Milestone |
|---|---|---|
| CDCA | 2019 | 500 |
| | 2020 | 591 |
| | 2021 | 535 |
| DDE | 2019 | 922 |
| | 2020 | 765 |
| | 2021 | 784 |
| DNJ | 2019 | 636 |
| | 2020 | 796 |
| | 2021 | 777 |
| EDTX | 2019 | 548 |
| | 2020 | 488 |
| | 2021 | 479 |
| NDCA | 2019 | 898 |
| | 2020 | 766 |
| | 2021 | 1,019 |
| SDNY | 2019 | 513 |
| | 2020 | 107 |
| | 2021 | 404 |
| WDTX | 2019 | 673 |
| | 2020 | 371 |
| | 2021 | 404 |

AVERAGE DAYS UNTIL MILESTONE



21

# Average Time to Summary Judgment

The average time to summary judgment across most U.S. district courts was similar in 2021 to the same figures from 2020. DDE's already-lengthy time to such motions further extended in 2021, with the average such ruling 1757 days from the filing date of the original complaint.

Rulings in WDTX were earlier for Patentee MSJs and later for Patent Challenger MSJs. Note that it has been fewer than 1200 days since Judge Albright was confirmed in WDTX, so these averages are influenced by cases that initially appeared before a different judge.

These charts show the average number of days from case filing to a ruling on a motion for summary judgment (MSJ) filed by a Patentee or Patent Challenger.



MOTIONS FILED BY PATENTEES



MOTIONS FILED BY PATENT CHALLENGERS

22

# Average Time to Trial

This chart shows the average number of days from case filing to a trial (bench or jury) in select U.S. district courts.

Trials were substantially less delayed in CDCA in 2020 when compared to 2021. Other courts changed less consistently, with Delaware cases reaching trial sooner and Texas trials (in both EDTX and WDTX) arriving more slowly. Trials are relatively rare compared to events discussed in the previous pages, so this data is expected to vary from year-to-year even without substantial changes to the court's case management policies.

**FIND OTHER TRIAL MILESTONES**



AVERAGE TIME TO TRIAL FOR TOP COURTS

| Court | Year | Days |
|---|---|---|
| CDCA | 2019 | 936 |
| | 2020 | 1,421 |
| | 2021 | 1,587 |
| DDE | 2019 | 1,285 |
| | 2020 | 1,319 |
| | 2021 | 1,109 |
| DNJ | 2019 | 1,377 |
| | 2020 | 1,511 |
| | 2021 | 2,384 |
| EDTX | 2019 | 783 |
| | 2020 | 1,132 |
| | 2021 | 1,254 |
| NDCA | 2019 | 609 |
| | 2021 | 1,095 |
| SDNY | 2019 | 331 |
| | 2020 | 975 |
| WDTX | 2020 | 636 |
| | 2021 | 854 |

AVERAGE DAYS UNTIL MILESTONE



23

# Motion Success
# in U.S. District Courts

● Granted    ● Denied    ● Partial

This page shows the success rates of five types of non-stipulated motions from 2018 to 2021. Motions were chosen based on the popularity of these motions in Docket Navigator searches.  In 2021, Motions to Strike Expert Reports were more successful than in 2020. Motions for preliminary injunction were less successful than in 2020, but still significantly more likely to be granted than in 2019.

## MOTION TO STRIKE EXPERT REPORTS



| | Granted | Partial | Denied |
|---|---|---|---|
| 2018 | 26 (21.49%) | 31 (25.62%) | 64 (52.89%) |
| 2019 | 24 (17.02%) | 29 (20.57%) | 88 (62.41%) |
| 2020 | 31 (21.09%) | 35 (23.81%) | 81 (55.10%) |
| 2021 | 41 (23.30%) | 42 (23.86%) | 93 (52.84%) |

## MOTION TO STAY PENDING INTER PARTES REVIEW



| | Granted | Partial | Denied |
|---|---|---|---|
| 2018 | 72 (46.45%) | 17 (10.97%) | 66 (42.58%) |
| 2019 | 66 (50.00%) | 12 (9.09%) | 54 (40.91%) |
| 2020 | 70 (48.95%) | | 66 (46.15%) |
| 2021 | 61 (48.41%) | | 57 (45.24%) |

## MOTION TO AMEND OR SUPPLEMENT PLEADING



| | Granted | Partial | Denied |
|---|---|---|---|
| 2018 | 220 (73.33%) | | 61 (20.33%) |
| 2019 | 210 (67.96%) | | 85 (27.51%) |
| 2020 | 223 (72.17%) | | 72 (23.30%) |
| 2021 | 229 (70.03%) | | 84 (25.69%) |

## MOTION TO COMPEL DISCOVERY



| | Granted | Partial | Denied |
|---|---|---|---|
| 2018 | 157 (25.65%) | 221 (36.11%) | 234 (38.24%) |
| 2019 | 215 (28.40%) | 251 (33.16%) | 291 (38.44%) |
| 2020 | 191 (25.00%) | 232 (30.37%) | 341 (44.63%) |
| 2021 | 146 (24.21%) | 223 (36.98%) | 234 (38.81%) |

## MOTION/APPLICATION FOR PRELIMINARY INJUNCTION



| | Granted | Partial | Denied |
|---|---|---|---|
| 2018 | 15 (22.39%) | | 50 (74.63%) |
| 2019 | 18 (24.32%) | | 54 (72.97%) |
| 2020 | 62 (62.00%) | | 36 (36.00%) |
| 2021 | 76 (55.88%) | | 60 (44.12%) |

# Outcomes of 35 U.S.C. § 101 Challenges

§ 101 Challenges have had mixed success in most top courts. WDTX, however, continues to see a considerably lower rate of success for early stage § 101 challenges. Late-stage § 101 challenges appear to be more successful in WDTX, though available data remains sparse.  § 101 challenges are more successful in CDCA and DDE, regardless of the procedural stage.

These charts show the results of judicial decisions on challenges to patent validity under 35 U.S.C. § 101 from 2016 to 2021. Early stage challenges include early motions to dismiss, while late stage claims include all other types of § 101 challenges.



OUTCOMES OF 35 U.S.C. § 101 CHALLENGES

**Early Stage**
- Calif. - CDCA: 41.79% (28) | 19.40% (13) | 38.81% (26)
- Delaware - DDE: 32.58% (58) | 16.29% (29) | 51.12% (91)
- Texas - EDTX: 26.19% (22) | 9.52% (8) | 64.29% (54)
- Texas - WDTX: 8.70% (2) | 91.30% (21)

**Late Stage**
- Calif. - CDCA: 53.85% (7) | 15.38% (2) | 30.77% (4)
- Delaware - DDE: 39.29% (11) | 17.86% (5) | 42.86% (12)
- Texas - EDTX: 19.44% (7) | 11.11% (4) | 69.44% (25)
- Texas - WDTX: 50.00% (2) | 50.00% (2)

PERCENT OF TOTAL NUMBER OF EVENTS

RELATED COMMENTARY FROM LEADING LAW FIRMS



HOLLAND & KNIGHT LLP
ANTHONY J FUGA

## Top Section 101 Patent Eligibility Stories of 2021

It's that time of the year again. Take your rapid test, light a fire and gather with family and friends to discuss the top patent eligibility stories...

READ MORE

# Judges in the U.S. District Courts

In 2021, the Western District of Texas maintained its lead over Delaware in the number of newly filed cases. Nearly 1 in 5 Patent Cases in the United States appear before Judge Albright. Notably, Judge Gilstrap's proportion of patent cases increased in 2021 for the first time since TC Heartland. Judge Gilstrap carried just over 7% of the patent caseload in 2021.

In 2021, nearly half of all new Patent Cases were assigned to the top judges (by number of cases). Judge Albright holds the top position for number of assigned new Patent Cases, Parties, and Accusations by a wide margin. The remaining cases are widely distributed among other judges in top courts.

**VIEW MORE**



TOP U.S. DISTRICT COURT JUDGES BY NUMBER OF CASES, ACCUSATIONS, & PARTIES

This chart shows the top judges by (i) number of new Patent Cases filed in 2021, as well as (ii) the number of Accusations in those new cases, and (iii) the number of parties in those cases. Below each donut chart is a break-down of the colored portion of each donut chart by judge.



26

# Average Time to Claim Construction & Trial

Both the average time to trial and average time to claim construction increased for Judge Albright in 2021 – perhaps a reflection of his substantial caseload - but he remains the fastest judge to both major events. The timing of milestones before other top judges was mostly consistent, with a few noteworthy exceptions.

Judge Andrews's average time to claim construction and trials were both substantially faster than in 2020. Judge Gilstrap's average time to trial was significantly longer, at 963 days as opposed to 556 in 2020. Judge Noreika, who had previously not seen a patent trial, had trial timings similar to her Delaware colleague, Judge Stark.

**MORE MILESTONES**



**AVERAGE TIME TO CLAIM CONSTRUCTION**

This chart shows the average number of days from case filing to Claim Construction for top judges. Top judges were determined by number of newly assigned Patent Cases in 2021.

| Judge | Year | Days |
|---|---|---|
| Alan D. Albright | 2020 | 336 Days |
| | 2021 | 369 Days |
| Colm F. Connolly | 2020 | 611 Days |
| | 2021 | 893 Days |
| Leonard P. Stark | 2020 | 848 Days |
| | 2021 | 810 Days |
| Maryellen Noreika | 2020 | 672 Days |
| | 2021 | 775 Days |
| Richard G. Andrews | 2020 | 817 Days |
| | 2021 | 661 Days |
| Rodney Gilstrap | 2020 | 475 Days |
| | 2021 | 486 Days |

AVERAGE DAYS TO MILESTONES



**AVERAGE TIME TO TRIALS**

This chart shows the average number of days from case filing to a Jury Trial or Bench Trial. Top judges were determined by number of newly assigned Patent Cases in 2021.

| Judge | Year | Days |
|---|---|---|
| Alan D. Albright | 2020 | 621 Days |
| | 2021 | 712 Days |
| Colm F. Connolly | 2020 | 985 Days |
| | 2021 | 1,090 Days |
| Leonard P. Stark | 2020 | 1,041 Days |
| | 2021 | 1,145 Days |
| Maryellen Noreika | 2021 | 1,176 Days |
| Richard G. Andrews | 2020 | 1,997 Days |
| | 2021 | 1,061 Days |
| Rodney Gilstrap | 2020 | 556 Days |
| | 2021 | 958 Days |

AVERAGE DAYS TO MILESTONES

# Average Time to Summary Judgment Rulings

Motions for Summary Judgment (MSJs) arrived more quickly in Judge Albright's cases in 2021. Such motions are still relatively rare, however. In contrast, MSJs were seen much later in cases before Judge Stark. This average is skewed by a pair of rulings that occurred in a 15-year-long litigation.

Judge Noreika notably did not see any Patentee MSJs in 2020, but her time to these decisions was similar to Judge Stark's in 2021.

**MORE MILESTONES**



**MOTIONS FILED BY PATENTEE**

This chart shows the average number of days from case filing to a decision or recommendation on a Motion for Summary Judgment (MSJ) by district court judges.



**MOTIONS FILED BY PATENT CHALLENGER**

This chart shows the average number of days from case filing to a decision or recommendation on a Motion for Summary Judgment (MSJ) by district court judges.



# Inside the Patent Trial and Appeals Board

The number of PTAB petitions decreased in 2021 to nearly the same low as 2019. The PTAB nevertheless remains a popular forum for patent disputes. While fewer claim determinations were made in 2021 compared to past years, a slightly larger proportion of claims were determined unpatentable than in 2020.

**SEE MORE**

## NEW PTAB PETITIONS BY YEAR

These charts show the number of new IPR, CBM, and PGR petitions filed in the Patent & Trademark Appeals Board (PTAB) by year.



● CBM   ● IPR   ● PGR

## PTAB OUTCOMES



● Patentee Won   ● Mixed Outcome   ● Patent Challenger Won   ● Settled

## DETERMINATIONS OF PATENT CLAIMS IN FINAL WRITTEN DECISIONS

This chart shows the number of claims deemed unpatentable or not unpatentable in IPR, CBM or PGR Final Written Decisions over the past six years.



● Unpatentable/Cancelled   ● Amendment Not Allowed   ● Amendment Allowed
● Not Unpatentable   ● Disclaimed

29

# PTAB Petitions by Technology Code

Despite an overall decrease in the number of new petitions, 2400 Networking patents petitioned increased in 2021. Computers/Communication continues to be the most common technology center of petitioned patents, a trend that tracks closely with overall patent litigation numbers.

## NEW PTAB PETITIONS BY TECHNOLOGY CODE

This chart shows the number of IPR, CBM and PGR petitions by Tech Code that were filed in the PTAB each year. Each Tech Code is represented by a different color.  Tech Code 2700 (Communications and Information Systems) has been joined with Tech Codes 2100 (Computer Architecture and Software) and 2600 (Communications). For purposes of this chart, the joined colored bar includes all three.

- 1600 Biotechnology & Organic Chemistry
- 1700 Chemical & Materials Engineering
- 2400 Networking, Multiplexing, Cable
- 2800 Semiconductors/Memory, Circuits
- 2900 Design
- 3600 Transportation, Construction, Ele..
- 3700 Mechanical Engineering, Manufacturing
- Computers, Communication, & e-commerce
- Unclassified/Unknown



# Obviousness Grounds (35 U.S.C. § 103)

§ 103 institution success rates were similar in 2021 to previous years. After a decline in the number of such challenges in 2020, 2021 saw obviousness challenges return to roughly the overall average in terms of both amount and success rate.



## INSTITUTIONS OF CLAIMS CHALLENGED ON OBVIOUSNESS GROUNDS (35 U.S.C. § 103)

This chart shows the results of PTAB Institution decisions for individual patent claims challenged in a PTAB petition on obviousness (35 U.S.C. § 103) grounds. Bars above the midline show the number of claims in which review was granted while bars below the midline show the number of claims in which review was denied.

Net Grants/Denials: Net Grants/Denials are visualized with a bar. When the Net Grants/Denials line appears above the midline, it means more claims were granted institution of review than denied that year. When the shaded bar appears below the midline, it means more claims were denied institution than granted that year, and its size measures the difference.

# 2021 Top PTAB Patent Owners by Number of Proceedings

RELATED COMMENTARY
FROM LEADING LAW FIRMS

 LEXOLOGY

MINTZ

BRAD M. SCHELLER & PAUL BROCKLAND

## PTAB Continues Streak of IPR Denials

US Patent Trial and Appeal Board (PTAB) institution denials for inter partes review ("IPR") and other post-grant review petitions have steadily risen...

READ MORE

| Parties | Firms | Attorneys |
|---|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development | Lowenstein & Weatherwax (53) | Bridget A Smith (42) |
| Telefonaktiebolaget LM Ericsson (30) | Russ August & Kabat (44) | Timothy Devlin (37) |
| ACQIS LLC (26) | K&L Gates (42) | Reza Mirzaie (37) |
| Lynk Labs, Inc. (23) | McKool Smith (37) | Kenneth J Weatherwax (37) |
| Express Mobile, Inc. (19) | Devlin Law Firm (37) | Ryan S Loveless (33) |
| Centripetal Networks, Inc. (17) | Irell & Manella (36) | Patrick Gabriel Maloney (33) |
| BTL Healthcare Technologies AS (16) | Etheridge Law Group (33) | Jeffrey Huang (33) |
| AMO Development, LLC (16) | Ascenda Law Group (32) | James L Etheridge (33) |
| US Well Services, LLC (15) | Sterne Kessler Goldstein & Fox (31) | Brian M Koide (33) |
| StratosAudio, Inc. (15) | Quinn Emanuel Urquhart & Sullivan (28) | Brett A Mangrum (33) |
| Palo Alto Research Center Inc. (13) | Kramer Levin Naftalis & Frankel (26) | Tarek N Fahmi (32) |
| United Services Automobile Association (12) | Fish & Richardson (25) | Parham Hendifar (32) |
| Koss Corporation (12) | Fabricant (25) | Jeffrey A Stephens (32) |
| Koninklijke Philips NV f/k/a Koninklijke Philips Electronics NV (12) | Williams Simons & Landis (24) | Nathan N Lowenstein (30) |
| Teladoc Health, Inc. (11) | Nelson Bumgardner Conroy (22) | Katherine L Allor (30) |
| Gesture Technology Partners, LLC (11) | Latham & Watkins (22) | Jason A Engel (30) |
| Scramoge Technology Ltd. (10) | Haynes and Boone (22) | Jeffrey H Price (26) |
| Ravgen, Inc. (10) | Dorsey & Whitney (19) | James R Hannah (26) |
| Nant Holdings IP, LLC (10) | Finnegan Henderson Farabow Garrett & Dunner (18) | Vincent J Rubino, III (25) |
| Jenam Tech, LLC (10) | Duane Morris (18) | Peter Lambrianakos (25) |
| Bright Data Ltd. (10) | Desmarais (18) | Erik J Halverson (25) |
| Stragent, LLC (9) | Banner & Witcoff (18) | Todd E Landis (24) |
| Staton Techiya, LLC (9) | Venable (17) | John Wittenzellner (24) |
| Scorpcast, LLC d/b/a HaulStars (9) | White & Case (16) | Jason G Sheasby (24) |
| RFCyber Corp. (9) | Carter Arnett (16) | Enrique W Iturralde (24) |
| Regeneron Pharmaceuticals, Inc. (9) | Sheridan Ross (15) | Jonathan M Strang (21) |
| Proven Networks, LLC (9) | Patterson + Sheridan (15) | Jonathan Tsao (20) |
| Power2B, Inc. (9) | Williams & Connolly (14) | Richard M Bemben (19) |
| Koolbridge Solar, Inc. (9) | Foley & Lardner (14) | Mark A Miller (19) |
| HD Silicon Solutions LLC (9) | Feinberg Day Kramer Alberti Lim Tonkovich & Belloli (13) | Flavio M Rose (19) |
| Commvault Systems, Inc. (9) | Adsero IP (13) | Dennis A Majewski (19) |
| AGIS Software Development LLC (9) | Wolf Greenfield & Sacks (12) | Theodoros Konstantakopoulos (18) |

# 2021 Top PTAB Petitioners by Number of Proceedings

| Parties | Firms | Attorneys |
|---|---|---|
| Samsung Electronics Co., Ltd. (128) | Fish & Richardson (113) | W Karl Renner (70) |
| Apple Inc. (71) | Paul Hastings (63) | Naveen Modi (62) |
| Samsung Electronics America, Inc. (58) | Finnegan Henderson Farabow Garrett & Dunner (61) | Scott A McKeown (52) |
| Google LLC (54) | Baker Botts (55) | Joseph E Palys (48) |
| Intel Corporation (32) | DLA Piper (54) | Matthew W Johnson (35) |
| Unified Patents, LLC (24) | Ropes & Gray (52) | James L Davis, Jr. (32) |
| Microsoft Corporation (23) | Kirkland & Ellis (51) | Kim H Leung (29) |
| Palo Alto Networks, Inc. (19) | Perkins Coie (47) | Jeremy J Monaldo (29) |
| Meta Platforms, Inc. f/k/a Facebook, Inc. (17) | Haynes and Boone (41) | James M Glass (28) |
| TCT Mobile (US) Inc. (16) | Quinn Emanuel Urquhart & Sullivan (38) | David B Cochran (28) |
| Lumenis Be Ltd. (16) | Wilmer Cutler Pickering Hale and Dorr (36) | Todd M Friedman (25) |
| Alcon, Inc. (16) | Jones Day (36) | Jonathan M Strang (25) |
| Alcon Vision, LLC (16) | Latham & Watkins (32) | David L Cavanaugh (25) |
| Alcon Research, LLC (16) | Cooley (32) | Chad C Walters (25) |
| Alcon Lensx, Inc. (16) | Alston & Bird (28) | Bao T Nguyen (25) |
| Alcon Laboratories, Inc. (16) | O'Melveny & Myers (27) | W Todd Baker (24) |
| ZTE Corporation (15) | Erise IP (26) | Jon R Carter (24) |
| ZTE (USA) Inc. (15) | Orrick Herrington & Sutcliffe (25) | Heidi L Keefe (24) |
| Juniper Networks, Inc. (15) | Greenberg Traurig (25) | Eliot D Williams (23) |
| Halliburton Energy Services, Inc. (15) | Unified Patents, LLC (24) | David L McCombs (22) |
| TCT Mobile (US) Holdings, Inc. (14) | Sterne Kessler Goldstein & Fox (24) | Mark R Weinstein (21) |
| RJ Reynolds Vapor Co. (14) | Winston & Strawn (22) | Ryan K Yagura (20) |
| Dell Inc. (14) | Goodwin Procter (22) | Roberto J Devoto (20) |
| Cisco Systems, Inc. (14) | Sheppard Mullin Richter & Hampton (21) | Nicholas J Whilt (20) |
| Roku, Inc. (13) | Knobbe Martens Olson & Bear (19) | Cory C Bell (20) |
| PNC Bank, NA f/k/a BBVA USA (12) | K&L Gates (18) | Arvind Jairam (20) |
| Hewlett Packard Enterprise Co. (12) | Desmarais (18) | Phillip W Citroen (19) |
| Dell Technologies Inc. (12) | Banner & Witcoff (18) | David L Holt (19) |
| Volkswagen Group of America, Inc. (11) | Arnold & Porter Kaye Scholer (17) | Adam P Seitz (19) |
| TCT Mobile, Inc. (11) | Venable (15) | Yung-Hoon Sam Ha (18) |
| TCL Communication Technology Holdings Limited (11) | Sidley Austin (14) | Kenneth W Darby (18) |
| American Well Corporation (11) | King & Spalding (13) | John R Hutchins (18) |

# You know your practice best.

We want to make it easier for you to do your job. Let us know what kind of information you need in your practice to make better, more informed decisions. Just send us an email. We love to hear from our subscribers.

SEND US AN EMAIL

# Top Parties by PTAB Institution Success Rate

These charts show the institution success rates for Petitioners and Patent Owners who have seen more than 70 petitions in any type of PTAB Proceeding since 2012. GlobalFoundries and Dell have the highest proportion of granted institutions of any such petitioner. Among Patent Owners, Rovi Guides patents were most difficult to successfully challenge.



**PATENT OWNERS**

| Party | Value |
|---|---|
| Zond, LLC | 99% of 108 Cases |
| Intellectual Ventures I LLC | 75% of 73 Cases |
| Uniloc 2017 LLC | 70% of 149 Cases |
| Intellectual Ventures II LLC | 70% of 110 Cases |
| Uniloc Luxembourg SA | 64% of 102 Cases |
| Uniloc USA, Inc. | 61% of 100 Cases |
| Wi-LAN Inc. | 59% of 85 Cases |
| Rovi Corporation | 47% of 97 Cases |
| Rovi Guides, Inc. | 42% of 113 Cases |

Number of Cases
73 — 149



**PETITIONERS**

| Party | Value |
|---|---|
| GlobalFoundries US Inc. | 93% of 80 Cases |
| Dell Inc. | 89% of 98 Cases |
| Toshiba Corporation | 87% of 84 Cases |
| Toshiba America Information Systems.. | 85% of 74 Cases |
| Samsung Semiconductor, Inc. | 84% of 75 Cases |
| Micron Technology, Inc. | 83% of 72 Cases |
| Mylan Pharmaceuticals Inc. | 81% of 92 Cases |
| HTC America, Inc. | 77% of 101 Cases |
| HTC Corporation | 77% of 105 Cases |
| LG Electronics MobileComm USA, Inc.. | 76% of 115 Cases |
| LG Electronics USA, Inc. | 74% of 164 Cases |
| Samsung Austin Semiconductor, LLC | 73% of 71 Cases |
| LG Electronics, Inc. | 73% of 194 Cases |
| Samsung Electronics America, Inc. | 71% of 428 Cases |
| Samsung Electronics Co., Ltd. | 71% of 472 Cases |
| Intel Corporation | 71% of 198 Cases |
| Medtronic, Inc. | 68% of 72 Cases |
| Microsoft Corporation | 67% of 209 Cases |
| Amazon.com, Inc. | 66% of 84 Cases |
| Apple Inc. | 66% of 626 Cases |
| Cisco Systems, Inc. | 64% of 132 Cases |
| Unified Patents, LLC | 63% of 190 Cases |
| Google LLC | 63% of 330 Cases |

Number of Cases
70 — 626

34

# Top Firms by PTAB Institution Success Rate

These charts show the institution success rates for firms representing Petitioners and Patent Owners. Only those with more than 70 petitions in any type of PTAB Proceeding since 2012 are shown, and only the most successful firms in either category are listed. In other words, all firms shown significantly outperformed their peers.



**PATENT OWNERS**

| Firm | |
|---|---|
| Chao Hadidi Stark & Barker | 99% of 108 Cases |
| Gonsalves Law Firm | 87% of 211 Cases |
| Jenner & Block | 86% of 193 Cases |
| Carpenter Lipps & Leland | 84% of 75 Cases |
| Goodwin Procter | 81% of 111 Cases |
| Ascenda Law Group | 80% of 184 Cases |
| Devlin Law Firm | 78% of 124 Cases |
| Oblon McClelland Maier & Neustadt | 78% of 245 Cases |
| Russ August & Kabat | 77% of 146 Cases |
| Edmonds & Schlather | 76% of 85 Cases |
| Polsinelli | 75% of 120 Cases |
| Carlson Caspers Vandenburgh & Lind.. | 75% of 167 Cases |
| Morrison & Foerster | 75% of 79 Cases |
| Steptoe & Johnson | 74% of 79 Cases |
| McAndrews Held & Malloy | 74% of 160 Cases |
| Nelson Bumgardner Conroy | 73% of 116 Cases |
| DiNovo Price | 73% of 114 Cases |
| Bragalone Olejko Saad | 73% of 77 Cases |
| Intellectual Ventures | 72% of 179 Cases |
| Williams & Connolly | 72% of 81 Cases |
| Mintz Levin Cohn Ferris Glovsky & Po.. | 72% of 129 Cases |
| Troutman Pepper Hamilton Sanders | 70% of 158 Cases |
| Davidson Berquist Jackson & Gowdey | 70% of 165 Cases |

Number of Cases

72 — 556



**PETITIONERS**

| Firm | |
|---|---|
| White & Case | 81% of 141 Cases |
| Carpenter Lipps & Leland | 81% of 135 Cases |
| Steptoe & Johnson | 81% of 77 Cases |
| Kenyon & Kenyon n/k/a Hunton Andre.. | 79% of 91 Cases |
| Wilmer Cutler Pickering Hale and Dorr | 78% of 460 Cases |
| Sheppard Mullin Richter & Hampton | 78% of 97 Cases |
| Winston & Strawn | 77% of 153 Cases |
| Norton Rose Fulbright | 75% of 105 Cases |
| O'Melveny & Myers | 75% of 122 Cases |
| Haynes and Boone | 75% of 310 Cases |
| Duane Morris | 75% of 193 Cases |
| Oblon McClelland Maier & Neustadt | 74% of 172 Cases |
| McDermott Will & Emery | 74% of 212 Cases |
| Ropes & Gray | 73% of 244 Cases |
| Polsinelli | 73% of 75 Cases |
| Weil Gotshal & Manges | 73% of 176 Cases |
| Foley & Lardner | 72% of 171 Cases |
| Erise IP | 72% of 172 Cases |
| Alston & Bird | 71% of 200 Cases |
| Morgan Lewis & Bockius | 71% of 160 Cases |
| Covington & Burling | 71% of 95 Cases |
| Finnegan Henderson Farabow Garrett.. | 70% of 658 Cases |
| Cooley | 70% of 273 Cases |

Number of Cases

71 — 694

# Local Counsel in U.S. District Courts

Local counsel are commonplace in complex patent litigation, providing insight to litigants in the form of local customs, legal culture, and the practices and preferences of the judges in a given jurisdiction.

Docket Navigator defines Local Counsel as a firm that appeared in at least 100 cases in a single state and has a 5-1 ratio of cases in that state versus all other forums.

**VIEW THE COMPLETE LIST**

## TOP LOCAL COUNSEL IN U.S. DISTRICT COURTS BY NUMBER OF CASES

| Firms | Attorneys |
|---|---|
| Chong Law Firm (318) | Jimmy Chong (318) |
| Gawthrop Greenwood (149) | David W deBruin (149) |
| The Mort Law Firm (94) | Raymond M Mort, III (94) |
| Ward Smith & Hill (79) | Stephen M Lobbin (62) |
| SML Avvocati (62) | Andrea L Fair (53) |
| Greer Burns & Crain (50) | Justin R Gaudio (47) |
| The Stafford Davis Firm (45) | Stafford Davis (45) |
| Antonelli Harrington & Thompson (44) | Catherine Bartles (45) |
| Farnan (38) | Zachariah S Harrington (44) |
| O'Kelly Ernst & Joyce (35) | Larry D Thompson, Jr. (44) |
| Porter Hedges (34) | Christopher Ryan Pinckney (43) |
| Parker Bunt & Ainsworth (32) | Matthew J Antonelli (42) |
| Capshaw DeRieux (27) | Claire Abernathy Henry (41) |
| Ashby & Geddes (26) | Amy C Ziegler (39) |
| Gillam & Smith (21) | Brian E Farnan (38) |
| Young Conaway Stargatt & Taylor (17) | Michael J Farnan (37) |
| Steckler Wayne Cochran Cherry (17) | Jake M Christensen (37) |
| Davis Firm (17) | T John Ward, Jr. (36) |
| Bayard (15) | George Pazuniak (36) |
| Walsh Pizzi O'Reilly Falanga (14) | Erick S Robinson (29) |
| Richards Layton & Finger (13) | Thomas J Juettner (27) |
| Shaw Keller (10) | Elizabeth L DeRieux (27) |
| Scheef & Stone (10) | Robert Christopher Bunt (26) |
| Ramey & Flock (9) | Andrew C Mayo (26) |
| Findlay Craft (9) | Charles Ainsworth (25) |
| Potter Anderson & Corroon (7) | Charles Everingham, IV (23) |
| Mann Tindel Thompson (7) | Martin F Trainor (22) |
| The Dacus Firm (6) | J Wesley Hill (22) |
| Siebman Law (6) | Melissa R Smith (21) |
| Heyman Enerio Gattuso & Hirzel (6) | Steven J Balick (20) |
| Smith Katzenstein & Jenkins (5) | William E Davis, III (17) |
| Robinson Miller (5) | Mark D Siegmund (16) |
| Gray Reed & McGraw (5) | Ronald P Golden, III (15) |
| Prickett Jones & Elliott (4) | Rehan M Safiullah (15) |
| Wilson Robertson & Cornelius (3) | Liza M Walsh (14) |
| Weide & Miller (3) | Christian J Hurt (14) |
| Shelton Coburn (3) | Stephen B Brauerman (13) |
| Scott Douglass & McConnico (3) | William T Walsh, Jr. (12) |
| Saiber (3) | S Calvin Capshaw (11) |

36

# Inside the International Trade Commission

In sharp contrast to USDC trends, case outcomes in the ITC generally favor Patentees. The types of patents litigated in the ITC vary from year-to-year. Semiconductor/Memory patents have been the most commonly litigated patent in the ITC since 2018, with that number increasing again in 2021.

## OUTCOMES OF ITC INVESTIGATIONS

This chart shows Outcomes of ITC Patent Cases. Accusations ending in settlement or transfer are excluded. Only investigations that began in October 2016 or later are shown. See our Official Scope to view the current date range that our Outcomes data covers.



Settled (87)
Patent Challenger Won (94)
262 CASES
Patentee Won (37)
Mixed Outcome (44)

## TECHNOLOGY CENTERS OF ITC INVESTIGATIONS

This chart shows the number of new ITC Investigations each year according to the Patent Technology Centers of the patents litigated. Patents with classifications that fit multiple tech center categories count toward all relevant totals in that year.

- ● 1600 Biotechnology & Organic Chemistry
- ● 1700 Chemical & Materials Engineering
- ● 2400 Networking, Multiplexing, Cable
- ● 2800 Semiconductors/Memory, Circuits
- ● 2900 Design
- ● 3600 Transportation, Construction, Ele..
- ● 3700 Mechanical Engineering, Manufacturing
- ● Computers, Communication, & e-commerce
- ● Unclassified/Unknown



# New Federal Circuit Data

We're extremely proud to announce our new Patent Appeals coverage! We've spent the last two years developing an extremely granular approach to representing and classifying CAFC data, painstakingly connecting underlying cases, patents, and rulings to their now-processed appellate counterparts.

For each appeal, our attorney editors flag all of the lower tribunal decisions and associated data being challenged on appeal and then layer in appellate status and outcomes as they occur. This includes: orders, remedies, determinations, and claim constructions.

**LEARN MORE ABOUT PATENT APPEALS**



*January 26, 2022*

## Patent Appeals Report

### Notices of Appeal

**Biodelivery Sciences International, Inc. v. Alvogen PB Research & Development LLC**
22-1394                                                                                        January 25, 2022

DDE    Appealed From: BioDelivery Sciences International, Incorporated et al v. Alvogen PB Research & Development LLC et al
1-18-cv-01395

**CREATE ALERT**    **VIEW CASE PROFILE**

### Significant Decisions

**Apple Inc. v. MPH Technologies Oy**                                                          
21-1387                                                                                        January 25, 2022

PTAB    Appealed From: Apple Inc. v. MPH Technologies Oy
IPR2019-00821

| PATENTS AT ISSUE | 8037302 - Method and system for ensuring secure forwarding of messages |
| | PTAB Determination: **Not unpatentable** |
| | CAFC Ruling: **Affirmed** |

| JUDGE JOHN D. HAMANN DECISIONS BEING APPEALED | **PTAB Final Written Decision – Patentability of Challenged Claims** |
| | Legal Concepts: |
| | Comparing Claims & Prior Art (Obviousness) |
| | CAFC Ruling: **Affirmed** |

| CHALLENGED CONSTRUED TERMS | 8037302 - establishing a first secure connection |
| | PTAB Definition: forming or creating a new secure connection |
| | CAFC Ruling: **Affirmed** |
| | 8037302 - establishing a second secure connection |
| | PTAB Definition: forming or creating a new secure connection |
| | CAFC Ruling: **Affirmed** |
| | 8037302 - secure connection |
| | PTAB Definition: no express construction |
| | CAFC Ruling: **Affirmed** |

**CAFC Non-Precedential Opinion**

Judge(s): **Alan D. Lourie**, Todd M. Hughes, Tiffany P. Cunningham

Legal Concepts:
PTAB Exceeds Scope of Reply/Untimely
PTAB Claim Construction
On appeal, the Federal Circuit affirmed a final written decision finding claims of a patent directed to

# Federal Circuit Outcomes for Patent Owners

This chart ranks judges in U.S. district courts by the reversal rates of their Patentee-favoring determinations (infringement, not invalid, not unenforceable), when appealed. Other types of appeal results, such as settlements, have been excluded, and only judges with at least 5 such appealed determinations are shown.

Mixed appeal results count as vacated/reversed for purposes of this chart.



### RESULTS OF APPEALS OF PATENTEE-FAVORING DETERMINATIONS

| Judge | Rate |
|---|---|
| Philip S. Gutierrez | 100% (of 8 opinions) |
| James D. Peterson | 100% (of 6 opinions) |
| Sue L. Robinson | 95% (of 38 opinions) |
| Yvonne Gonzalez Rogers | 92% (of 74 opinions) |
| Jon Phipps McCalla | 86% (of 7 opinions) |
| Cathy Ann Bencivengo | 78% (of 9 opinions) |
| Joseph F. Bataillon | 73% (of 11 opinions) |
| Alvin K. Hellerstein | 60% (of 10 opinions) |
| Marilyn L. Huff | 56% (of 18 opinions) |
| Richard G. Andrews | 52% (of 126 opinions) |
| Susan Illston | 50% (of 8 opinions) |
| K. Nicole Mitchell | 50% (of 8 opinions) |
| Indira Talwani | 50% (of 10 opinions) |
| Colm F. Connolly | 39% (of 59 opinions) |
| David O. Carter | 39% (of 31 opinions) |
| Alan D. Albright | 33% (of 6 opinions) |
| Vince Chhabria | 32% (of 25 opinions) |
| Jon S. Tigar | 31% (of 13 opinions) |
| William S. Duffey, Jr. | 29% (of 21 opinions) |
| Thomas B. Pender | 29% (of 7 opinions) |
| Manuel L. Real | 29% (of 7 opinions) |
| Gregory M. Sleet | 28% (of 43 opinions) |
| Petrese B. Tucker | 25% (of 8 opinions) |
| Haywood S Gilliam, Jr. | 21% (of 14 opinions) |
| George H. Wu | 15% (of 13 opinions) |
| Lucy H. Koh | 15% (of 53 opinions) |
| Richard A. Jones | 14% (of 7 opinions) |
| Robert W. Schroeder, III | 11% (of 76 opinions) |
| Leonard P. Stark | 9% (of 223 opinions) |
| William H. Alsup | 7% (of 14 opinions) |
| James V. Selna | 6% (of 16 opinions) |
| Andrew J. Guilford | 5% (of 22 opinions) |
| William C. Bryson | 0% (of 21 opinions) |
| Thomas P. Griesa | 0% (of 275 opinions) |

● Affirmed   ● Vacated/Reversed

Vacation/Reversal Rate
0.000 ——————————————— 1.000

RELATED COMMENTARY
FROM LEADING LAW FIRMS

 LEXOLOGY

MINTZ

WILLIAM A. MEUNIER & SEAN M. CASEY

## Good News/Bad News: Patent Owners and Petitioners Both Make Gains in CAFC Uniloc Decision

The Federal Circuit's recent Uniloc 2017 v. Facebook Inc. decision is a mixed bag of good and bad news for both patent owners and inter partes review...

READ MORE

39

# Federal Circuit Motion Success

This chart shows the affirmance and reversal rates of appeals of decisions on the most popular motion types, ranked by the number of such appeal results since 2018. Other types of results, such as settlements, are excluded. "Mixed" results also include instances where separate appeals proceedings had different outcomes on the same event.

Generally speaking, decisions on motions are more likely to be affirmed. Denied Motions to Transfer Venue for Convenience were vacated or reversed at a rate of nearly 40%, a statistic that is influenced by appeals of Judge Albright's orders.





# Outcomes of Appeals in District Court § 101 Challenges

This chart shows the appeal results of decisions on § 101 Challenges at any stage in U.S. district courts, including both Rule 12 motions and Motions for Summary Judgment. "Denied," "Granted," and "Partial" represent the original result of the challenge, while the colored segments of the bar show the appeal results of those events.  Other outcomes, such as settlements, were excluded. Data includes only CAFC decisions made in 2018 or later.

Like most appeals, these were affirmed more often than they were vacated/reversed. Denied § 101 Challenges were more likely to be reversed on appeal than granted challenges.



# Our Methodology

Docket Navigator collects data from government sources, including PACER, USPTO databases, ITC EDIS, PTAB E2E, and the FDA. Our US-based editors clean, normalize, and correct the data by hand. The refined data is reviewed by U.S. attorneys who code, classify, and summarize the data, again by hand. We rely on automated processes only where they have been proven to consistently yield highly accurate results. Even then, the data is reviewed for accuracy. While we do not claim to be free from human error, our software engineers have developed a series of checks and safety nets to identify gaps or inconsistencies in our data. Additionally, most of the data used to create this report was first published in the Docket Report and vetted by nearly 16,000 patent professionals who subscribe to Docket Navigator. The underlying data is available to Docket Navigator subscribers for independent review and analysis via our publicly available database.

For a complete description, visit our Scope of Data page.

## ACQUIRE FROM GOVERNMENT SOURCES

Public sources usually contain limited search capability.

No "export" feature means most data must be scraped from web pages.

Public sources often update their systems, requiring updates to the processes used to extract the public data.

## STRUCTURE

Once acquired, the data is stored in a database that models the complexities of modern litigation.

For example, a transferred or consolidated case may span more than one PACER docket sheet. If the database architecture does not accurately model these case relationships, events may be associated with the wrong case and cases may be miscounted.

## CLEAN & CORRECT

Add missing data:
Some courts do not list all counsel in the docket sheets. For example, out-of-state attorneys appearing pro hac vice sometimes must be added to the case data manually.

Correct erroneous data:
Documents are sometimes filed in the wrong case.

Normalize spelling:
Companies, lawyers and law firms may appear in the public record under different names, for example "John Doe" and "John D. Doe, Jr."

## DERIVE ADDITIONAL DATA

Most of the interesting data is hidden in documents and must be extracted. For example:

- Type of Motion
- Motion Outcome (grant, deny, etc.)
- Claim Constructions
- Patent Determinations (infringed, invalid, etc.)
- Remedies (money damages, injunctions, etc.)
- PTAB Institutions
- Patent Accusations and Outcomes

## DELIVER

Use only structured, cleaned, corrected, and accurately derived data to power:

- Current Awareness
- Business Development
- Litigation Tracking
- Early Case Analysis
- Case Strategy



# About Docket Navigator

Since 2008, Docket Navigator has been a must-have patent litigation intelligence platform for nearly 16,000 judges, lawyers and legal professionals. Recently expanded to cover trademark, copyright, and antitrust litigation, Docket Navigator is the only service that reports every significant event, in every case, every day.

Our U.S. based legal editors curate litigation data by hand, recording up to 29 different types of data for each court document and up to 19 different types of data for each case. The result is the most detailed, most accurate, and most comprehensive litigation database available. The Docket Report and custom Docket Alerts keep you up to date every day, while our research database, Special Reports, and enhanced analytics help you make more informed, data-driven decisions.

Download or use of this report is subject to our TERMS OF USE. This report was created exclusively for Docket Navigator Plus subscribers. Docket Navigator Plus subscribers are authorized to download and view this report and to utilize the data or charts in their work product and publications provided they clearly attribute the source by including the following citation: "Source: Docket Navigator". You are prohibited from storing, publishing, selling, licensing or otherwise making available the information as part of any database or service.

Every effort is made to ensure that all information published is correct. However, we disclaim any liability for errors or omissions. All of the information contained in this report is provided "as is", "with all faults" and "as available." We make no express or implied warranties or guarantees about this report or any of its content.

TO THE EXTENT PERMITTED BY LAW, WE DISCLAIM IMPLIED WARRANTIES THAT THE REPORT AND ITS CONTENT ARE MERCHANTABLE, OF SATISFACTORY QUALITY, ACCURATE, FIT FOR A PARTICULAR PURPOSE OR NEED, TIMELY, RELIABLE, OR NONINFRINGING.

No legal advice is intended or offered by Docket Navigator in making any of the content available, and Docket Navigator disclaims any and all liability related to any decision taken by a party in reliance upon the content. See our Terms of Use available at (http://brochure.docketnavigator.com/terms-of-use/) for a full description of the conditions on which this information is provided.