# EXHIBIT 13

FISH.



# David B. Conrad

Pr nc pa
Da as
o: 214-747-5070
conrad@fr.com

## Overview

Dav d Conrad s an exper enced t gator who represents c ents as ead counse n commerc a and nte ectua property d sputes n state courts n Texas and across the country. He represents compan es and nd v dua s accused of wrongdo ng as we as those seek ng to enforce the r r ghts.

Dav d has appeared on beha f of c ents n over 300 U.S. D str ct Court and state court cases. He has successfu y argued appea s n numerous forums, nc ud ng severa t mes before the Federa C rcu t, the Patent Tr a and Appea Board, and Texas state courts of appea s.

n 2018, *Managing Intellectual Property* ranked h m n the top st of attorneys represent ng defendants n patent cases n U.S. D str ct Courts. DocketNav gator has ranked h m among the top accused patent nfr ngers awyers severa years n a row.

Dav d's c ents benef t from h s n-depth know edge of computers, software, and eng neer ng. He has exper ence hand ng d sputes nvo v ng a w de range of techno og es, nc ud ng te ecommun cat ons, art f c a nte gence, e-commerce and web s te systems, computer network arch tecture, computer software, encrypt on, and sem conductors.

Pr or to aw schoo , Dav d worked at Nat ona nstruments n Aust n, Texas as a software eng neer, where he deve oped system- eve software and des gned embedded computer systems for ndustr a app cat ons. n h s f rst year at Nat ona nstruments, the company's R&D department recogn zed Dav d as the rook e of the year. Dur ng h s eng neer ng stud es at the Un vers ty of Texas, he worked for the App ed Research Laborator es, where he deve oped contro er software and des gned embedded computers for h gh-reso ut on underwater sonar systems for the U.S. Navy. He s f uent n numerous computer software anguages nc ud ng Rust, Go, Python, JavaScr pt, C, C++, SQL, Ruby, and Java.

Dav d a so tr ed cr m na cases n the Da as County d str ct attorney's off ce as part of ts Lawyer on Loan program, where he p cked the jury or f rst-cha red more than 10 jury tr a s and tr ed each of those cases to verd ct.

He s a so act ve n the commun ty, hand ng pro bono t gat on n partnersh p w th ACLU of Lou s ana, K ds n Need of Defense, and E ectron c Front er Foundat on, and work ng on pro bono matters for Texas App eseed, the Texas Defenders Serv ce, and mm grat on Equa ty.

## Experience

*Inventor Holdings, LLC v. Bed Bath & Beyond Inc.* (D. De . and Federa C rcu t): Lead counse for Bed Bath & Beyond n patent nfr ngement awsu t nvo v ng the oca process ng of payments for orders p aced remote y. Argued on appea at Federa C rcu t

and obtained affirmance of summary judgment of invalidity of the asserted patents under 35 U.S.C. § 101. <u>Obtained $1m on award</u> for the plaintiff to pay Bed Bath & Beyond's attorneys' fees after a finding that the case was exceptional under § 285, which the Federal Circuit also affirmed.

*Escort Inc v. Uniden America Corporation (N.D. Tex.)*. Lead counsel representing Uniden in patent infringement lawsuit and *inter partes* review (IPR) proceedings concerning GPS and police radar activity detector technology. Argued at Patent Trial and Appeal Board (PTAB). Obtained favorable settlement for client.

*HDNet MMC 2008 v. Zuffa, LLC (Dallas County and N.D. Tex.)* Represented Mark Cuban's mixed-martial arts promoter over contract dispute involving fighter Randy Couture and Zuffa d/b/a Ultimate Fighting Championship.

*Huawei Technologies Co. Ltd v. T-Mobile US, Inc. and T-Mobile USA, Inc.* (E.D. Tex.): Represented Huawei in a series of four related patent infringement actions concerning T-Mobile's infringement of 14 standard-essential patents (or SEPs) related to 3GPP/LTE standards for core network equipment, as well as a declaratory judgment case regarding FRAND licensing obligations.

*Parallel Networks, LLC v. Abercrombie, Inc.* (E.D. Tex.); *Parallel Networks, LLC v. AEO, Inc.* (E.D. Tex.); *Parallel Networks, LLC v. Bentley Motors Inc.* (E.D. Tex.); *Parallel Networks, LLC v. Adidas America, Inc.* (E.D. Tex.); *Parallel Networks, LLC v. Backstage Web Inc.* (E.D. Tex. and D. Del.): In the first ever jury Markman/Summary Judgment procedure ever implemented in the Eastern District of Texas, obtained summary judgment of non-infringement for Netflix, Fareway Travel, Flightbookers, TripAdvisor, Brawn, US Airways, Delta Air Lines, Oriental Trading, Cabela's, Barnes & Noble, Onestop Internet, conx, Sunglass Hut, Goodyear, Citizen Watch, Dillard's, Subaru, ASICS, and Jones Retail in patent infringement suit involving the dynamic generation of an applet. Obtained Federal Circuit affirmance of the dismissal. As lead counsel representing Kayak, Orbitz, Shoebuy.com, and Wolverine Worldwide, obtained another summary judgment of non-infringement. Argued on appeal at the Federal Circuit, resulting in affirmance.

*Richard Garriott v. NCsoft Corp.* (W.D. Tex.): Represented legendary computer game developer Richard Garriott in lawsuit against Korean computer game manufacturer over breach of stock option agreement. Obtained $28m on jury verdict.

*Sonus Networks, Inc. v. Metaswitch Networks Ltd* (E.D. Tex. and USPTO Patent Trial and Appeal Board): Represented Metaswitch Networks in competitor litigation brought by Sonus Networks, Inc. d/b/a Ribbon Communications, Inc. alleging infringement of telecommunications patents related to softswitches and session border controllers (SBCs). In addition to two district court actions involving a total of 20 asserted patents, filed 9 petitions for *inter partes* review (IPR) with the Patent Trial and Appeal Board (PTAB).

*Sound View Innovations, LLC v. Cigna Corporation et al* (D. Del.): Lead counsel representing Cigna Corporation and Cigna Health and Life Insurance Company in patent infringement action involving five patents directed at website technology and real-time data processing of big data.

*Vines-Herrin Custom Homes, LLC et al v Great American Insurance Co. et al.* (Dallas County): Lead counsel representing homeowner in trial action against CGL insurance carrier in in Dallas County courts. After obtaining $5m on judgment in damages, argued appeal at the Dallas Fifth Court of Appeals and obtained affirmance. Obtained affirmance at Texas Supreme Court.

*Jonathan Cooke, et al v. Robert Karlseng, et al.* (Dallas County): Lead counsel representing individual in appeal regarding partnership dispute over theft of business operations. Argued at the Dallas Fifth Court of Appeals.

*Blue Calypso, Inc. v. Groupon, Inc.* (E.D. Tex.; S.D.N.Y.; 5th Cir.; and Fed. Cir.): Represented social advertising software company Blue Calypso in patent enforcement actions against Groupon, Yelp, Foursquare, and ZEA. Handled response to mandamus petition at Fifth Circuit Court of Appeals. Argued appeal at Federal Circuit. Secured settlements on behalf of Blue Calypso.

*Cellspin Soft, Inc. v. Fossil Group, Inc. et al* (N.D. Cal. and Federal Circuit)): Representing Fossil Group in patent infringement action involving Bluetooth-connected smartwatches.

*CXT Systems, Inc. v. Academy, Ltd., d/b/a Academy Sports + Outdoors* (E.D. Tex.); *CXT Systems, Inc. v. Fossil Group, Inc.* (E.D. Tex.): Representing Fossil and Academy Sports in patent infringement action involving e-commerce shopping cart technology.

*DDR Holdings, LLC. v. Travelocity.com LP and Site59.com, LLC* (E.D. Tex.); *DDR Holdings, LLC v. Internetwork Publishing Corporation d/b/a Lodging.com and Neat Group Corporation* (E.D. Tex.); *DDR Holdings, LLC v. Expedia, Inc. and Hotels.com, LP* (E.D. Tex.): Represented Travelocity/Site 59, Lodging.com/Neat Group/Orbitz, and Expedia/Hotels.com in patent infringement suits involving co-branding and private labeling of a website. After reexamination of patents-in-suit, obtained settlements for clients.

*Ddrops Company et al v. iHerb, Inc. et al* (D. Minn.): Represented Herb in trademark infringement and patent infringement action against Herb in connection with Vitamin D supplements. After filing opposition to Ddrop's motion for preliminary injunction, obtained extremely favorable settlement for client.

*Dynamic Applet Technologies, LLC v. Urban Outfitters, Inc.* (E.D. Tex.); *Dynamic Applet Technologies, LLC v. Mattress Firm, Inc.* (E.D. Tex.); *Dynamic Applet Technologies, LLC v. Hollister Co.* (E.D. Tex.); *Dynamic Applet Technologies, LLC v. PetSmart, Inc.* (E.D. Tex.): Lead counsel representing Urban Outfitters, Mattress Firm, Hollister, and PetSmart in patent infringement action related to front-end website technology. Obtained favorable settlements for clients.

*eDekka LLC v. 3balls.com, Inc.* (E.D. Tex.): Represented ALDO U.S., Action Envelope & Printing Co., Ascs America Corporation, and Cymax Stores USA in connection with patent infringement cases involving e-commerce shopping cart technology.

*Electro Scientific Industries Inc v. Fossil Group Inc.* (N.D. Tex.): Lead counsel representing Fossil Group in patent infringement action involving laser drilling of microscopic holes. Obtained favorable settlement for Fossil.

*Freeny et al v. Fossil Group, Inc.* (E.D. Tex. and USPTO Patent Trial and Appeal Board): Lead counsel for Fossil Group in patent infringement action involving Bluetooth and Wi-Fi technology in smartwatches. Obtained favorable settlement for Fossil before trial.

*ICON Internet Competence Network v. Travelocity.com LP* (N.D. Tex. and Federal Circuit): Lead counsel for Travelocity in patent infringement action involving website systems for generating a virtual reality scene, where the plaintiff sought damages of over $25 million. After obtaining Federal Circuit affirmance of summary judgment of non-infringement and an award of costs, forced plaintiff to resolve the case by assigning its patents to Travelocity.

*Legacy Investments, Inc., et al. v. Bruce Thompson, et al. and Miro Vranac v. Mary Huddleston, et al.* (Dallas County): Represented oil and gas investment firm in litigation against former executives for breach of contract, breach of fiduciary duty, and usurpation of corporate opportunity

*Phoenix Licensing, L.L.C. v. Barclays PLC, Barclays Bank PLC, and Barclays Bank Delaware* (E.D. Tex.); *Phoenix Licensing, L.L.C. v. Comerica Inc., M&I Marshall & Ilsley Bank, M&I FSB, Transamerica Affinity Services, Inc., AEGON USA, Inc., AEGON Direct Marketing Services, Inc., Stonebridge Life Insurance Company, and Monumental Life Insurance Company* (E.D. Tex.); *Phoenix Licensing, L.L.C. v. Colonial Penn Life Insurance Company, CNO Financial Group, Inc., CUNA Mutual Insurance Agency, Inc., CUNA Mutual Insurance Society, CUNA Mutual Life Insurance Co., and Members Life Insurance Co.* (E.D. Tex.); *Phoenix Licensing, L.L.C. v. Sovereign Bank* (E.D. Tex.); and *Phoenix Licensing, L.L.C. v. Nationwide Mutual Insurance Company, Nationwide Bank, Nationwide Investment Services Corporation, Nationwide Property & Casualty Company, Nationwide Lloyds Company, and Allied Property and Casualty Insurance Company* (E.D. Tex.): Represented Comerica, CUNA, Sovereign, Colonial, Nationwide, Barclays, Transamerica, AEGON, Stonebridge, Monumental, and M&I, in patent infringement suits involving e-commerce technology. Obtaining grant of motion to dismiss for lack of patent eligibility under Section 101 invalidating a patents-in-suit.

*Sensormatic LLC v Genetec, Inc.* (D. Del.): Lead counsel representing Genetec in patent infringement action involving video analytics and elevator access control systems.

*Teleconference Systems LLC v. Metaswitch Networks Corp.* (E.D. Tex.): Lead counsel representing Metaswitch Networks in patent infringement action brought by Teleconference Systems relating to session border controller (SBC) telecommunications products. Obtained favorable settlement for Metaswitch.

*TIBCO Software Inc. v. Connecticut General Life Insurance Company (CIGNA)* (N.D. Cal.): Lead counsel representing Cigna Health and Life Insurance Company in contract and copyright dispute concerning allegations of software license over-deployment.

*AlexSam v. Cigna Corporation et al* (E.D. Tex.): Representing Cigna in patent infringement action involving multi-function debit card payment system.

*Aqua Connect, Inc. et al v. Splashtop, Inc.* (D. De.): Lead counsel representing Splashtop in patent infringement action relating to remote access and remote desktop software. Obtained favorable settlement for Splashtop.

*BSG Tech LLC v. BuySeasons, Inc.* (E.D. Tex.): Represented BuySeasons in patent infringement action directed to database technology involving considering historical usage information when inputting data. Obtained grant of Rule 12(b)(6) dismissal under § 101 based on ineligibility of patents directed to considering historical usage information when inputting data, affirmed on appeal by Federal Circuit.

*E2E Processing, Inc. v. Cabela's Incorporated* (E.D. Tex.): Lead counsel representing Cabela's in patent infringement action involving exchange to exchange (E2E) technology on websites. Obtained dismissal from plaintiff after filing a Rule 11 motion arguing the lawsuit was frivolous.

*Epic IP LLC v. Backblaze, Inc.* (D. De.): Represented Backblaze in patent infringement action directed to online chat technology. Obtained grant of Rule 12(b)(6) dismissal under § 101 based on patent ineligibility

*Finnavations LLC v. Payoneer, Inc.* (D. De.): Represented Payoneer in patent infringement action related to financial management systems. Obtained grant of Rule 12(b)(6) dismissal under § 101 based on ineligibility, along with an award of a of client's attorney fees.

*Hitel LLC v Giorgio Armani* (W.D. Tex.): Represented Giorgio Armani in patent infringement litigation involving e-commerce search technology. Obtained dismissal for client.

*Human Differential Intelligence v. Cigna Health & Life Insurance Company* (W.D. Tex.); *Human Differential Intelligence v. Bed, Bath & Beyond, Inc.* (W.D. Tex.): Representing Cigna and Bed, Bath & Beyond in patent infringement action involving CAPTCHA services

*Icon Laser Solutions, LLC v. Abercrombie & Fitch, Co.* (D. De.): Represented Abercrombie & Fitch, Aeropostale, American Eagle Outfitters, Ralph Lauren, and Nine West Holdings in patent infringement action involving methods for using lasers to color and fade textiles. Obtained Rule 12(b)(6) dismissal for failure to state a claim.

*IPLearn-Focus v. Microsoft Corporation* (USPTO Patent Trial and Appeal Board): Represented Microsoft in three *inter partes* review (IPR) proceedings involving patents asserted against Xbox 360 Kinect

*Magnolia and Vine Inc. v. Tapestry, Inc.* (D. Minn.): Represented Coach, Kate Spade, and Tapestry in patent and trademark infringement action involving design and utility patents related to designer handbags.

*Mantis Communications, LLC v. Papa Murphy's Holdings, Inc* (E.D. Tex. and Federal Circuit); *Mantis Communications, LLC v. Baskin-Robbins Franchising, LLC* (E.D. Tex.); *Mantis Communications, LLC v. Regal Cinemas, Inc* (E.D. Tex.); *Mantis Communications, LLC v. Culver Franchising System* (E.D. Tex. and Fed. Cr.): Lead counsel representing Papa Murphys, Baskin-Robbins, Regal Cinemas, and Culver in patent infringement action related to advertising technology for delivering content to mobile devices. After obtaining a Rule 12(b)(6) dismissal under § 101 based on patent ineligibility, argued the appeal at the Federal Circuit resulting in affirmance.

*nThrive, Inc. v Peak Technologies LLC.*: Lead counsel representing nThrive in trademark opposition and infringement action against Peak Technologies, LLC

*Semantic Search Technologies LLC v. O'Reilly Automotive, Inc.* (E.D. Tex.); *Semantic Search Technologies LLC v. Fry's Electronics, Incorporated* (E.D. Tex.): Representing Fry's Electronics and O'Reilly Automotive in patent infringement action brought by Semantic Search Technologies relating to e-commerce website technology. Obtained a Rule 12(b)(6) dismissal under § 101 based on patent ineligibility.

*TQP Development, LLC v. Barclays Bank PLC and Amazon.com, Inc.* (E.D. Tex.); *TQP Development, LLC v. Ticketmaster Entertainment, Inc.* (E.D. Tex.); *TQP Development, LLC v. Delta Air Lines, Inc., BigMachines, Inc., Transamerica Life Insurance*

*Company, and Bank of New York Mellon Corporation* (E.D. Tex.); *TQP Development, LLC v. Allianz Life Insurance Company of North America, CNA Financial Corporation, Dodge &Cox, OppenheimerFunds, Inc., Nationwide Investment Services Corporation, and Nationwide Mutual Insurance Company* (E.D. Tex.); *TQP Development, LLC v. CHS, Inc., New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and Massachusetts Mutual Life Insurance Company* (E.D. Tex.); *TQP Development, LLC v. Orbitz, LLC, Hotwire, Inc., and Expedia, Inc.* (E.D. Tex.); *TQP Development, LLC v. Deere & Company* (E.D. Tex.); *TQP Development, LLC v. PepsiCo, Inc.* (E.D. Tex.); *TQP Development, LLC v. Oriental Trading Company, Inc.* (E.D. Tex.); *TQP Development, LLC v. Google Inc* (E.D. Tex.); *TQP Development, LLC v. Hertz Corporation* (E.D. Tex.); *TQP Development, LLC v. Carestream Health, Inc.* (E.D. Tex.); *TQP Development, LLC v. Bed Bath & Beyond* (E.D. Tex.); *TQP Development, LLC v. Brooks Brothers Group, Inc.* (E.D. Tex.); *TQP Development, LLC v. Frontier Airlines, Inc.* (E.D. Tex.); and *TQP Development, LLC v. Allied Electronics, Inc.* (E.D. Tex.): Represented numerous defendants in patent infringement suit involving encrypted web communications. Obtained summary judgment of non-infringement for Hertz in suit involving SSL technology. Also obtained dismissal of Ticketmaster, CHS, MassMutual, Oriental Trading, Bed Bath & Beyond, Brooks Brothers, Frontier Airlines, and Allied Electronics and favorable settlements for Barclays, Amazon, Delta, BigMachines, Transamerica, Bank of New York Mellon, Oppenheimer, Nationwide, New York Life, Allianz, CNA Financial, Orbitz, Hotwire, Deere, PepsiCo, Expedia, and Google.

*Ultravision Technologies, LLC v. Irvin International* (E.D. Tex.): Lead counsel representing Irvin International in patent infringement action related to LED billboard display technology, resulting in settlement.

*Billingnetwork Patent, Inc. v. Modernizing Medicine, Inc.* (N.D. and D. Del.); *BillingNetwork Patent, Inc. v. VisionWeb Holdings* (N.D.): Lead counsel representing Modernizing MedIcine and VisionWeb in patent infringement actions involving integrated Internet facilitated billing, data processing and communication system. Obtained a dismissal for improper venue in Illinois and transfer to Delaware on behalf of Modernizing Medicine. Obtained stipulated dismissal on behalf of all clients.

*CeeColor Industries LLC v. Citizen Watch Company of America, Inc.* (D. Del.): Represented Citizen Watch in patent infringement action involving an electronic device security system with proximity sensing. Secured voluntary dismissal by plaintiff.

*Colt International Clothing, Inc v. Quasar Science LLC et al* (C.D. Cal.): Lead counsel representing Cineease in patent infringement action related to flexible light harness and wiring.

*Dexas International Ltd v. Lifetime Brands, Inc.* (E.D. Tex.): Obtained favorable settlement for Dollar Tree in patent infringement suit concerning a cutting board scoop.

*Execware LLC v. Blue Nile Inc.* (D. Del.): Represented Blue Nile in patent infringement action involving parametric search technology. Obtained stipulated settlement for client.

*Global Sessions LP v. Orbitz Worldwide, Inc., Orbitz Worldwide, LLC, Orbitz, Inc., Orbitz, LLC, and Trip Network, Inc. (d/b/a CheapTickets)* (E.D. Tex.) and *Global Sessions LP v. Priceline.com, Inc.* (E.D. Tex.): Represented Orbitz and Priceline in patent infringement lawsuits relating to session state web server technology. Obtained favorable settlements for clients.

*H-W Technology L.C. v. Orbitz Worldwide, Inc.* (N.D. Tex.): Obtained favorable settlement for Orbitz in patent infringement action relating to the use of a smartphone to access a mobile website to order goods and services.

*LBS Innovations LLC v. Hotels.com, LP* (E.D. Tex.): Represented Hotels.com in patent infringement suit relating to website geographic search locator feature. Obtained stipulated dismissal on behalf of client.

*Lit v. Zazzle Inc.* (N.D.): Represented Zazzle in patent infringement actions involving technology for carousel displays on websites. After obtaining an order granting Rule 12(b)(6) motion for improper venue, secured stipulated dismissal on behalf of client.

*MB&A Robotways v. Minuteman International, Inc.* (N.D.): Represented Minuteman in patent infringement action involving autonomous floor scrubbers. Secured an early voluntary dismissal by plaintiff.

*Mod Stack LLC v AcuLab, Inc.* (D. Del.); *Mod Stack LLC v. Raisecom Inc.* (D. Del.); *Mod Stack LLC v. Metaswitch Networks Corp.* (E.D. Tex.); *Mod Stack LLC v. Sangoma US Inc.* (E.D. Tex.); *Mod Stack LLC v. Masergy, Inc.* (E.D. Tex.): Represented AcuLab, Raisecom, Metaswitch, Sangoma, and Masergy in patent infringement action directed at VoIP gateways.

*Nu You Technologies, LLC v. Beauty Town Int'l, Inc.* (N.D. Tex.): Lead counsel representing Beauty Town in patent infringement action involving hair care products. Obtained stipulated settlement for client.

*Opal Run LLC v. C&A Marketing, Inc.* (E.D. Tex.): After forcing plaintiff to dismiss its case with prejudice without a settlement or payment, obtained award of attorneys fees under 35 U.S.C. 285 on behalf of Overnghtprints.

*Orientview Technologies LLC v. Spy Inc.* (D. Del.) and *Orientview Technologies LLC v. Seven For All Mankind, LLC* (S.D.N.Y.): Represented Spy and Seven For a Mankind in patent infringement actions involving viewer specific presentation of information. Obtained favorable settlements for clients.

---

## Recognitions & awards

Best Lawyers in America

*Best Lawyers* 2022-2023

Super Lawyers

*Super Lawyers* 2019-2020

On the Rise

*Texas Lawyer* 2017

Rising Star

*Super Lawyers* 2015-2017

---

## Insights

Blog | August 24, 2022
Judge Connolys New Standing Order Requiring Disclosure Behind Patent Assertion Entities Showing it Has Teeth

Blog | July 13, 2020
"Scraping" of a Public y-Access b e Website Database May Be Misappropriation of Trade Secrets

Webinar | April 1, 2020
Remote Advocacy in the Age of Social Distancing

Article | March 31, 2020
Fish Attorneys Author *Law360* Article, "Client Advocacy Tips For Remote Hearings During COVID-19"

Blog | May 22, 2018
Federal Circuit Holds That Plaintiff Bears the Burden of Proving Venue in Patent Cases

Blog | May 2, 2018
What do human traffickers, money launderers, and patent non-practicing entities have in common?

Blog | February 22, 2018
Federal Circuit Takes Up Venue Burden Issue

Blog | December 18, 2017
Unanswered Questions After *TC Heartland*

Blog | October 13, 2016
Federal Circuit Affirms the Dismissal of a Complaint That Insufficiently Pleaded Joint Infringement

Blog | August 16, 2016
Federal Circuit Once Again Finds That a Functional Claim Term is Indefinite Even Without the Use of "Means."

Blog | January 29, 2016
The Federal Circuit trend to strengthen the standard for definiteness

---

# News

August 22, 2022

96 Fish Attorneys included in the 2023 Edition of *The Best Lawyers in America*

August 19, 2021

Fish Attorneys Recognized in 2022 Edition of *The Best Lawyers in America*

January 31, 2019

Fish & Richardson Named #1 Patent Litigation Firm for Defendants in the U.S. for 2018 by *Managing Intellectual Property*

December 12, 2017

Fish & Richardson Wins Federal Circuit Affirmation of $1M on in Attorneys' Fees for Bed Bath & Beyond in Patent Dispute

August 2, 2017

Fish & Richardson Principal David Conrad Named 2017 "Lawyer on the Rise" by *Texas Lawyer*

May 19, 2016

Five Fish & Richardson Attorneys Highlighted on 2016 Texas Super Lawyers List

---

# Events

May 25, 2022

Texas General Counsel Forum  Negotation Ethics CLE Presentation

September 8, 2020

IPO IP Chat Channel - CompuLife: Datascraping and Trade Secret Law

January 19, 2017

IP Chat Channel: Evidence of Prior Art at the PTAB: Rigorous Proof, Or Else

---

# Additional Insights

## Publications

- "Federal Circuit Rules No "Prevailing Party" for Attorneys' Fees under § 285 after Plaintiff's Voluntary Dismissal – Even Where Defendant Invalidates Patent-in-Suit," *Fish Litigation Blog* (Apr 2020)

- "Mining the Patent Thicket: The Supreme Court's Rejection of the Automatic Injunction Rule in eBay v. MercExchange," *Litig. 26, 119* (2007)

## Speaking engagements

- "Website Scraping and CompuLife v. Newman," Webinar, *Intellectual Property Owners (IPO) Association* (September 2020)

- "Trade Secrets: Protection and Defense in the New Remote Environment," *Texas General Counsel Forum* (June 2020)

- "Evidence of Prior Art at the PTAB: Rigorous Proof, or Else," *Intellectual Property Owners Association Webinar* (January 2017)

## Media mentions

- "Remote Litigation Divide May Shape Court Selection: Counsel," *Managing IP* (August 24, 2022)

- "Hackers Bombarded Zoom Conference With AG on Line: 5 Tips for Lawyers," *Law.com* (Apr 3, 2020)

- "Client Advocacy Tips For Remote Hearings During COVID-19," *Law360* (March 30, 2020)

---

# Services

Litigation

Patent Litigation

Trademark, Copyright & Media Litigation

Trade Secret Litigation
Appellate
*Inter Partes* Review

## Industries

Electrical & Computer Technology
Software & Internet
Hardware
Semiconductors
Artificial Intelligence
Telecommunications

## Admissions

U.S. Patent and Trademark Office (2007)
Texas (2007)
U.S. Court of Appeals for the Federal Circuit
U.S. Court of Appeals for the Fifth Circuit
U.S. District Court for the Eastern District of Texas
U.S. District Court for the Northern District of Texas
U.S. District Court for the Western District of Texas
U.S. District Court for the Northern District of Illinois

## Education

J.D. with honors, University of Texas at Austin School of Law (2007) Associate Editor, The Review of Litigation
B.S., Electrical Engineering, University of Texas at Austin (2001)

---

Copyright © 2023 Fish & Richardson P.C.



## Neil J. McNabnay

Pr nc pa
Da as
o: 214-292-4051
mcnabnay@fr.com

## Overview

Ne  McNabnay's pract ce emphas zes patent  t gat on for c ents n d verse ndustr es, nc ud ng software, hardware, transportat on, f nanc a serv ces, sem conductors, te ecommun cat ons and aerospace/defense.

Ne  has substant a exper ence serv ng as defense counse to mu t p e c ents n arge sca e patent  t gat on. Prev ous y, Ne  was a c erk to the Honorab e A. Joe F sh, U.S. D str ct Court for the Northern D str ct of Texas (1997-1998).

## Experience

*Texas Instruments Incorporated v. Hyundai Electronics Industries Co., Ltd.* – Represented T  n three cases n the E.D. Tex. and n ne others f ed around the wor d 1998. Obta ned a sett ement, va ued at over $1.2 b  on, n favor of T  after tak ng the f rst of over 30 sem conductor patents to tr a  n the E.D. Tex. and w nn ng.

*F&G Scrolling Mouse, LLC. v. IBM Corporation* (M.D.N.C. 1999) – Obta ned an extreme y favorab e sett ement for  BM n defense of a patent nfr ngement su t concern ng scro ng mouse techno ogy.

*Alcatel USA, Inc. v. Tekelec, Inc.* (E.D. Tex. 2000) – Obta ned a favorab e sett ement for A cate  by assert ng two patents re ated to the rout ng of query messages by a s gna  transfer po nt n a te ecommun cat ons network.

*National Presort, Inc. v. Bell & Howell Company Postal Systems, Inc.* (N.D. Tex. 2001) – Obta ned an extreme y favorab e sett ement for Be  & Howe  n defense of a patent nfr ngement su t nvo v ng ma  sort ng techno ogy.

*Air Measurement Technologies, Inc. v. Scott Technologies, Inc.* (W.D. Tex. 2001) and *Air Measurement Technologies, Inc. v. Bacou USA Safety, Inc.* (W.D. Tex. 2001) – Counse  for Scott and Bacou. Obta ned a favorab e sett ement n defend ng aga nst f ve patents re at ng to breath ng apparatuses for f ref ghters.

*Universal Surveillance Systems, Inc. v. Sensormatic Electronics Corporation* (S.D. F a. 2002) – Obta ned a jury verd ct n favor of Sensormat c, nc ud ng an award of damages and permanent njunct on, w th respect to a Sensormat c patent cover ng e ectron c art c e surve ance tag techno ogy.

*Texas Instruments Incorporated v. Intergraph Corporation* (Two cases n the E.D. Tex. 2003) – Obta ned a favorab e sett ement for T  by assert ng three patents re ated to computer c ock speed contro  and an nte gent power sw tch and defend ng aga nst three patents re ated to para e  process ng.

*Symbol Technologies, Inc. v. Hand Held Products, Inc. v. Avnet, Inc.* (D. De . 2003) – Obta ned an extreme y favorab e sett ement for Avnet n a patent nfr ngement su t concern ng 802.11a/g w re ess cards.

*Verve, LLC v. 3M Company* (E.D. Tex. 2004) – Obta ned an extreme y favorab e sett ement for 3M n defend ng a patent nfr ngement su t nvo v ng opt ca  f ber network des gn.

*Lonestar Inventions, LP v. Marvell Semiconductor, Inc.* (W.D. Tex. 2004) – After successfu y argu ng a mot on to transfer to the N.D.

Ca ., obta ned a favorab e sett ement for Marve n defense of a patent nfr ngement su t nvo v ng a h gh capac tance structure n a sem conductor dev ce.

*Motorola, Inc. and Freescale Semiconductor, Inc. v. Micron Technology, Inc.* (W.D. Tex. 2004) – Obta ned an extreme y favorab e sett ement for M cron n a patent nfr ngement su t nvo v ng 34 mob e phone, sem conductor process ng, and c rcu t patents asserted by Motoro a/Freesca e and M cron.

*Wichita Falls Power Management, LLC v. Intel Corporation* (N.D. Tex. 2005) – Obta ned d sm ssa for nte n a patent nfr ngement su t nvo v ng m croprocessor power management.

*TronTech Licensing Incorporated v. Uniden America Corporation* (E.D. Tex. 2006) – After nva dat ng 8 c a ms based on ndef n teness at *Markman* hear ng, obta ned favorab e sett ement for Un den n patent nfr ngement su t nvo v ng cord ess te ephone answer ng mach ne techno ogy.

*DDR Holdings, LLC. v. Travelocity.com LP and Site59.com, LLC* (E.D. Tex. 2006); *DDR Holdings, LLC v. Internetwork Publishing Corporation d/b/a Lodging.com and Neat Group Corporation* (E.D. Tex. 2006); *DDR Holdings, LLC v. Expedia, Inc. and Hotels.com, LP* (E.D. Tex. 2006) – After reexam nat on of patents- n-su t, obta ned sett ements for Trave oc ty/S te 59, Lodg ng.com/Neat Group, and Exped a/Hote s.com n patent nfr ngement su ts nvo v ng co-brand ng and pr vate abe ng of a webs te.

*Constellation IP, LLC (n/k/a Presentation Specialist Technologies, LLC) v. Travelocity.com, LP and Sabre Holdings Corporation* (E.D. Tex. 2006); *Constellation IP, LLC v. Travelport, Inc., Orbitz, LLC, Orbitz Away, LLC, Trip Network, Inc. (d/b/a CheapTickets), Galileo International, LLC, and LQ Management LLC* (E.D. Tex. 2007); and *Constellation IP, LLC v. Netflix, Inc., IAC/InterActiveCorp, and Match.com, LLC* (E.D. Tex. 2007) – Obta ned d sm ssa for Sabre and Trave port, and favorab e sett ements for Trave oc ty, Orb tz, CheapT ckets, Ga eo, La Qu nta, Netf x, AC/ nterAct veCorp, and Match.com, by defend ng patent nfr ngement su ts concern ng an e ectron c, custom zed, presentat on system that creates a v sua mpress on character st c that the customer assoc ates w th the se er.

*Clear with Computers, LLC (f/k/a Orion IP, LLC) v. Isuzu Motors America, Inc.* (E.D. Tex. 2007); *Clear with Computers, LLC v. Canon U.S.A., Inc., Uniden America Corporation, Kohler Co., Callaway Golf Company, Plantronics, Inc., Altec Lansing Technologies, Inc., Haier America Trading, LLC, Bed Bath & Beyond, Inc., Buy Buy Baby, Inc., Dillard's, Inc., The Gap, Inc., Banana Republic LLC, Old Navy LLC, Guess? Inc., Saks Incorporated, Club Libby Lu, Inc., Limited Brands, Inc., Victoria's Secret Stores, LLC, Urban Outfitters, Inc., Anthropologie, Inc., and Free People, LLC* (E.D. Tex. 2008); *Clear with Computers, LLC v. Bassett Furniture Industries, Inc., The Boeing Company, Brunswick Corporation, Sea Ray Boats, Inc., Boston Whaler, Inc., Cabela's, Inc., eBay, Inc., Halliburton Company, Herman Miller, Inc., Pitney Bowes, Inc., Polaris Industries, Inc., QVC, Inc., and Tommy Hilfiger USA, Inc.* (E.D. Tex. 2009); *Clear with Computers, LLC v. Hyundai Heavy Industries Co., Ltd., Chico's Brands Investments, Inc., and Pacific Sunwear of California, Inc.* (E.D. Tex. 2009); *Clear With Computers, LLC v. Kubota Tractor Corporation* (E.D. Tex. 2012); and *Clear With Computers, LLC v. Valmont Industries, Inc.* (E.D. Tex. 2013) – Obta ned d sm ssa for C ub L bby Lu and favorab e sett ements for suzu, Canon, Un den, Koh er, Ca away, P antron cs, A tec Lans ng, Ha er, Bed Bath & Beyond, Buy Buy Baby, D ard's, Gap, Banana Repub c, O d Navy, Guess?, Saks, L m ted Brands, V ctor a's Secret, Urban Outf tters, Anthropo og e, Free Peop e, Bassett, Boe ng, Brunsw ck, Sea Ray, Boston Wha er, Cabe a's, eBay, Ha burton, Herman M er, P tney Bowes, Po ar s, QVC, Tommy H f ger, Hyunda , Ch co's, PacSun, Kubota, and Va mont n patent nfr ngement su ts concern ng e ectron c proposa preparat on system patents and a computer ass sted part sa es method patent.

*Gemini IP, LLC v. Citrix Systems, Inc.* (E.D. Tex. 2007) – Obta ned a favorab e sett ement for C tr x n patent nfr ngement su t concern ng remote access software.

*Accolade Systems LLC v. Citrix Systems, Inc.* (E.D. Tex. 2007) – Obta ned summary judgment for C tr x n patent nfr ngement case nvo v ng remote access software by successfu y argu ng that C tr x had been re eased pursuant to a co-Defendant's sett ement agreement w th the P a nt ff.

*MHL Tek, LLC v. Subaru of America, Inc., Subaru of Indiana Automotive, Inc., and Fuji Heavy Industries, Ltd.* (E.D. Tex. 2007 and Fed. C r.) and *MHL Tek, LLC v. Mitsubishi Motors North America, Inc.* (E.D. Tex. 2008) – Obta ned d sm ssa of Fuj , d sm ssa of two of three asserted patents based on a ack of stand ng, and summary judgment of non- nfr ngement w th respect to the th rd asserted patent for Subaru of Amer ca and Subaru of nd ana Automot ve n case nvo v ng t re pressure mon tor ng system patents. The

Federal Circuit affirmed the District Court's lack of standing ruling and found the District Court's non-infringement ruling moot after holding that there was a standing problem with the third patent as well (and thus reversing the District Court's ruling on the third patent standing issue). Also obtained dismissal for Mitsubishi Motors in a separate action.

*Parallel Networks, LLC v. Netflix, Inc.* (E.D. Tex. 2007); *Parallel Networks, LLC v. Orbitz, LLC and Priceline.com, Inc.* (E.D. Tex. 2008); and *Parallel Networks, LLC v. Orbitz Worldwide, Inc.* (E.D. Tex. 2010) – After obtaining a favorable claim construction ruling on behalf of Netflix, Orbitz, and Priceline, which led to the effective invalidity of the two patents in suit, the Plaintiff abandoned its case two days before the Court's hearing on Netflix's, Orbitz's, and Priceline's motion for summary judgment of invalidity by filing a covenant not to sue Netflix, Orbitz, and Priceline, an emergency motion to cancel the invalidity hearing, and a motion to dismiss Netflix, Orbitz, and Priceline with prejudice. The two patents in suit relate to the concept of offloading dynamic web page generation requests from a web server to an application server.

*DataTern, Inc. v. Avis Budget Group, Inc. and Hertz Corporation* (E.D. Tex. 2009); *DataTern, Inc. v. ConocoPhillips Company* (E.D. Tex. 2009); *DataTern, Inc. v. The Bank of New York Mellon Corporation, Eagle Investment Systems LLC, Pershing LLC, and Goldman, Sachs & Co.* (E.D. Tex. 2010); *DataTern, Inc. v. Iron Mountain, Inc.* (E.D. Tex. 2010); *DataTern, Inc. v. URS Corporation* (E.D. Tex. 2010); and *DataTern, Inc. v. Harley-Davidson, Inc.* (E.D. Tex. 2011) – Obtained favorable settlements for Avis Budget, Hertz, ConocoPhillips, Bank of New York Mellon, Eagle Investment, Pershing, Goldman Sachs, Iron Mountain, URS, and Harley-Davidson in patent infringement suits concerning middleware software that facilitates communication between an object oriented program and a relational database.

*TQP Development, LLC v. Barclays Bank PLC and Amazon.com, Inc.* (E.D. Tex. 2009); *TQP Development, LLC v. Ticketmaster Entertainment, Inc.* (E.D. Tex. 2009); *TQP Development, LLC v. Delta Air Lines, Inc., BigMachines, Inc., Transamerica Life Insurance Company, and Bank of New York Mellon Corporation* (E.D. Tex. 2010); *TQP Development, LLC v. Allianz Life Insurance Company of North America, CNA Financial Corporation, Dodge & Cox, OppenheimerFunds, Inc., Nationwide Investment Services Corporation, and Nationwide Mutual Insurance Company* (E.D. Tex. 2011); *TQP Development, LLC v. CHS, Inc., New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and Massachusetts Mutual Life Insurance Company* (E.D. Tex. 2011); *TQP Development, LLC v. Orbitz, LLC, Hotwire, Inc., and Expedia, Inc.* (E.D. Tex. 2011); *TQP Development, LLC v. Deere & Company* (E.D. Tex. 2011); *TQP Development, LLC v. PepsiCo, Inc.* (E.D. Tex. 2011); *TQP Development, LLC v. Oriental Trading Company, Inc.* (E.D. Tex. 2012); *TQP Development, LLC v. Google Inc.* (E.D. Tex. 2012); *TQP Development, LLC v. Hertz Corporation* (E.D. Tex. 2012); *TQP Development, LLC v. Carestream Health, Inc.* (E.D. Tex. 2014); *TQP Development, LLC v. Bed Bath & Beyond* (E.D. Tex. 2014); *TQP Development, LLC v. Brooks Brothers Group, Inc.* (E.D. Tex. 2014); *TQP Development, LLC v. Frontier Airlines, Inc.* (E.D. Tex. 2014); and *TQP Development, LLC v. Allied Electronics, Inc.* (E.D. Tex. 2014) – Obtained summary judgment of non-infringement for Hertz in suit involving SSL technology. Also obtained dismissal of Ticketmaster, CHS, MassMutual, Oriental Trading, Carestream Health, Bed Bath & Beyond, Brooks Brothers, Frontier Airlines, and Allied Electronics and favorable settlements for Barclays, Amazon, Delta, BigMachines, Transamerica, Bank of New York Mellon, Oppenheimer, Nationwide, New York Life, Allianz, CNA Financial, Orbitz, Hotwire, Deere, PepsiCo, Expedia, and Google.

*Landmark Technology, LLC v. Fossil, Inc., Coach, Inc., and Select Comfort Corporation* (E.D. Tex. 2009); *Landmark Technology, LLC v. Tiffany & Co., Dillard's, Inc., Urban Outfitters, Inc., CVS Caremark Corp., and RadioShack Corp.* (E.D. Tex. 2010); *Landmark Technology, LLC v. Hastings Entertainment, Inc., Books-A-Million, Inc., Tuesday Morning Corporation, BJ's Wholesale Club, Inc., and Ulta Salon, Cosmetics & Fragrance, Inc.* (E.D. Tex. 2010); *Landmark Technology, LLC v. Tech for Less, Inc.* (E.D. Tex. 2011); *Landmark Technology, LLC v. Wolverine World Wide, Inc.* (E.D. Tex. 2012); *Landmark Technology, LLC v. Jos. A. Bank Clothiers, Inc.* (E.D. Tex. 2012); *Landmark Technology, LLC v. Fifth & Pacific Companies, Inc., Kate Spade, LLC, Juicy Coture, Inc., and Lucky Brand Dungarees, Inc.* (E.D. Tex. 2012); *Landmark Technology, LLC v. Briggs & Stratton Corporation* (E.D. Tex. 2013); *Landmark Technology, LLC v. The Jones Group Inc.* (E.D. Tex. 2013); and *Landmark Technology, LLC v. Harley-Davidson, Inc.* (E.D. Tex. 2014) – Obtained extremely favorable settlements for Fossil, Coach, Select Comfort, Tiffany, Dillard's, Urban Outfitters, CVS, RadioShack, Hastings, Books-A-Million, Tuesday Morning, BJ's Wholesale, Ulta, Tech for Less, Wolverine, Jos. A. Bank, Fifth & Pacific/Kate Spade/Juicy/Lucky, Briggs & Stratton, Jones Group, and Harley-Davidson in patent infringement actions relating to e-commerce technology.

*WebMap Technologies LLC v. Travelocity.com, Inc., Expedia, Inc., TripAdvisor LLC, IAC/InterActiveCorp, Citysearch, LLC, and City Accommodations Network, Inc.* (E.D. Tex. 2009) – Obtained favorable settlements for Travelocity, Expedia/TripAdvisor, IAC/Citysearch, and City Accommodations Network in patent infringement suit against Acacia entity WebMap concerning interactive website mapping technology.

*EMG Technology, LLC v. Priceline.com, Inc.* (E.D. Tex. 2009); *EMG Technology, LLC v. Barnes & Noble, Inc.* (E.D. Tex. 2009); *EMG Technology, LLC v. Burger King Holdings, Inc., McDonald's Corporation, and Domino's Pizza, Inc.* (E.D. Tex. 2010); *EMG Technology, LLC v. Avis Budget Group, Inc., Kohl's Corporation*, and *Tiffany & Co.* (E.D. Tex. 2011); *EMG Technology, LLC v. Goodyear Tire & Rubber Company* (E.D. Tex. 2012); *EMG Technology, LLC v. Romano's Macaroni Grill Inc.* (E.D. Tex. 2013); and *EMG Technology, LLC v. Doctor's Associates Inc. d/b/a Subway* (E.D. Tex. 2014) – Obta ned  sm ssa  of Dom no's, Romano's, and Subway and favorab e sett ements for Pr ce ne, Barnes & Nob e, Burger K ng, McDona d's, T ffany, Koh 's, Av s Budget, and Goodyear,  n patent  nfr ngement su ts  nvo v ng mob  e w re ess web brows ng techno ogy.

*SFA Systems, LLC v. Barnes & Noble Inc., Barnesandnoble.com LLC, and J&R Electronics Inc.* (E.D. Tex. 2009); *SFA Systems, LLC v. BigMachines, Inc., Carestream Health, Inc., Ricoh Americas Corporation, and Enterasys Networks, Inc.* (E.D. Tex. 2010); and *SFA Systems, LLC v. Dollar Tree, Inc.* (E.D. Tex. 2010) – Obta ned favorab e sett ements for Barnes & Nob e, J&R, B gMach nes, Carestream, R coh, Enterasys, and Do ar Tree  n patent  nfr ngement su ts concern ng computer zed sa es force automat on.

*Phoenix Licensing, L.L.C. v. Barclays PLC, Barclays Bank PLC, and Barclays Bank Delaware* (E.D. Tex. 2009); *Phoenix Licensing, L.L.C. v. Comerica Inc., M&I Marshall & Ilsley Bank, M&I FSB, Transamerica Affinity Services, Inc., AEGON USA, Inc., AEGON Direct Marketing Services, Inc., Stonebridge Life Insurance Company, and Monumental Life Insurance Company* (E.D. Tex. 2010); *Phoenix Licensing, L.L.C. v. Colonial Penn Life Insurance Company, CNO Financial Group, Inc., CUNA Mutual Insurance Agency, Inc., CUNA Mutual Insurance Society, CUNA Mutual Life Insurance Co., and Members Life Insurance Co.* (E.D. Tex. 2011); *Phoenix Licensing, L.L.C. v. Sovereign Bank* (E.D. Tex. 2011); and *Phoenix Licensing, L.L.C. v. Nationwide Mutual Insurance Company, Nationwide Bank, Nationwide Investment Services Corporation, Nationwide Property & Casualty Company, Nationwide Lloyds Company, and Allied Property and Casualty Insurance Company* (E.D. Tex. 2012) – Obta ned  sm ssa  for Comer ca, CUNA, Sovere gn, Co on a , and Nat onw de, and sett ements for Barc ays, Transamer ca/AEGON/Stonebr dge/Monumenta , and M& ,  n patent  nfr ngement su ts  nvo v ng e-commerce techno ogy.

*Realtime Data, LLC d/b/a IXO v. Penson Worldwide, Inc.* (E.D. Tex. 2009) – Obta ned  sm ssa  of Penson  n patent  nfr ngement act on re at ng to acce erated data storage, retr eva , and compress on methods.

*Stambler v. Ticketmaster Entertainment, Inc., Expedia, Inc., Hotels.com, LP, Sabre Holdings Corporation, and Travelocity.com LP* (E.D. Tex. 2009); *Stambler v. USAA Federal Savings Bank and MoneyGram International, Inc.* (E.D. Tex. 2010); *Stambler v. Atmos Energy Corp., Orbitz Worldwide, Inc., Orbitz, LLC, and Priceline.com, Inc.* (E.D. Tex. 2010); and *Stambler v. First Citizens Bank & Trust Company and First Citizens Bancshares, Inc.* (E.D. Tex. 2012) – Obta ned favorab e sett ements for T cketmaster, Exped a, Hote s.com, Sabre, Trave oc ty, USAA, MoneyGram, Atmos, Orb tz, Pr ce ne, and F rst C t zens  n patent  nfr ngement act ons re at ng to SSL authent cat on and encrypt on.

*Parallel Networks, LLC v. Netflix, Inc.* (E.D. Tex. 2010 and Fed. C r. 2013); *Parallel Networks, LLC v. Flairview Travel PTY Ltd. and Flightbookers Ltd.* (E.D. Tex. 2010 and Fed. C r. 2013); *Parallel Networks, LLC v. TripAdvisor LLC, IAC/InterActiveCorp, Tiffany and Company, Brain Busters, LLC, Brawn, LLC, US Airways, Inc., Delta Air Lines, Inc., Oriental Trading Company, Inc., Cabela's, Inc., Barnes & Noble, Inc., Barnesandnoble.com, LLC, Onestop Internet, Inc., and Iconix Brand Group, Inc.* (E.D. Tex. 2010 and Fed. C r. 2013); *Parallel Networks, LLC v. Orbitz, LLC, Orbitz Worldwide, Inc., Kayak Software Corporation, Shoebuy.com, Inc., Musician's Friend, Inc., Andersen Windows, Inc., Mitsubishi Motors North America, Inc., Wolverine World Wide, Inc., Sunglass Hut Trading, LLC, The Goodyear Tire & Rubber Company, Citizen Watch Company of America, Inc., Dillard's, Inc., Subaru of America, Inc., ASICS America Corporation, Jones Investment Company, Inc., and Jones Retail Corporation* (E.D. Tex. 2010 and Fed C r. 2013); and *Parallel Networks, LLC v. Fossil, Inc. and Brooks Brothers, Inc.* (D. De . 2012) –  n the f rst ear y *Markman*/Summary Judgment procedure ever  mp emented  n the Eastern D str ct of Texas, obta ned summary judgment of non- nfr ngement for Netf x, F a rv ew Trave , F ghtbookers, Tr pAdv sor,  AC/ nterAct veCorp, Bra n Busters, LLC, Brawn, US A rways, De ta A r L nes, Or enta  Trad ng, Cabe a's, Barnes & Nob e, Onestop  nternet,  con x, Sung ass Hut, Goodyear, C t zen Watch, D ard's, Subaru, AS CS, and Jones Reta   n patent  nfr ngement su ts  nvo v ng the dynam c generat on of an app et (and Para e 's assert on that  ts patent reads on the use of AJAX – asynchronous JavaScr pt and XML).  The Federa  C rcu t aff rmed the non- nfr ngement ru ng.  A so obta ned second summary judgment of non- nfr ngement for Orb tz, Kayak, Shoebuy, Mus c an's Fr end, Andersen W ndows, Wo ver ne Wor d W de, Foss , and Brooks Brothers and favorab e sett ements for T ffany and M tsub sh .

*Microlog Corp. v. CVS Pharmacy, Inc. and La Quinta Corporation* (E.D. Tex. 2010) – Obta ned extreme y favorab e sett ement for CVS and La Qu nta  n patent  nfr ngement act on re at ng to un f ed customer contact techno ogy.

*Condatis LLC v. Bombardier Inc., Brunswick Corporation, Mercury Marine, and Cummins MerCruiser Diesel Marine* (E.D. Tex. 2010) – Obtained extremely favorable settlement for Bombardier, Brunswick, Mercury Marine, and Cummins MerCruiser in patent infringement case concerning real time sensing of parameters in a powered vehicle.

*Abridge Technology (f/k/a Actus, LLC) v. MoneyGram International, Inc.* (E.D. Tex. 2010) and *Abridge Technology v. Doctor's Associates Inc. d/b/a Subway* (E.D. Tex. 2011) – Obtained dismissal of MoneyGram, and extremely settlement for Subway, in patent infringement suits related to electronic token payment technology.

*Ganas, LLC v. Sabre Holdings Corporation* (E.D. Tex. 2010) – Obtained favorable settlement for Sabre in patent infringement case relating to internet firewall technology.

*CEATS, Inc. v. United Air Lines, Inc., Continental Airlines, Inc., Delta Air Lines, Inc., US Airways, Inc., Virgin America, Inc., Ticketmaster, LLC, Live Nation Worldwide, Inc., and TicketsNow.com, Inc.* (E.D. Tex. 2010 and Fed Cir.) – Pursuant to jury trial, invalidated 4 claims from 4 patents on behalf of United, Continental, Delta, US Airways, Virgin, Ticketmaster, Live Nation, and TicketsNow based on anticipation and obviousness in patent infringement suit concerning interactive seat map technology. The Federal Circuit affirmed the jury's invalidity verdict on appeal.

*Global Sessions LP v. Orbitz Worldwide, Inc., Orbitz Worldwide, LLC, Orbitz, Inc., Orbitz, LLC, and Trip Network, Inc. (d/b/a CheapTickets)* (E.D. Tex. 2010) and *Global Sessions LP v. Priceline.com, Inc.* (E.D. Tex. 2010) – Obtained favorable settlements for Orbitz and Priceline in cases concerning global session state server technology.

*GeoTag, Inc. v. Dollar Tree, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Hinkley Lighting, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Seven For All Mankind, LLC* (E.D. Tex. 2010); *GeoTag, Inc. v. Richemont North America, Inc. and Van Cleef & Arpels, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Sterling Jewelers, Inc. and Kay Jewelers, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. ASICS Corporation and ASICS America Corporation* (E.D. Tex. 2010); *GeoTag, Inc. v. Brookstone Company, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. BJ's Wholesale Club, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Tiffany & Co.* (E.D. Tex. 2010); *GeoTag, Inc. v. Chanel, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. The Sports Authority, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Cabela's, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. CiCi Enterprises, LP* (E.D. Tex. 2010); *GeoTag, Inc. v. Rhino Linings Corp.* (E.D. Tex. 2010); *GeoTag, Inc. v. Interstate Battery System of America, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Southern States Cooperative* (E.D. Tex. 2010); *GeoTag, Inc. v. Winn-Dixie Stores, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Best Maid Products, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. PIP, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Learning Express Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. TASER International, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Kohler Co.* (E.D. Tex. 2010); *GeoTag, Inc. v. Kubota Corporation and Kubota Tractor Corporation* (E.D. Tex. 2010); *GeoTag, Inc. v. Gates That Open, LLC.* (E.D. Tex. 2010); *GeoTag, Inc. v. Mexican Restaurants, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. The Boeing Company* (E.D. Tex. 2010); *GeoTag, Inc. v. Polo Ralph Lauren Corp. and Ralph Lauren Media, LLC* (E.D. Tex. 2010); *GeoTag, Inc. v. Burger King Corp.* (E.D. Tex. 2010); *GeoTag, Inc. v. Jack in the Box, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Dollar Rent A Car, Inc. and Dollar Thrifty Automotive Group, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Avis Budget Group, Inc. and Avis Rent A Car System, LLC* (E.D. Tex. 2010); *GeoTag Inc. v. Payless Car Rental System, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. Ticketmaster, LLC, Ticketmaster Entertainment, LLC, Live Nation Entertainment, Inc., and Live Nation Worldwide, Inc.* (E.D. Tex. 2010); *GeoTag, Inc. v. RadioShack Corp.* (E.D. Tex. 2010); *GeoTag, Inc. v. Ulta Salon, Cosmetics & Fragrance, Inc.* (E.D. Tex. 2011); *GeoTag, Inc. v. American Greetings Corporation* (E.D. Tex. 2011); *GeoTag, Inc. v. Vitamin Cottage Natural Foods Markets, Inc.* (E.D. Tex. 2011); *GeoTag, Inc. v. David's Bridal Inc.* (E.D. Tex. 2011); *GeoTag, Inc. v. Formal Specialists, Ltd.* (E.D. Tex. 2011); *GeoTag, Inc. v. Guess? Inc.* (E.D. Tex. 2011); *GeoTag, Inc. v. Hot Topic Inc.* (E.D. Tex. 2011); *GeoTag, Inc. v. Luxottica Retail North America Inc.* (E.D. Tex. 2011); and *GeoTag, Inc. v. Charming Shoppes Inc.* (E.D. Tex. 2011) – Obtained dismissal for Ralph Lauren, Burger King, Jack in the Box, Dollar Thrifty, Avis Budget, Ticketmaster/Live Nation, RadioShack, Luxottica, and Charming in patent infringement suits related to web store location technology. Also obtained favorable settlements for Dollar Tree, Hinkley Lighting, Seven For A Mankind, Richemont, Sterling Jewelers, ASICS, Brookstone, BJ's, Tiffany, Chanel, Sports Authority, Cabela's, CiCi's, Rhino Linings, Interstate Battery, Southern States Cooperative, Winn-Dixie, Best Maid, PIP, Learning Express, TASER, Kohler, Kubota, Gates Than Open, Mexican Restaurants, Ulta, American Greetings, Vitamin Cottage, David's Bridal, Formal Specialists, Guess?, Hot Topic, and Boeing.

*Innovatio IP Ventures, LLC v. LQ Management LLC* (N.D. . 2011) – Obtained favorable settlement for La Quinta in connection with patent infringement suit involving WiFi technology.

*Unified Messaging Solutions LLC v. Atmos Energy Corp., Atmos Energy Services, LLC, Reliant Energy Retail Holdings, LLC, and TXU Energy Retail Company LLC* (E.D. Tex. 2011); *Unified Messaging Solutions LLC v. Match.com, Inc., eHarmony, Inc., and LinkedIn*

*Corporation* (E.D. Tex. 2011); *Unified Messaging Solutions, LLC v. United Service Automobile Association* (W.D. Tex. 2013 and MDL N.D.  .); *Unified Messaging Solutions, LLC v. BBVA Compass Bancshares, Inc.* (W.D. Tex. 2013 and MDL N.D.  .); and *Unified Messaging Solutions LLC v. First Citizens* (N.D. Tex. 2013 and MDL N.D.  .) – After obta n ng favorab e c a m construct on resu t ng n non- nfr ngement by c ents USAA and BBVA Compass n cases nvo v ng web ma techno ogy, Un f ed Messag ng took adverse judgment. Obta ned favorab e sett ements for Atmos, Re ant, TXU, Match, eHarmony, L nked n, and F rst C t zens.

*Dexas International, Ltd. v. Dollar Tree Stores, Inc. and Greenbrier International, Inc.* (E.D. Tex. 2011) – Obta ned favorab e sett ement for Do ar Tree n patent nfr ngement su t concern ng a cutt ng board scoop.

*Ogma, LLC v. Haier Group Company and Haier America Trading, LLC* (E.D. Tex. 2011) – Obta ned extreme y favorab e sett ement for Ha er n patent nfr ngement case concern ng HDTV aspect rat o techno ogy.

*H-W Technology L.C. v. Orbitz Worldwide, Inc.* (N.D. Tex. 2011) – Obta ned extreme y favorab e sett ement for Orb tz n patent nfr ngement act on re at ng to the use of a smartphone to access a mob e webs te to order goods and serv ces.

*ArrivalStar S.A. v. True Religion Sales, LLC* (S.D. F a. 2011); *ArrivalStar S.A. v. Virgin America, Inc.* (N.D.  . 2011); *ArrivalStar S.A. v. Coach, Inc.* (S.D. F a. 2012); and *ArrivalStar S.A. v. Gatorade* (S.D. F a. 2013) – Obta ned extreme y favorab e sett ements for True Re g on, V rg n, Coach, and Gatorade n patent nfr ngement cases concern ng veh c e mon tor ng and not f cat on systems.

*Alloqate, LLC v. Orbitz, LLC, Expedia, Inc., Hotwire, Inc., Travelocity.com LP, and Kayak Software Corporation* (D. De . 2011) – Obta ned d sm ssa for Orb tz, Exped a, and Hotw re, and extreme y favorab e sett ements for Trave oc ty and Kayak, n connect on w th patent nfr ngement su t re at ng to webs te pr ce a ert techno ogy.

*LBS Innovations LLC v. Hotels.com, LP* (E.D. Tex. 2011) – Obta ned d sm ssa for Hote s.com n patent nfr ngement su t re at ng to webs te geograph c search ocator feature.

*Valmont Industries, Inc. v. Lindsay Corporation* (E.D. Tex. 2011) – Obta ned favorab e sett ement for Va mont n patent nfr ngement su t nvo v ng var ab e app cat on of rr gat on water and chem ca s.

*Variant, Inc. v. Dollar Rent A Car, Inc. and Dollar Thrifty Automotive Group, Inc.* (E.D. Tex. 2011); *Variant, Inc. v. Hertz Corporation and Avis Budget Group, Inc.* (E.D. Tex. 2011) – Obta ned favorab e sett ements for Do ar Thr fty, Hertz, and Av s Budget n patent nfr ngement su ts nvo v ng e-commerce techno ogy.

*Reshare Commerce, LLC v. Nationwide Mutual Insurance Company* (D. M nn. 2011) – Obta ned extreme y favorab e sett ement for Nat onw de n patent nfr ngement act on nvo v ng a computer zed sa es system.

*Network Signatures, Inc. v. Nationwide Mutual Insurance Company* (C.D. Ca . 2011) – Obta ned extreme y favorab e sett ement for Nat onw de n patent nfr ngement su t nvo v ng SSL encrypt on.

*Select Retrieval, LLC v. Tiffany & Co., Oriental Trading Company, Inc., Tech for Less, Inc., and Hanover Direct, Inc.* (D. De . 2011) – Obta ned d sm ssa of Or enta Trad ng, and extreme y favorab e sett ements for T ffany, Tech For Less, and Hanover D rect n connect on w th patent nfr ngement act on nvo v ng e-commerce techno ogy.

*Walker Digital, LLC v. Expedia, Inc.* (D. De . 2011) – On beha f of Exped a, obta ned d sm ssa of one awsu t and summary judgment n two add t ona awsu ts n 3 e-commerce cases aga nst Jay Wa ker's Wa ker D g ta ent ty.

*ICON Internet Competence Network B.V. v. Travelocity LP* (N.D. Tex. 2011 and Fed. C r. 2014) – Obta ned summary judgment of non- nfr ngement for Trave oc ty w th n weeks of tr a n su t nvo v ng hote search techno ogy. The Federa C rcu t aff rmed the non- nfr ngement ru ng. After an award of costs to Trave oc ty and fac ng Trave oc ty's mot on for attorneys' fees, CON ass gned ts patent to Trave oc ty.

*DietGoal Innovations LLC v. Doctor's Associates Inc. d/b/a Subway* (E.D. Tex. 2011); *DietGoal Innovations LLC v. Red Robin International, Inc.* (E.D. Tex. 2011); and *DietGoal Innovations LLC v. Chipotle Mexican Grill, Inc.* (E.D. Tex. 2012) – Obta ned summary judgment of nva d ty based on Sect on 101 n patent nfr ngement act ons re at ng to e ectron c mea p ann ng systems.

*LVL Patent Group, LLC v. Hertz Corporation* (D. De . 2011); *L VL Patent Group, LLC v. Avis Budget Group, Inc.* (D. De . 2011); and *L VL Patent Group, LLC v. Orbitz Worldwide, LLC* (D. De . 2011) – Obta ned summary judgment of nva d ty based on Sect on 101 n patent nfr ngement su ts concern ng process ng of data transm tted v a a smartphone.

*SmartFit Solutions LLC v. BJ's Wholesale Club, Inc.* (E.D. Tex. 2011) – Obta ned d sm ssa for BJ's n patent nfr ngement case nvo v ng exerc se equ pment software.

*Disposition Services LLC v. Arrow-Intechra LLC* (E.D. Tex. 2012) – Obta ned extreme y favorab e sett ement for Arrow- ntechra n patent nfr ngement act on nvo v ng a method of contro ed asset d str but on (e.g., d sassemb y of computers and sa e of the r parts).

*MacroSolve, Inc. v. LQ Management LLC* (E.D. Tex. 2012) and *MacroSolve, Inc. v. Bed Bath & Beyond, Inc.* (E.D. Tex. 2012) – Obta ned extreme y favorab e sett ements for La Qu nta and Bed Bath & Beyond n patent nfr ngement su ts nvo v ng a system for co ect ng nformat on from mu t p e comput ng dev ces.

*Cronos Technologies, LLC v. Fossil, Inc.* (E.D. Tex. 2012) – Obta ned extreme y favorab e sett ement for Foss n patent nfr ngement case nvo v ng a remote order ng system.

*Interface IP Holdings LLC v. Delta Air Lines, Inc.* (D. De . 2012) and *Interface IP Holdings LLC v. LQ Management LLC* (D. De . 2013) – Obta ned extreme y favorab e sett ements for De ta and La Qu nta n patent nfr ngement su ts re at ng to a webs te drop down menu nterface.

*Hopewell Culture & Design LLC v. Barnes & Noble, Inc.* (E.D. Tex. 2012) – Obta ned extreme y favorab e sett ement for Barnes & Nob e n patent nfr ngement case nvo v ng nteract v ty w th e ectron c content v a a doub e c ck.

*Orientview Technologies LLC v. Spy Inc.* (D. De . 2012) and *Orientview Technologies LLC v. Seven For All Mankind, LLC* (S.D.N.Y. 2013) – Obta ned extreme y favorab e sett ements for Spy and Seven For a Mank nd n patent nfr ngement act ons nvo v ng v ewer spec f c presentat on of nformat on.

*Pragmatus Telecom, LLC v. Oriental Trading Company, Inc.* (D. De . 2012) – Obta ned d sm ssa of Or enta Trad ng n patent nfr ngement case nvo v ng nternet ve chat techno ogy.

*Traffic Information, LLC v. USAA Federal Savings Bank* (E.D. Tex. 2013) – Obta ned extreme y favorab e sett ement for USAA n connect on w th patent nfr ngement act on re at ng to rea t me traff c d sp ay.

*Infinite Data, LLC v. McDonald's Corporation* (D. De . 2013) – Obta ned d sm ssa of McDona d's n patent nfr ngement su t nvo v ng nf n Band Remote D rect Memory Access network ng techno ogy.

*CeeColor Industries LLC v. Citizen Watch Company of America, Inc.* (D. De . 2013) – Obta ned d sm ssa of C t zen Watch n patent nfr ngement act on nvo v ng an e ectron c dev ce secur ty system w th prox m ty sens ng.

*Eclipse IP LLC v. Oriental Trading Company, Inc.* (N.D. . 2013) and *Eclipse IP LLC v. Vitacost.com, Inc.* (C.D. Ca . 2013) – Obta ned extreme y favorab e sett ements for Or enta Trad ng and V tacost n patent nfr ngement act ons concern ng e-commerce not f cat on techno ogy.

*Rotatable Technologies LLC v. TXU Energy Retail Company LLC* (E.D. Tex. 2013 and Fed. C r. 2014) – n ght of favorab e c a m construct on ead ng to non- nfr ngement by c ent TXU n case nvo v ng smartphone screen rotat on techno ogy, Rotatab e took adverse judgment and appea ed to the Federa C rcu t. The Federa C rcu t aff rmed.

*Innovative Wireless Solutions, LLC v. LQ Management LLC and La Quinta Inn Worldwide, LLC* (E.D. Tex. 2013) – Obta ned d sm ssa for La Qu nta n patent nfr ngement act on re at ng to w re ess access po nt techno ogy.

*Innovative Automation v. Books-A-Million, Inc.* (E.D. Tex. 2013) – Obta ned favorab e sett ement for Books-a-M on n patent nfr ngement su t nvo v ng d g ta data down oad techno ogy.

*RPost Holdings, Inc. v. Nationwide Mutual Insurance Company* (E.D. Tex. 2013) – Obta ned d sm ssa of Nat onw de n connect on w th patent nfr ngement su t nvo v ng ema authent cat on.

*UbiComm, LLC v. Vitacost.com, Inc.* (D. De . 2013); and *UbiComm, LLC v. ModusLink Recovery LLC f/k/a Tech for Less LLC* (D. De . 2013) – Obta ned d sm ssa of V tacost and ModusL nk after Sect on 101 nva d ty ru ng n su ts concern ng product suggest on techno ogy.

*Geomembrane Technologies, Inc. v. URS Corporation* (C.D. Ca . 2013) – Obta ned extreme y favorab e sett ement for URS n patent nfr ngement act on re at ng to water c ar f cat on.

*Telinit Technologies, LLC v. Uniden America Corporation* (E.D. Tex. 2013) – Obta ned extreme y favorab e sett ement for Un den n patent nfr ngement su t re at ng to connect ng two computers on a network v a an ntermed ary stat c server.

*Amethyst IP, LLC v. Uniden America Corporation* (E.D.N.Y. 2013) – Obta ned extreme y favorab e sett ement for Un den n patent nfr ngement su t concern ng baby mon tor techno ogy.

*Annuitek, LLC v. USAA Life Insurance Company* (E.D. Tex. 2013) – Obta ned extreme y favorab e sett ement for USAA n patent nfr ngement act on re at ng to e ectron c annu ty ustrat ons.

*eDekka LLC v. Tiffany & Co.* (E.D. Tex. 2014); *eDekka LLC v. Jos. A. Bank Clothiers, Inc.* (E.D. Tex. 2014); *eDekka LLC v. Coach, Inc.* (E.D. Tex. 2014); and *eDekka LLC v. The Men's Wearhouse, Inc.* (E.D. Tex. 2014) – Obta ned d sm ssa of T ffany, Jos. A. Bank, Coach, and The Men's Wearhouse n connect on w th patent nfr ngement cases nvo v ng e-commerce shopp ng cart techno ogy.

*Execware, LLC v. Bed Bath & Beyond, Inc.* (D. De . 2014) – Obta ned d sm ssa of Bed Bath & Beyond n patent nfr ngement act on nvo v ng parametr c search techno ogy.

*Antennatech, LLC v. Guess? Retail, Inc.* (D. De . 2014); *Antennatech, LLC v. Doctor's Associates Inc. d/b/a Subway* (D. De . 2014); *Antennatech, LLC v. The Sports Authority, Inc.* (D. De . 2014); *Antennatech, LLC v. McDonald's Corporation* (D. De . 2014); *Antennatech, LLC v. AMC Entertainment Holdings, Inc.* (D. De . 2014); and *Antennatech, LLC v. Regal Entertainment Group* (D. De . 2014) – Obta ned d sm ssa of Guess?, Subway, Sports Author ty, AMC Enterta nment, and Rega Enterta nment n connect on w th patent nfr ngement act ons nvo v ng Near F e d Commun cat on techno ogy. A so obta ned extreme y favorab e sett ement for McDona d's.

*Olivistar, LLC v. Uniden America Corporation* (E.D. Tex. 2014); *Olivistar, LLC v. Protection One, Inc.* (E.D. Tex. 2014); *Olivistar, LLC v. Somfy Systems, Inc.* (E.D. Tex. 2014); and *Olivistar, LLC v. Loxone, Inc.* (E.D. Tex. 2014) – Obta ned d sm ssa for Protect on One and extreme y favorab e sett ements for Un den, Somfy, and Loxone n connect on w th patent nfr ngement act ons re at ng to secur ty and home automat on network ng.

*Qommerce Systems, LLC v. Cabela's Incorporated* (E.D. Tex. 2014) – Obta ned d sm ssa for Cabe a's n patent nfr ngement su t nvo v ng e-commerce techno ogy.

# Recognitions & awards

Best Lawyers n Amer ca
*Best Lawyers* 2022-2023
G oba Award for Av at on
*Corporate LiveWire* 2014, 2016
Cand date for Amer ca s Most Honored Profess ona Award
*American Registry* 2015

G oba Awards- nte ectua Property and Aerospace & Defense

*Corporate LiveWire* 2015

Best Lawyers n Da as

*D Magazine* 2015

Texas R s ng Star

*Super Lawyers* 2007-2012

---

# News

August 22, 2022

96 F sh Attorneys nc uded n the 2023 Ed t on of *The Best Lawyers in America*

March 21, 2022

F sh Tops L st of Most Act ve F rms for Patent Defense and PTAB Pet t oner Work n 2021

August 19, 2021

F sh Attorneys Recogn zed n 2022 Ed t on of *The Best Lawyers in America*

January 31, 2019

F sh & R chardson Named #1 Patent L t gat on F rm for Defendants n the U.S. for 2018 by *Managing Intellectual Property*

August 15, 2018

47 F sh Attorneys Named to The Best Lawyers n Amer ca 2019 L st

December 12, 2017

F sh & R chardson W ns Federa C rcu t Aff rmat on of $1 M on n Attorneys Fees for Bed Bath & Beyond n Patent D spute

Apr 23, 2015

Two Attorneys from F sh & R chardson Named Da as Best by D Magaz ne

---

## Services

L t gat on
Patent L t gat on

## Industries

Sem conductors
Te ecommun cat ons
Transportat on, Aerospace & Defense

## Admissions

U.S. Patent and Trademark Off ce (2001)
Texas (1997)
U.S. D str ct Court for the Eastern D str ct of Texas
U.S. D str ct Court for the Northern D str ct of Texas
U.S. D str ct Court for the Southern D str ct of Texas
U.S. D str ct Court for the Western D str ct of Texas

## Clerkships

U.S. D str ct Court for the Northern D str ct of Texas, The Honorab e A. Joe F sh, 1997-1998

## Education

J.D. *cum laude*, Un vers ty of M ch gan Law Schoo (1997) Execut ve Ed tor, *Michigan Telecommunications and Technology Law Review*

B.S. *summa cum laude*, Aerospace Eng neer ng, Un vers ty of M ch gan (1994)

Copyright © 2023 Fish & Richardson P.C.

FISH.



# Philip Brown

Assoc ate

Da as

o: 214-292-4042

pgbrown@fr.com

## Overview

Ph p Brown pract ces nte ectua property t gat on. He has broad exper ence w th a range of tr a and pre-tr a matters n d str ct court t gat on, arb trat on, *inter partes review*, and the TC, nc ud ng d scovery; draft ng pr mary f ngs for patent cases; and research ng and draft ng memos, br efs, and mot ons on ssues nc ud ng nva d ty, nfr ngement, and c a m construct on.

Ph p has exper ence work ng w th techno ogy n a w de range of f e ds, nc ud ng e ectron cs, automot ve, and med ca dev ces. He has a so pract ced n the Un ted States Patent and Trademark Off ce, ass st ng c ents w th draft ng patent app cat ons, re ssue c a ms, and off ce act on responses, as we as hand ng exam ner nterv ews.

H s techn ca background s n e ectr ca eng neer ng, w th s gn f cant exper ence n software deve opment and test ng n the automot ve ndustry. Dur ng aw schoo , Ph p was the execut ve ed tor of the *Michigan Telecommunications and Technology Law Review.*

## Insights

B og | January 4, 2023
Texas Patent L t gat on Month y Wrap-Up: December 2022

B og | January 15, 2022
Texas Patent L t gat on Month y Wrap-Up: December 2021

## Services

L t gat on
Patent L t gat on
Post-Grant

## Industries

E ectr ca & Computer Techno ogy
D g ta Med a & E-Commerce
Te ecommun cat ons
Med ca Dev ces
Transportat on, Aerospace & Defense

Manufactur ng

## Admissions

U.S. Patent and Trademark Off ce (2017)

 no s (2021)

Texas (2022)

## Education

J.D., Un vers ty of M ch gan Law Schoo  (2020) *Michigan Telecommunications and Technology Law Review,* Execut ve Ed tor

B.S.E. *summa cum laude,* Mechan ca  Eng neer ng, Un vers ty of M ch gan (2016)

---

Copyright © 2023 Fish & Richardson P.C.





ASSOCIATE

# Collin J Marshall

*Technology and Life Sciences Transactions*

COLLIN.MARSHALL@SIDLEY.COM

DALLAS  +1 214 981 3373

COLLIN MARSHALL focuses his practice on advising clients on transactional matters related to technology and life sciences. Before joining Sidley, he was an associate at another international law firm where he was involved in patent litigation, inter partes review, and IP licensing.

Collin earned his J.D. from the University of Houston Law Center where he was a member of the Order of the Coif and graduated *magna cum laude*. He also served as articles editor of the *Houston Law Review*. During law school Collin was a judicial intern for The Honorable K. Nicole Mitchell of the Eastern District of Texas. Before law school, Collin was a structural engineer for a global aerospace and defense technology company. He has a B.S. in Aerospace Engineering from Texas A&M University.

## PRO BONO
Ex Parte Clifton Lamar Williams. Applied for a writ habeas corpus in a capital case, proved intellectual disability, and reformed sentence from the death penalty to life imprisonment.

## MEMBERSHIPS AND ACTIVITIES
- American Bar Association, IP member
- Dallas Bar Association
- Dallas Young Lawyers Association

## SERVICES AND INDUSTRIES
Technology and Life Sciences Transactions

## ADMISSIONS & CERTIFICATIONS
U.S. District Court, E.D. of Texas
U.S. District Court, W.D. of Texas

U.S. District Court, N.D. of Texas

U.S. District Court, S.D. of Texas

Texas

## EDUCATION

University of Houston Law Center, J.D., 2018 (Magna cum laude, Houston Law Review Articles Editor, Houston Intellectual Property Law Association Student Scholarship Award, Dean's Scholarship Award)

Texas A&M University, B.S., 2013 (College of Engineering Student Scholar, Outstanding Academic Achievement Award)

Attorney Advertising - Sidley Austin LLP, One South Dearborn, Chicago, IL 60603. + 1 312 853 7000. Sidley and Sidley Austin refer to Sidley Austin LLP and affiliated partnerships as explained at www sidley com/disclaimer. Prior results do not guarantee a similar outcome. © 2022 Sidley Austin LLP.

FISH.



## Nan Lan

Assoc ate
Da as
o: 214-292-4055
an@fr.com

## Overview

Nan Lan ends her extens ve exper ence n b omo ecu ar eng neer ng to a range of t gat on matters. She returned to F sh after be ng a summer assoc ate n the f rm n 2019 and a jud c a extern for the Honorab e Amos L. Mazzant of the U.S. D str ct Court for the Eastern D str ct of Texas n 2018.

Pr or to jo n ng F sh, Nan worked n management consu t ng w th a focus on corporate f nance and process mprovement. She has a so worked n bus ness data ana yt cs, franch s ng, trademark reg strat on, and trademark t gat on, and served c ents n a w de range of sectors nc ud ng hea thcare, petro eum, hosp ta ty, and consumer goods.

Nan stud ed chem ca eng neer ng w th a concentrat on n b omo ecu ar eng neer ng, and she has extens ve research exper ence n on c p ds and the r nteract ons w th p d b ayers.

## Insights

B og  |  February 10, 2023
Texas Patent L t gat on Month y Wrap-Up: January 2023

B og  |  September 7, 2021
Texas Patent L t gat on Month y Wrap-Up - August 2021

## Services

L t gat on

## Industries

Energy & Chem ca s

## Admissions

Texas (2020)

## Languages

Eng sh
Mandar n Ch nese

Cantonese Ch nese

## Education

J.D. *cum laude*, Southern Method st Un vers ty Dedman Schoo  of Law (2020) Sen or Art c es Ed tor, *SMU Science and Technology Law Review*

B.S., Chem ca  Eng neer ng, Un vers ty of Notre Dame (2014)

Copyright © 2023 Fish & Richardson P.C.





## Sarika N. Patel

Assoc ate
Da as
o: 214-292-4033
pate @fr.com

## Overview

L t gator Sar ka Pate defends c ents n patent va d ty cha enges and patent nfr ngement act ons.

A sk ed t gator and savvy strateg st, Sar ka he ps forge paths toward effect ve reso ut on of d sputes through mot ons to d sm ss, aggress ve advocacy, or sw ft and qu et negot ated sett ement, when appropr ate. C ents re y on her thorough nfr ngement ana yses to avo d runn ng afou of other patent ho ders' r ghts and her gu dance on transact ona matters, nc ud ng breach of contract, m sappropr at on of trade secrets, and fraudu ent nducement c a ms.

Sar ka s exper enced n draft ng patent app cat ons for prosecut on before the U.S. Patent and Trademark Off ce. She knows what makes a strong and effect ve patent, wh ch he ps her craft w nn ng arguments to support her c ents' c a ms at the patent off ce and n court.

## Recognitions & awards

R s ng Star

*Super Lawyers* 2022

Ones to Watch

*Best Lawyers*

## Professional associations

DFW Women n P
Tr a Academy, Da as Assoc at on of Young Lawyers (2014)
Leadersh p C ass, Da as Assoc at on of Young Lawyers (2015)
Da as As an Amer can Bar Assoc at on
Assoc ate Member, Mac Tay or nn of Court

## Insights

B og | February 2, 2022

Texas Patent L t gat on Month y Wrap-Up — January 2022

B og | November 3, 2020

EDTX & NDTX Month y Wrap-Up — October 2020

---

# News

August 22, 2022

96 F sh Attorneys nc uded n the 2023 Ed t on of *The Best Lawyers in America*

---

## Services

L t gat on
Patent L t gat on
Trade Secret L t gat on

## Industries

E ectr ca & Computer Techno ogy
Te ecommun cat ons

## Admissions

Texas (2013)
U.S. D str ct Court for the Eastern D str ct of Texas
U.S. D str ct Court for the Northern D str ct of Texas
U.S. D str ct Court for the Southern D str ct of Texas
U.S. D str ct Court for the Western D str ct of Texas
U.S. Court of Appea s for the F fth C rcu t

## Education

J.D., Texas Tech Un vers ty Schoo of Law (2013)Art c es Ed tor, *Texas Tech Administrative Law Journal*
B.A., Econom cs and Po t ca Sc ence, Aust n Co ege (2010)

---

Copyright © 2023 Fish & Richardson P.C.