# EXHIBIT 14

████████████████████████████

Litigation-Patent Infringement, All Varieties <$1M Initial case management (000s) by Location (Q45Aa)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 48 | 2 | 5 | 2 | 3 | 3 | 5 | 3 | 1 | 1 | 9 | 4 | 3 | 3 | 4 |
| Mean (Average) | $57 | ISD | $34 | ISD | $75 | $53 | $33 | $37 | ISD | ISD | $56 | $63 | $75 | $118 | $51 |
| 10th Percentile 10% | $6 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $21 | ISD | $10 | ISD | ISD | ISD | $8 | ISD | ISD | ISD | $25 | $31 | ISD | ISD | $10 |
| Median (Midpoint) | $50 | ISD | $25 | ISD | $50 | $50 | $25 | $25 | ISD | ISD | $50 | $63 | $75 | $150 | $50 |
| Third Quartile 75% | $75 | ISD | $63 | ISD | ISD | ISD | $63 | ISD | ISD | ISD | $75 | $94 | ISD | ISD | $94 |
| 90th Percentile 90% | $150 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties <$1M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Ab)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 6 | 2 | 1 | 1 | 8 | 4 | 3 | 2 | 4 |
| Mean (Average) | $369 | ISD | $520 | ISD | $542 | $317 | $283 | ISD | ISD | ISD | $344 | $250 | $400 | ISD | $413 |
| 10th Percentile 10% | $100 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $175 | ISD | $350 | ISD | ISD | ISD | $193 | ISD | ISD | ISD | $213 | $150 | ISD | ISD | $113 |
| Median (Midpoint) | $300 | ISD | $550 | ISD | $500 | $300 | $288 | ISD | ISD | ISD | $300 | $175 | $400 | ISD | $275 |
| Third Quartile 75% | $500 | ISD | $675 | ISD | ISD | ISD | $388 | ISD | ISD | ISD | $475 | $425 | ISD | ISD | $850 |
| 90th Percentile 90% | $690 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ac)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 46 | 2 | 5 | 1 | 4 | 3 | 6 | 3 | 2 | 1 | 7 | 4 | 3 | 2 | 3 |
| Mean (Average) | $771 | ISD | $896 | ISD | $1,138 | $967 | $553 | $992 | ISD | ISD | $600 | $438 | $900 | ISD | $1,400 |
| 10th Percentile 10% | $193 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $338 | ISD | $565 | ISD | $250 | ISD | $380 | ISD | ISD | ISD | $350 | $200 | ISD | ISD | ISD |
| Median (Midpoint) | $675 | ISD | $850 | ISD | $725 | $750 | $650 | $300 | ISD | ISD | $700 | $275 | $900 | ISD | $900 |
| Third Quartile 75% | $900 | ISD | $1,250 | ISD | $2,438 | ISD | $750 | ISD | ISD | ISD | $750 | $838 | ISD | ISD | ISD |
| 90th Percentile 90% | $1,650 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties <$1M Cost of mediation (000s) by Location (Q45Ad)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 43 | 2 | 5 | 1 | 3 | 3 | 5 | 2 | 1 | 1 | 7 | 4 | 3 | 2 | 4 |
| Mean (Average) | $48 | ISD | $82 | ISD | $33 | $58 | $23 | ISD | ISD | ISD | $39 | $14 | $50 | ISD | $41 |
| 10th Percentile 10% | $10 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $15 | ISD | $18 | ISD | ISD | ISD | $12 | ISD | ISD | ISD | $30 | $6 | ISD | ISD | $31 |
| Median (Midpoint) | $35 | ISD | $25 | ISD | $30 | $15 | $15 | ISD | ISD | ISD | $50 | $13 | $50 | ISD | $43 |
| Third Quartile 75% | $50 | ISD | $175 | ISD | ISD | ISD | $38 | ISD | ISD | ISD | $50 | $23 | ISD | ISD | $50 |
| 90th Percentile 90% | $120 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties $1-$10M Initial case management (000s) by Location (Q45Ae)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 5 | 2 | 1 | 2 | 6 | 4 | 5 | 3 | 3 |
| Mean (Average) | $122 | ISD | $54 | ISD | $122 | $70 | $85 | ISD | ISD | ISD | $59 | $88 | $265 | $280 | $160 |
| 10th Percentile 10% | $23 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $40 | ISD | $23 | ISD | ISD | ISD | $50 | ISD | ISD | ISD | $31 | $56 | $213 | ISD | ISD |
| Median (Midpoint) | $75 | ISD | $50 | ISD | $75 | $75 | $75 | ISD | ISD | ISD | $50 | $88 | $300 | $300 | $150 |
| Third Quartile 75% | $150 | ISD | $88 | ISD | ISD | ISD | $125 | ISD | ISD | ISD | $100 | $119 | $300 | ISD | ISD |
| 90th Percentile 90% | $300 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Af)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 5 | 3 | 1 | 2 | 6 | 4 | 5 | 2 | 3 |
| Mean (Average) | $1,033 | ISD | $1,020 | ISD | $963 | $508 | $1,730 | $434 | ISD | ISD | $692 | $400 | $2,200 | ISD | $1,392 |
| 10th Percentile 10% | $165 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $400 | ISD | $350 | ISD | ISD | ISD | $575 | ISD | ISD | ISD | $375 | $188 | $1,750 | ISD | ISD |
| Median (Midpoint) | $650 | ISD | $650 | ISD | $1,240 | $500 | $1,500 | $478 | ISD | ISD | $475 | $350 | $2,500 | ISD | $1,500 |
| Third Quartile 75% | $1,500 | ISD | $1,875 | ISD | ISD | ISD | $3,000 | ISD | ISD | ISD | $1,125 | $663 | $2,500 | ISD | ISD |
| 90th Percentile 90% | $2,500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties by Location

### Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ag)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 47 | 2 | 5 | 1 | 4 | 3 | 5 | 3 | 2 | 2 | 6 | 4 | 5 | 2 | 3 |
| Mean (Average) | $1,910 | ISD | $2,306 | ISD | $2,163 | $1,367 | $1,720 | $2,733 | ISD | ISD | $1,183 | $1,288 | $3,260 | ISD | $2,867 |
| 10th Percentile 10% | $340 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $650 | ISD | $765 | ISD | $613 | ISD | $1,000 | ISD | ISD | ISD | $800 | $313 | $2,150 | ISD | ISD |
| Median (Midpoint) | $1,000 | ISD | $1,000 | ISD | $2,500 | $1,500 | $1,500 | $450 | ISD | ISD | $950 | $675 | $4,000 | ISD | $3,800 |
| Third Quartile 75% | $3,000 | ISD | $4,500 | ISD | $3,375 | ISD | $2,550 | ISD | ISD | ISD | $1,525 | $2,875 | $4,000 | ISD | ISD |
| 90th Percentile 90% | $4,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### Litigation-Patent Infringement, All Varieties $1-$10M Cost of mediation (000s) by Location (Q45Ah)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 42 | 2 | 5 | 1 | 3 | 3 | 5 | 2 | 1 | 1 | 5 | 4 | 5 | 2 | 3 |
| Mean (Average) | $85 | ISD | $109 | ISD | $43 | $75 | $65 | ISD | ISD | ISD | $66 | $26 | $85 | ISD | $65 |
| 10th Percentile 10% | $20 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $29 | ISD | $35 | ISD | ISD | ISD | $25 | ISD | ISD | ISD | $45 | $15 | $63 | ISD | ISD |
| Median (Midpoint) | $75 | ISD | $100 | ISD | $30 | $30 | $75 | ISD | ISD | ISD | $50 | $20 | $100 | ISD | $50 |
| Third Quartile 75% | $100 | ISD | $188 | ISD | ISD | ISD | $100 | ISD | ISD | ISD | $95 | $44 | $100 | ISD | ISD |
| 90th Percentile 90% | $175 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### Litigation-Patent Infringement, All Varieties $10-$25M Initial case management (000s) by Location (Q45Ai)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 46 | 2 | 5 | 2 | 3 | 3 | 4 | 2 | 1 | 3 | 6 | 5 | 4 | 4 | 2 |
| Mean (Average) | $421 | ISD | $556 | ISD | $187 | $125 | $94 | ISD | ISD | $163 | $123 | $170 | $2,325 | $514 | ISD |
| 10th Percentile 10% | $38 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $64 | ISD | $28 | ISD | ISD | ISD | $56 | ISD | ISD | ISD | $46 | $100 | $975 | $213 | ISD |
| Median (Midpoint) | $113 | ISD | $100 | ISD | $150 | $100 | $88 | ISD | ISD | $200 | $100 | $100 | $3,000 | $453 | ISD |
| Third Quartile 75% | $300 | ISD | $1,313 | ISD | ISD | ISD | $138 | ISD | ISD | ISD | $188 | $275 | $3,000 | $876 | ISD |
| 90th Percentile 90% | $1,450 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Aj)**

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 43 | 2 | 5 | 1 | 3 | 3 | 4 | 1 | 1 | 3 | 6 | 5 | 4 | 3 | 2 |
| Mean (Average) | $1,621 | ISD | $1,660 | ISD | $1,453 | $700 | $1,875 | ISD | ISD | $1,617 | $738 | $930 | $4,000 | $2,000 | ISD |
| 10th Percentile 10% | $270 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $600 | ISD | $650 | ISD | ISD | ISD | $750 | ISD | ISD | ISD | $358 | $325 | $4,000 | ISD | ISD |
| Median (Midpoint) | $1,000 | ISD | $1,500 | ISD | $1,560 | $600 | $1,625 | ISD | ISD | $1,500 | $575 | $1,000 | $4,000 | $2,000 | ISD |
| Third Quartile 75% | $2,500 | ISD | $2,750 | ISD | ISD | ISD | $3,250 | ISD | ISD | ISD | $1,063 | $1,500 | $4,000 | ISD | ISD |
| 90th Percentile 90% | $4,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ak)**

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 47 | 2 | 5 | 1 | 4 | 3 | 4 | 2 | 2 | 3 | 6 | 5 | 4 | 4 | 2 |
| Mean (Average) | $3,728 | ISD | $3,580 | ISD | $3,175 | $1,800 | $2,925 | ISD | ISD | $3,000 | $1,608 | $2,460 | $7,000 | $7,626 | ISD |
| 10th Percentile 10% | $710 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $1,100 | ISD | $950 | ISD | $1,100 | ISD | $1,500 | ISD | ISD | ISD | $938 | $400 | $7,000 | $1,500 | ISD |
| Median (Midpoint) | $3,000 | ISD | $3,500 | ISD | $3,750 | $2,000 | $2,850 | ISD | ISD | $3,000 | $1,450 | $2,500 | $7,000 | $4,250 | ISD |
| Third Quartile 75% | $4,900 | ISD | $6,250 | ISD | $4,675 | ISD | $4,425 | ISD | ISD | ISD | $2,250 | $4,500 | $7,000 | $17,129 | ISD |
| 90th Percentile 90% | $7,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Cost of mediation (000s) by Location (Q45Al)**

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 43 | 2 | 5 | 2 | 3 | 3 | 4 | 1 | 1 | 2 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $235 | ISD | $146 | ISD | $73 | $92 | $68 | ISD | ISD | ISD | $105 | $629 | $150 | $609 | ISD |
| 10th Percentile 10% | $25 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $50 | ISD |
| First Quartile 25% | $40 | ISD | $40 | ISD | ISD | ISD | $28 | ISD | ISD | ISD | $50 | $23 | $150 | $58 | ISD |
| Median (Midpoint) | $80 | ISD | $150 | ISD | $40 | $50 | $60 | ISD | ISD | ISD | $75 | $25 | $150 | $128 | ISD |
| Third Quartile 75% | $150 | ISD | $250 | ISD | ISD | ISD | $115 | ISD | ISD | ISD | $175 | $1,538 | $150 | $1,641 | ISD |
| 90th Percentile 90% | $300 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Total Costs: Litigation-Patent Infringement, All Varieties by Location

### Litigation-Patent Infringement, All Varieties >$25M Initial case management (000s) by Location (Q45Am)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 40 | 2 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 3 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $361 | ISD | $121 | ISD | $367 | ISD | ISD | ISD | ISD | $230 | $270 | $240 | $600 | $793 | ISD |
| 10th Percentile 10% | $50 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $100 | ISD | $40 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $100 | $100 | $600 | $363 | ISD |
| Median (Midpoint) | $250 | ISD | $100 | ISD | $500 | ISD | ISD | ISD | ISD | $250 | $200 | $150 | $600 | $710 | ISD |
| Third Quartile 75% | $500 | ISD | $213 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $475 | $425 | $600 | $1,305 | ISD |
| 90th Percentile 90% | $690 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### Litigation-Patent Infringement, All Varieties >$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45An)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 40 | 2 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 3 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $3,556 | ISD | $2,180 | ISD | $2,867 | ISD | ISD | ISD | ISD | $2,667 | $5,080 | $1,480 | $6,250 | $7,955 | ISD |
| 10th Percentile 10% | $750 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $1,000 | ISD | $950 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $850 | $450 | $6,000 | $2,125 | ISD |
| Median (Midpoint) | $2,125 | ISD | $2,000 | ISD | $3,500 | ISD | ISD | ISD | ISD | $2,500 | $1,200 | $2,000 | $6,000 | $4,250 | ISD |
| Third Quartile 75% | $4,175 | ISD | $3,500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $11,250 | $2,250 | $6,750 | $17,490 | ISD |
| 90th Percentile 90% | $6,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### Litigation-Patent Infringement, All Varieties >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ao)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 43 | 2 | 5 | 1 | 5 | 2 | 2 | 1 | 2 | 3 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $5,768 | ISD | $4,600 | ISD | $3,792 | ISD | ISD | ISD | ISD | $5,667 | $6,220 | $3,330 | $10,000 | $13,305 | ISD |
| 10th Percentile 10% | $820 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $2,100 | ISD | $1,500 | ISD | $531 | ISD | ISD | ISD | ISD | ISD | $2,300 | $575 | $10,000 | $3,875 | ISD |
| Median (Midpoint) | $4,000 | ISD | $4,000 | ISD | $5,000 | ISD | ISD | ISD | ISD | $6,000 | $3,000 | $4,000 | $10,000 | $7,000 | ISD |
| Third Quartile 75% | $8,000 | ISD | $8,000 | ISD | $6,450 | ISD | ISD | ISD | ISD | ISD | $11,750 | $5,750 | $10,000 | $29,040 | ISD |
| 90th Percentile 90% | $10,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties >$25M Cost of mediation (000s) by Location (Q45Ap)

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 38 | 2 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 4 | 5 | 4 | 4 | 2 |
| Mean (Average) | $399 | ISD | $211 | ISD | $200 | ISD | ISD | ISD | ISD | ISD | $138 | $784 | $238 | $1,027 | ISD |
| 10th Percentile 10% | $48 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $98 | ISD | $53 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $100 | $35 | $213 | $113 | ISD |
| Median (Midpoint) | $150 | ISD | $200 | ISD | $50 | ISD | ISD | ISD | ISD | ISD | $125 | $100 | $250 | $200 | ISD |
| Third Quartile 75% | $250 | ISD | $375 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $188 | $1,875 | $250 | $2,767 | ISD |
| 90th Percentile 90% | $740 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |