United States District Court
Western District of Texas
Waco

**Deficiency Notice**

| | |
|---|---|
| To: | Ramey, William P. III |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, April 25, 2023 |
| Re: | 06:21-CV-00422-ADA / Doc # 56 / Filed On: 04/24/2023 11:12 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
    Remarks: The Certificate of Service states that service was accomplished via CM/ECF, however that is not possible with sealed documents. Though a Notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #56.  (see Local Rule CV-5.2(e))