# Exhibit 15
# Redacted in Entirety

# Exhibit 16

# Redacted in Entirety

# Exhibit 17

# Redacted in Entirety

# Exhibit 18

# Redacted in Entirety

# Exhibit 19
# Redacted in Entirety