UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VERNA IP HOLDINGS, LLC., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ALERT MEDIA, INC. ) <br>     Defendant. ) | Civil Action No. 6:21-cv-00422-ADA <br><br><br><br><br> Jury Trial Demanded |

### DECLARATION OF WILLIAM P. RAMEY, III

I, William P. Ramey, III, declare as follows:

1. My name is William P. Ramey, III. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am licensed to practice law in the state of Texas and am an attorney with the law firm of Ramey LLP. I represent the Plaintiff in the above-captioned lawsuit.

3. I am not a member of nor do I have an ownership interest in VernaIP, LLC, plaintiff in this maater. Further, I have no ownership interest in VernaIP's patents. Ramey LLP has a contingent interest in revenue received from licensing activities, including litigation.

4. Ex. B to my declaration is a true and correct copy of an e-mail chain from me to Philip Brown dated October 20, 2023.

5. David Conrad followed up the next day indicating that my deposition was necessary as I am alleged to be involved in wrongdoing and is aware of the flow of settlement money.

6. Ex. A is a true and correct copy of the deposition notice I was served October 20, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2023.    <u>*/s/ William P. Ramey, III*</u>

William P. Ramey, III