# EXHIBIT 1

| | |
|---|---|
| **From:** | Philip Brown |
| **Sent:** | Tuesday, October 10, 2023 5:29 PM |
| **To:** | 'William Ramey' |
| **Cc:** | David Conrad; Neil McNabnay |
| **Subject:** | RE: [Verna v. Alert Media] Court Ordered Payment of Fees |

Counsel,

Please let us know immediately how and when Verna intends to pay the $48,076.50 in the earlier referenced order. If we do not receive a prompt response, we will undertake efforts to collect on this order and seek reimbursement for the costs for this effort.

Philip

**Philip Brown ::** Fish & Richardson P.C. **::** 214 292 4042

**From:** Philip Brown
**Sent:** Monday, September 25, 2023 9:36 AM
**To:** 'William Ramey' <wramey@rameyfirm.com>
**Cc:** David Conrad <Conrad@fr.com>; Neil McNabnay <McNabnay@fr.com>
**Subject:** [Verna v. Alert Media] Court Ordered Payment of Fees

Counsel,

Please let us know promptly how Verna intends to pay the $48,076.50 in the attached order. We can provide wiring instructions if you prefer that method.

Best,
Philip

**Philip Brown ::** Associate **::** Fish & Richardson P.C.

214 292 4042 direct **::** 313 300 1602 mobile **::** pgbrown@fr.com

fr.com **::** Bio **::** LinkedIn **::** Twitter