# EXHIBIT 2

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Friday, October 20, 2023 7:28 PM |
| **To:** | David Conrad; Rachel Mathews; Tina Hueske |
| **Cc:** | Philip Brown |
| **Subject:** | Re: Verna IP v. Alert Media (6:21-cv-422) |

Ok. We will simply move to quash.  We will use this as our 285 motion.  We will win th current lawsuit.

William P. Ramey, III
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

**From:** David Conrad <Conrad@fr.com>
**Sent:** Friday, October 20, 2023 6:59:57 PM
**To:** William Ramey <wramey@rameyfirm.com>; Rachel Mathews <mathews@fr.com>; Tina Hueske <thueske@rameyfirm.com>
**Cc:** Philip Brown <pgbrown@fr.com>
**Subject:** Re: Verna IP v. Alert Media (6:21-cv-422)


First answer when Verna will pay.

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, October 20, 2023 5:49:22 PM
**To:** David Conrad <Conrad@fr.com>; Rachel Mathews <mathews@fr.com>; Tina Hueske <thueske@rameyfirm.com>
**Cc:** Philip Brown <pgbrown@fr.com>
**Subject:** RE: Verna IP v. Alert Media (6:21-cv-422)

Why my deposition?  The fee award is not against me?  Do you have any basis?

**From:** David Conrad <Conrad@fr.com>
**Sent:** Friday, October 20, 2023 5:37 PM
**To:** William Ramey <wramey@rameyfirm.com>; Rachel Mathews <mathews@fr.com>; Tina Hueske <thueske@rameyfirm.com>
**Cc:** Philip Brown <pgbrown@fr.com>
**Subject:** Re: Verna IP v. Alert Media (6:21-cv-422)

1

Bill, Alert Media wants to be paid its fee award.

David

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, October 20, 2023 5:29 PM
**To:** Rachel Mathews <mathews@fr.com>; Tina Hueske <thueske@rameyfirm.com>
**Cc:** Philip Brown <pgbrown@fr.com>; David Conrad <Conrad@fr.com>
**Subject:** RE: Verna IP v. Alert Media (6:21-cv-422)


[This email originated outside of F&R.]


Hi Philip,

Let me know when we can discuss.  Asa lawyer for VernaIP, I will move to quash my notice.  Perhaps if you told me what you are looking for we can help you get it?

I will check with Luis and Carlos on dates.

Bill

---

**From:** Rachel Mathews <mathews@fr.com>
**Sent:** Friday, October 20, 2023 4:55 PM
**To:** William Ramey <wramey@rameyfirm.com>; Tina Hueske <thueske@rameyfirm.com>
**Cc:** Philip Brown <pgbrown@fr.com>; David Conrad <Conrad@fr.com>
**Subject:** Verna IP v. Alert Media (6:21-cv-422)


Counsel,

Attached for service please find Notices of Deposition to  William Ramey, Kermit Lopez, and Luiz Ortiz.

Thank you,


**Rachel Mathews ::** Fish & Richardson P.C.
Litigation Paralegal to Tom Reger, Bret Winterle, Noel Chakkalakal, Rodeen Talebi, Michael Vincent, Philip Brown, Ashu Balimba, Riley Green, and Judge Leonard Davis

1717 Main Street Suite 5000, Dallas, TX 75201
214 292 4028 direct **::** 214 747 5070 main
fr.com

```
*******************************************************************************************
***********************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
```

```
message.
********************************************************************************
************************


********************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
************************


********************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
********************************************************************************
************************
```