UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VERNA IP HOLDINGS, LLC., ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 6:21-cv-00422-ADA |
| v. ) | |
| ) | |
| ) | |
| ALERT MEDIA, INC. ) | Jury Trial Demanded |
|     Defendant. ) | |

### DECLARATION OF WILLIAM P. RAMEY, III

I, William P. Ramey, III, declare as follows:

1. My name is William P. Ramey, III. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am licensed to practice law in the state of Texas and am an attorney with the law firm of Ramey LLP. I represent the Plaintiff in the above-captioned lawsuit.

3. Neither I, my firm, Ramey LLP, or any partner or employee of my firm owns or controls VernaIP, LLC, plaintiff in this matter, or its patents, including U.S. Patent Nos. 8,265,938; 10,282,960; 11,403,932; or, any application depending therefrom.

4. Neither I, my firm, Ramey LLP, or any partner or employee of my firm advises VernaIp on how to conduct its business.  I and any other partner, and employee of my firm solely act as legal counsel, providing legal advice to VernaIP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2023.    */s/ William P. Ramey, III*

                                                             William P. Ramey, III